**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**                                      TELEPHONE: (303) 335-2170
UNITED STATES SENIOR DISTRICT JUDGE          TELECOPIER: (303)335-2178

# M E M O R A N D U M

**TO:**   Jeffrey P. Colwell, Clerk
         Attn: Senior Judge Team

**FROM:** Judge Wiley Y. Daniel

**DATE:** October 29, 2014

**RE:**   Civil Action No. **14-cv-02931-WYD-KMT**
         **HEIDI WODIUK v. PUEBLO COUNTY SHERIFF'S DEPARTMENT OFFICER CAITLIN GRAZIANO, in her individual and official capacity**

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.