IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02931-WJM-CBS | Date: November 23, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                      *Counsel:*

HEIDI WODIUK,                                          *Pro se*

Plaintiff,

v.

CAITLIN GRAZIANO,                                  Sean Lane

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 01:26 p.m.**
Court calls case. Appearances of counsel.

The Plaintiff has been unable to retain counsel at this time. Discussion regarding what discovery will be needed in this case. The Plaintiff addresses the court in regards to issues obtaining discovery.

**ORDERED:** The stay of discovery is LIFTED.

The discovery cut-off is extended until **January 29, 2016.**

The dispositive motion deadline is extended until **February 26, 2016.**

*[37] Motion for: Witness Protection for Witness William Andrew Hayes* is **DENIED without prejudice.**

In regards to *[43] Motion 24 for Continued Deposition on the Defendant in this Case*, the Plaintiff is REQUIRED to send the original transcript of Ms. Graziano's deposition to the court. The Plaintiff shall mail the transcript so that the court receives it by **November 27, 2015.**

*[31] Motion for: Rule 35. Physical and Emotional Evaluation Be Court Ordered on Defendant Caitlyn Graziano-Hudson* is **DENIED without prejudice.**

> *[32] Motion for: Plaintiff Amendment 5 Rights to be Honored and Protected in this Case for Plaintiff Due Process Rights to a Fair Trial in Case 15CR1287* is **DENIED without prejudice.**
>
> *[40] Motion for: Federal Protective for Plaintiff Dr. Heidi Wodiuk As Well As Motioned for Federal Intervention Into the Organized Crimes Conspired in This Case, the False Reports Filed to Cover Up the Organized Crime Against Dr. Wodiuk, As Well As Relief Into Pueblo District Courts Retaliatory Judicial Harassment in the Court System By Filing and Pressing Cases Willfully and Knowingly Without Merit Or just Cause All Judicial Actions Against Dr. Wodiuk Are Intently Conspired to Harm Dr. Wodiuk U.S. Court Case 14-cv-02931-CBS* is **DENIED.**
>
> *[34] Motion for: Discovery Private/Privileged Document Protective Order* is **DENIED without prejudice.**
>
> Plaintiff's response to *[47] Motion for Medical Examinations Pursuant to Fed.R.Civ.P.35* is due on or before **November 30, 2015.**
>
> *[48] Renewed Motion for Extension of Time to File Fed.R.Civ.P. 26(a)(2) Disclosures* is **GRANTED.** Affirmative experts shall be disclosed on or before **January 8, 2016.** Rebuttal experts shall be disclosed on or before **January 22, 2016.**
>
> *[39] Motion for: Transcript Fees to Case 13MH252 and Case 2007DR1166 Be Waived So Pertinent Evidence Within Those Cases Testimomy (sic) Be Evidence in This Case As It Pertains to Why The Defendant Had Contact With the Plaintiff* is **DENIED.**

The court will further research *[30] Motion for Waive of Electronic Filing Class Fee and Electronic Application Fees, Due to Plaintiff Hardship and Necessity in Litigating This Case Pro Se At This Time*.

Hearing Concluded.

**Court in recess: 03:17 p.m.**
Time in court: 01:51

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.