UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 NOV 24  PM 2: 37

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Case No. 14-cv-02931-CBS

HEIDI WODIUK

    Plaintiff,

        Counsel, PRO SE

PUEBLO COUNTY SHERIFF'S DEPARTMENT OFFICER

CAITLIN GRAZIANO, in her individual and official capacities,

    Defendant,

        Counsel, Sean Lane-attorney at law

---

**DEFENDANT DEPOSITION REQUIRED TO BE FILED BY NOVEMBER 27, 2015**

---

    Plaintiff, Dr. Heidi Wodiuk, in her individual official capacity, by and through Pro Se rights, hereby responds to U.S. District Court Magistrate Criag Shaffer order that the Plaintiff file the defendant's deposition made June 4, 2015:

1. On June 4, 2015 the Defendant and her attorney Sean Lane were present for the Defendant's deposition.
2. The Defendants deposition is filed into the court record as ordered by magistrate Criag Shaffer in order to rule on the Plaintiff request for a continued deposition on the Defendant.
3. Deposition of Caitlin Howard Exhibit A attached to this filing.

        WHEREFORE, for the reasons stated above, Plaintiff is filing the defendant's deposition taken on June 4, 2015 as requested of the Plaintiff on November 23, 2015 by Magistrate Shaffer to be filed by November 27, 2015.
        Respectfully submitted this November 24, 2015

DR. HEIDI WODIUK

By:

Dr. Heidi Wodiuk

8448 Hwy 78 W

Beulah, CO 81023

Tel: (719) 671-8067

## CERTIFICATE OF SERVICE

I hereby certify that on this November 24, 2015, a true and correct copy of the above and foregoing, **DEFENDANT DEPOSITION REQUIRED TO BE FILED BY NOVEMBER 27, 2015** was, unless otherwise filed by U.S. postal mail or hand delivered with the Courts who provides notice to the following:

Sean Lane

7100 E. Belleview Ave., Suite G-11

Greenwood Village, Colorado 8011

Tel: (303) 333-4122

A Duly Singed Original is on File at the Offices of Dr. Heidi Wodiuk

s/

2

**DEPOSITION OF CAITLIN HOWARD**

---

**1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-02931-WJM-CBS
------------------------------------
HEIDI WODIUK,

      Plaintiff,

v.

PUEBLO COUNTY SHERIFF'S DEPARTMENT
OFFICER CAITLIN GRAZIANO, in her
individual and official capacities,

      Defendant.

------------------------------------

DEPOSITION OF CAITLIN HOWARD
JUNE 4, 2015
2:30 p.m.
------------------------------------

PURSUANT TO NOTICE, the deposition of CAITLIN
HOWARD was taken on behalf of the Plaintiff,
pursuant to the Colorado Rules of Civil Procedure,
at 215 West 10th Street, Pueblo, Colorado, this
date at 2:33 p.m., before Janice Doyle, a
Certified Court Reporter and a Notary Public.

---

**2**

APPEARANCES

For the Plaintiff:
ANTHONY VIORST, ESQ.
Viorst Law Offices
950 South Cherry Street, Suite 300
Denver, Colorado  80246
(303) 759-3808
E-mail: tony@hssspc.com

For the Defendant:
SEAN L. LANE, ESQ.
Cross Liechty Lane P.C.
7100 East Belleview Avenue, Suite G-11
Greenwood Village, Colorado  80906
(303) 333-4122
E-mail: slane@crossliechty.com

Also Present:  Ms. Heidi Wodiuk

I N D E X

DEPOSITION WITNESS:                          PAGE
CAITLIN HOWARD
Examination by Mr. Viorst                       4
Examination by Mr. Lane                        56
Examination by Mr. Viorst                      57
Examination by Mr. Lane                        59

---

**3**

EXHIBIT        DESCRIPTION                    PAGE
1         Hand-drawn Diagram                    33

---

**4**

1      WHEREUPON, the following proceedings were
2  had:
3      IT WAS STIPULATED AND AGREED that the
4  within proceedings were taken pursuant to the
5  Colorado Rules of Civil Procedure.
6
7      WHEREUPON,
8      CAITLIN HOWARD,
9  the witness herein, having been first duly sworn
10  by the notary public, was examined and testified
11  as follows:
12
13      EXAMINATION
14  BY MR. VIORST:
15    Q  Good afternoon.
16    A  Hi.
17    Q  Could you state your name and spell
18  your last name, please?
19    A  Caitlin Howard, and it's H-O-W-A-R-D.
20  I was formally Graziano.
21    Q  Okay.  You're already throwing me for
22  a loop here.  All right.  So are you recently
23  married?
24    A  Yes.
25    Q  Okay.  When did you get married?

1 (Pages 1 to 4)

**DEPOSITION OF CAITLIN HOWARD**

**5**

1   A   September of 2014.
2   Q   All right. Congratulations. All
3   right. So your name is no longer Graziano.
4   A   Right.
5   Q   All right. So — and are you a law
6   enforcement officer?
7   A   Yes.
8   Q   Where are you employed?
9   A   Pueblo County Sheriff's Office.
10  Q   How long have you been so employed?
11  A   Eight years.
12  Q   And what is your rank?
13  A   I'm a detective.
14  Q   All right. So I think for the
15  purposes of today's proceeding, I'll call you
16  either detective or Detective Howard or I may just
17  go with officer sometimes. Officer is okay, isn't
18  it?
19  A   Yeah. That's fine.
20  Q   Okay. All right. It's not
21  considered an insult, right?
22  A   No.
23  Q   Okay. All right. Okay. So
24  Detective Howard, tell me a little bit about your
25  employment background, please. Let's start with

**6**

1   education, I guess. What's your educational
2   background?
3   A   Did a few years in college and joined
4   the police academy.
5   Q   Okay.
6   A   And I've been a cop ever since, since
7   I was 21.
8   Q   Okay. Are you a Pueblo native?
9   A   Yes.
10  Q   Okay. And you've been a police
11  officer since you were 21?
12  A   Uh-huh.
13  Q   How old are you now?
14  A   29.
15  Q   And so that's all with the sheriff's
16  department, then. Is that right?
17  A   Yes.
18  Q   And what was your — so when you
19  started out, I guess you go to the academy or
20  what?
21  A   I put myself through the academy.
22  Q   Okay.
23  A   You can go to the academy when you're
24  employed. You can work in the jail and get
25  accepted into the academy and they'll pay for it,

**7**

1   but I did that on my own.
2   Q   Okay. So you went to the academy
3   first, and I guess that helps you get a leg up on
4   getting a job.
5   A   Right.
6   Q   So you were — so you started out as
7   a patrol officer and you worked your way up or how
8   did —
9   A   I started off in detention.
10  Q   Okay.
11  A   When I got hired on, I was post
12  certified, but I worked in the jail.
13  Q   Okay.
14  A   And then I went and I moved — there
15  are specialized areas in there. I was on the
16  floors for a year, and then I went to intake. So
17  I did booking and receiving. And then I was there
18  for two to three years, then I went to patrol, and
19  then I've been in investigations now for
20  approximately two, two and a half years.
21  Q   How long were you on patrol?
22  A   Two and a half, three years, almost.
23  Q   So you've been on the streets for
24  about five —
25  A   Yeah.

**8**

1   Q   — years?
2   A   Uh-huh. The majority of my career
3   has been on the law enforcement side.
4   Q   Right. Okay. All right. So tell
5   me, have you had any write-ups?
6   A   Yes.
7   Q   For what?
8   A   For — I went to a traffic stop, and
9   I didn't have my lights -- well, my lights were
10  on, but my radio wasn't connected, so, like, the
11  mike, usually, like, you can turn the lights and
12  your mike will be connected, and it wasn't. So I
13  had a verbal. It was a verbal reprimand for that.
14  Q   Okay. Is that it?
15  A   Yeah.
16  Q   Okay. So have you had complaints
17  against you for excessive use of force other than
18  Ms. Wodiuk?
19  A   I have had two IA referrals and I was
20  exonerated on both of them.
21  Q   Okay. What was the other one?
22  A   Both of them.
23  Q   We know about Ms. Wodiuk's. What was
24  the other one?
25  A   No. No. The two of them prior but

2 (Pages 5 to 8)

**DEPOSITION OF CAITLIN HOWARD**

9

1  before Ms. Wodiuk.
2      Q  So two before Ms. Wodiuk.
3      A  Right.
4      Q  Okay.
5      A  While I was in the detention bureau,
6  while I worked intake.
7      Q  Okay.  What were the allegations in
8  those cases?
9      A  It was a use of force, and I can't
10  recall exactly the incidents because so many
11  people came in, and there was so many -- there was
12  a lot of use of forces every night, so I can't
13  recall exactly back then.  I'd have to look at my
14  file or --
15      Q  All right.  To your knowledge, did
16  the complaining party indicate that they had
17  suffered injuries in any either case?
18      A  I -- during that IA complaint, I was
19  brought in and I was asked what happened with the
20  incident, and I remember that.  I don't remember
21  exactly what the incident was about.  But I -- you
22  just get interviewed by IA.
23      Q  Okay.
24      A  And I later received a letter saying
25  I was exonerated.

10

1      Q  Okay.  So you don't know whether
2  there were --
3      A  I don't know.
4      Q  -- injuries?
5      A  I don't know.
6      Q  Okay.  All right.  So -- all right.
7  So other than what we've talked about, then, as
8  far as the reprimand by your higher-ups and then
9  these two complaints, have you had any other
10  disciplinary actions since you've been in the
11  sheriff's department?
12      A  No.
13      Q  Okay.  And you're not aware of any
14  other complaints against you other than what we've
15  talked about.
16      A  Yeah, I'm not.
17      Q  All right.
18      A  Not to say that they didn't happen
19  and they weren't investigated.  I just don't know.
20      Q  Okay.  Sometimes you don't get
21  informed?
22      A  Right.
23      Q  Okay.  All right.  And I know this is
24  generally a personal question, but I need to ask.
25  What is your height and weight?

11

1      A  I'm five foot tall and I weigh a
2  hundred and fifty.
3      Q  Okay.  And what is your training as
4  far as the use of force?  What kind of training do
5  you get in the academy and otherwise?
6      A  PPCT, which is just pressure points
7  and tactical training, basic Taser, you know,
8  shooting, OC spray, baton.  I think that pretty
9  much covers all the weapons we have on our duty
10  belt.
11      Q  Okay.  And what are you taught as far
12  as arrest procedures?
13      A  Are you talking about -- do you want
14  the use of force continuum?
15      Q  Yeah.
16      A  So you start off, like, soft, empty
17  hand control, which would just be -- basically, it
18  could be putting your hands on somebody.  Then
19  it's hard, empty hand control where you have to
20  do, like, strikes or pressure points.  Then it
21  goes to intermediate weapons, which would be,
22  like, OC or your asp or Taser.  And then, you
23  know, obviously, fatal.
24      Q  Okay.  What are you taught about
25  cuffing suspects?  Is there a protocol you use

12

1  when you cuff somebody?
2      A  We're trained to -- there's many
3  different ways.  You know, you just turn their --
4  turn their shoulders, you know, grab the thumb,
5  get one cuff on, have the other hand get the other
6  cuff on.
7      Q  And as far as things that have been
8  raised today, I mean, you sat through Ms. Wodiuk's
9  deposition today, right?
10      A  Yes.
11      Q  So you know what she's alleging,
12  right?
13      A  Yes.
14      Q  As far as things like lifting the
15  arms up and down or back and forth, would you
16  agree with me that's generally discouraged?
17      A  Yes.
18      Q  Okay.  All right.  So, you know,
19  let's go ahead and move into what brings us here
20  today.  July 22nd, 2013, is the incident that
21  forms the basis for our claim.  You understand
22  that, right?
23      A  Yes.  I'm sorry.
24      Q  I'm sorry.  Well, you know what?
25  Tell you what.  This just reminded me.  Have you

3 (Pages 9 to 12)

**DEPOSITION OF CAITLIN HOWARD**

---

13

1  -- have had your deposition taken before, officer?
2     A   No.
3     Q   Okay.  So I guess I should lay out
4  the ground rules.  I'm guessing you have testified
5  before.
6     A   Yes.  I'm -- not in a lawsuit, but --
7     Q   Yes.
8     A   -- in court --
9     Q   Right.
10    A   -- absolutely.
11    Q   Sure.
12    A   Yeah.
13    Q   Because -- and I do criminal defense,
14 and I think maybe Mr. Lane does, too.
15       Do you do criminal defense?
16       MR. LANE:  I do.
17    Q   BY MR. VIORST:  So we both know that
18 police officers testify in court, you know, about
19 their stops and their arrests and crimes they
20 investigate or observe.  Right?
21    A   Correct.
22    Q   So you've probably testified dozens
23 of times?
24    A   More.  Yes.
25    Q   Hundreds of times?

---

14

1     A   Yes.
2     Q   Okay.  All right.  So you know the
3  general rules.  Depositions, I guess, are perhaps
4  a little different.  I don't know.  Have you
5  noticed any differences between depositions --
6  having observed Ms. Wodiuk now being deposed, have
7  you noticed any differences between depositions
8  and trial testimony?
9     A   Yes.
10    Q   What have you observed?
11    A   More talking, more lengthy, a little
12 more casual conversations.
13    Q   I think that's fair.  Right.  You
14 talk about a little bit more stuff than you would,
15 I guess, in court.
16    A   Yes.
17    Q   Right?
18       Okay.  And we try not to go too far
19 afield, and Mr. Lane and I kind of sparred a
20 little bit over that.
21    A   That reminded me of normal court
22 versus --
23    Q   Right.
24    A   -- you know --
25    Q   Right.  Because attorneys spar in

---

15

1  court too.
2     A   Yes.
3     Q   But there's more stuff you can talk
4  about in a deposition, I guess, than you can at
5  trial.  But in any event, you do have to answer
6  with words rather than expressions, like "uh-huh"
7  or "huh-uh" that we might use in everyday
8  conversation.  All right?
9     A   Correct.
10    Q   Thank you.  That's probably true in
11 court as well.
12       All right.  So do you, in fact,
13 recall the incident that brings us here today?
14    A   Yes.
15    Q   Okay.  So I guess before I start to
16 ask you specific questions, I'm just going to let
17 you give me a running narrative about that call,
18 how you ended up in that Kohl's parking lot on
19 that day, and what you recall about Ms. Wodiuk
20 being taken into custody.
21    A   So you want all the reasoning why
22 that Kohl's parking lot happened first?
23    Q   Yeah.
24    A   Okay.
25    Q   How did you end up -- why were you --

---

16

1  so let's break it into parts.  Why were you --
2  what -- what brought you to the Kohl's parking lot
3  that day, Officer Howard?
4     A   An EPO order was signed by Judge
5  Eiler [phonetic] for a psych evaluation for Ms.
6  Heidi Wodiuk.
7     Q   Okay.  And I'm sorry.  I know a lot
8  of abbreviations, but I don't necessarily --
9     A   Emergency --
10    Q   -- know --
11    A   -- protection --
12    Q   -- EPO.
13    A   -- order.
14    Q   Thank you.  I should know that one,
15 actually.  All right.  So an EPO order was signed
16 by Judge Eiler.  District court judge or county
17 court judge?
18    A   She's district, I believe.
19    Q   Okay.  That's fine.  And you had that
20 -- or somebody had that in your possession?
21    A   Yes.
22    Q   Who was -- who was sort of the
23 commanding officer of this -- I mean, how many
24 officers were there with you?
25    A   Sergeant Dave Clements, Sergeant

---

4 (Pages 13 to 16)

**DEPOSITION OF CAITLIN HOWARD**

17

1   Shelley Bryant, Detective Michael Borders,
2   Detective James Keen, and myself.
3     Q   And who was sort of the -- who was
4   running the show?
5     A   It was decided -- we always have,
6   like, one person --
7     Q   Right.
8     A   -- talking. So Sergeant Dave
9   Clements was going to take the lead on that.
10     Q   Okay. Is that C-L-E-M --
11     A   C-L-E-M-E-N-T-S.
12     Q   Okay. So sergeant, you said?
13     A   Uh-huh.
14     Q   So Sergeant Clements --
15     A   He's now a lieutenant, but he was a
16   sergeant --
17     Q   Okay.
18     A   -- then.
19     Q   So Sergeant Clements was sort of in
20   charge.
21     A   Yes.
22     Q   And he -- did he call you up and say,
23   you know, company meet on this? Or how does it
24   end up that -- how are the officers chosen to go
25   to that assignment?

18

1     A   Well, then you would need background.
2   That's how we got there to the Kohl's parking lot.
3     Q   Okay.
4     A   And how we got there was I do crime
5   scene investigations, but I also handle a caseload
6   of sex assaults, and I'm a forensic interviewer.
7   So there was a report that Ms. Heidi Wodiuk
8   claimed that her father sexually assaulted her,
9   and I got assigned the case. So I had no idea --
10   I didn't know Heidi Wodiuk before that day I got
11   assigned the case.
12     I attempted to call her, like I would
13   any victim, and say, I'm in charge of your case.
14   I'd like to come and hear what's going on,
15   information. I got her voice mail, which was
16   really concerning to me. I can't remember the
17   exact words, but she sounded very upset on it,
18   saying that she no longer was taking clients, she
19   didn't want to talk to anybody. Basic runaround.
20   And I think that's recorded in evidence.
21     I was worried, so deputies went down
22   to do a welfare check on her. And when they
23   couldn't find her, I then contacted the parents,
24   because I didn't know -- you know, I didn't have
25   any other connections but what she had reported

19

1   originally with the sex offense, and I was
2   concerned about her. They told me that they
3   needed to come in and talk to me about her. So
4   with an open mind, I brought them in, and I
5   interviewed Joe Wodiuk, Jill Wodiuk, and Luke
6   Wodiuk separately.
7     And they were just saying that, you
8   know, how she is an amazing person, but lately
9   she's been off. And then they started going into
10   all these behaviors. And really, from a law
11   enforcement standpoint, unless they are going to
12   -- you know, we get involved if somebody has a gun
13   or saying they're suicidal, and it's intermediate.
14   But they were having other concerns other than
15   suicide.
16     And there's nothing I can -- I can't
17   do -- I could go take her for a psych evaluation,
18   but she would only have a 24-hour one, if I just
19   did that. If a family came up and they filed for
20   an EPO order, then it's a -- usually like a
21   72-hour hold to get a psych evaluation. So I told
22   them I -- we can't be involved in that.
23     Obviously, I had to write reports on
24   our interviews and stuff like that, so that was
25   available to them about what they said. But it

20

1   was on their testimony alone. So they came and
2   they got the emergency protection order with the
3   county attorney, and they went and got it signed
4   and brought that to us.
5     Detective Mike Borders is part of our
6   civil unit who would go and serve that, but
7   because we didn't know where Heidi was and stuff
8   like that, you know, we all went together. And it
9   was just basically the people in our office at
10   that time, at that moment. We just went.
11     Q   Just went where?
12     A   To go serve the order that was signed
13   by the judge.
14     Q   Okay.
15     A   The EPO order.
16     Q   Okay. All right.
17     A   It wasn't like they were hand picked
18   or anything. It was --
19     Q   But how did you end up at Kohl's,
20   though? I mean, how did you know she was there or
21   how --
22     A   We didn't know where she was. They
23   had -- and this is -- I can't recall exactly. I
24   know that somebody went out to her house. I know
25   that deputies or we sent patrol to see if she was

5 (Pages 17 to 20)

**DEPOSITION OF CAITLIN HOWARD**

21

1 home. She wasn't. And then that's when her
2 brother, Luke, had called Sergeant Bryant and said
3 she's at Kohl's -- she's at Kohl's parking lot.
4 So that's how we got to Kohl's parking lot.
5     Q   Gotcha. All right. So before we get
6 into, I guess, the facts of this specific case,
7 let me just follow up on something you mentioned a
8 few moments ago. You were the investigating --
9 were you a detective at that time or were you --
10     A   Uh-huh.
11     Q   Okay.
12     A   Yes.
13     Q   Thank you. So you were the
14 investigating detective for the sex assault
15 allegations that she had made, I guess at some
16 point a few weeks earlier?
17     A   Correct.
18     Q   Okay. Did you, Detective Graziano,
19 ever follow up on that or is that something that
20 just kind of got dropped?
21     A   After the incident at Kohl's parking
22 lot and she was so angry towards me, we tried to
23 give it to another detective to go follow up with
24 her. I don't know what happened. That case got
25 pulled from me --

22

1     Q   Okay.
2     A   -- so I can't tell you what happened
3 after that.
4     Q   I see. So you -- okay. But when you
5 met with her dad, Joe Wodiuk -- and I understand
6 initially he came in to discuss, I guess, his --
7 your concerns about her mental health. Right?
8     A   (Nodded.)
9         THE COURT REPORTER: You're nodding.
10        THE WITNESS: Yes.
11        MR. VIORST: Thank you.
12        THE WITNESS: Sorry.
13     Q   BY MR. VIORST: You didn't interview
14 him about the -- her allegations at that time?
15     A   Yes, I did.
16     Q   Oh, you did.
17     A   I did ask him about that, and he had
18 no idea. He said he had no idea what was going
19 on.
20     Q   Okay.
21     A   But, obviously, I wouldn't close a
22 case just based on the suspect's --
23     Q   Understood.
24     A   -- word, you know.
25     Q   Right.

23

1     A   Our hopes -- our hopes originally
2 were to get her a psych evaluation, and if they
3 cleared her in the state hospital and said she was
4 fine, because her family was making all these
5 allegations towards her -- and I didn't know her
6 -- that once she was fine and deemed okay that I
7 could bring her in for an interview, and that
8 would be totally out of the question. How could
9 you argue when she'd had a psych evaluation and
10 she's completely fine?
11     Q   Right.
12     A   But it didn't go that way --
13     Q   Okay.
14     A   -- obviously.
15     Q   How did it go?
16     A   Well, she was angry with me after the
17 incident at Kohl's --
18     Q   Okay.
19     A   -- so there was never -- and I got
20 the case pulled from me --
21     Q   I see.
22     A   -- so I never --
23     Q   I see.
24     A   -- got to continue with that case.
25     Q   I see what you're saying. Gotcha.

24

1 All right. As far as the follow-up on that set of
2 allegations, you don't know what happened?
3     A   I'm unsure. Yeah.
4     Q   Okay. That's fine. All right. So
5 July 22nd, 2013, Luke Wodiuk tells you she's at
6 Kohl's. Sergeant --
7         MR. LANE: Objection. Form.
8     Q   BY MR. VIORST: Isn't that right?
9 Luke Wodiuk tells you she was --
10        MR. LANE: I think she -- her
11 testimony was that Luke Wodiuk told somebody else
12 she was at Kohl's.
13        THE WITNESS: Yes.
14     Q   BY MR. VIORST: I'm sorry. Officer
15 Clements rounds up four additional officers, I
16 guess, to go over there with him. Is that right?
17 Or how does that --
18     A   Yeah. I'm sorry. I'm going to have
19 to do it again. Sergeant Clements, Sergeant
20 Shelley Bryant, Michael Borders, Detective Michael
21 Borders, Detective Jim Keen, and me.
22     Q   Right. So, I guess five total.
23     A   Yeah. So, you're right.
24     Q   Sergeant Clements and four --
25     A   Yeah.

**MEEK & ASSOCIATES  (719) 542-1010**
**meekreporting@yahoo.com**

## DEPOSITION OF CAITLIN HOWARD

25

1    Q    That's fine. All right. So you all
2 go to the Kohl's parking lot, kind of stick it
3 out, I guess, till Ms. Wodiuk comes out. Is that
4 right? Were you waiting for a few minutes before
5 she arrived or --
6    A    Yes.
7    Q    Okay.
8    A    It was decided not to go in.
9    Q    All right. So how long were you
10 waiting out there?
11    A    Approximately, probably five, ten
12 minutes.
13    Q    All right.
14    A    I'm unsure --
15    Q    That's fine.
16    A    -- of the exact time.
17    Q    Now, she indicated that you all were
18 in unmarked cars and unmarked uniforms. Is that
19 accurate or inaccurate?
20    A    We dress in plain clothes, but one of
21 us always puts on a vest. We didn't think at that
22 time, like, she would have weapons on her or
23 anything like that. So not all of us vested up.
24 But Sergeant Dave Clements, the point of contact,
25 did throw on his vest that is labeled -- his

26

1 tactical vest. It says "sheriff" across it.
2    Q    Okay. So he had on a vest. Everyone
3 else -- underneath he had plain clothes, right?
4    A    Right.
5    Q    And everyone else just had plain
6 clothes?
7    A    Yes.
8    Q    Okay. And then are you in marked
9 units or unmarked units?
10    A    Unmarked.
11    Q    Okay. So to the extent that Ms.
12 Wodiuk has stated that it wasn't immediately clear
13 to her whether you were police officers or
14 muggers, I mean, that is something that is
15 plausible. Right?
16    MR. LANE: Objection. Form. Go
17 ahead.
18    Q    BY MR. VIORST: You can answer.
19    A    They -- when we -- you want me to
20 tell the narrative, like a narrative --
21    Q    Just --
22    A    -- of like --
23    Q    Just answer that question and then
24 we'll move on.
25    A    Okay. It was verbally identified to

27

1 her that sheriff's office --
2    Q    Okay.
3    A    Yeah. Multiple times.
4    Q    All right. As long as you believe
5 that person is telling the truth when they say
6 that, then I guess it's true.
7    A    Correct.
8    Q    There are people who say they're
9 sheriffs when they are not. Right?
10    MR. LANE: Same objection.
11    THE WITNESS: Correct.
12    Q    BY MR. VIORST: I mean, there is a
13 crime for impersonating a police officer, right?
14    A    Correct.
15    Q    All right. So -- so you saw -- I
16 don't know if you saw Ms. Clements' [sic] drawing.
17 Is it around here somewhere? And I don't even
18 know if you agree with it or not, but she
19 indicated there was a male who was sort of leading
20 the charge, if you will. Would that have been
21 Sergeant Clements?
22    A    Yes.
23    Q    Okay.
24    A    But the rest of the positionings and
25 everything is wrong.

28

1    Q    Okay.
2    A    Yeah.
3    Q    All right. Well, you know what? I'm
4 going to have you draw a counter drawing then.
5 But before we do that, just -- so go ahead and
6 tell me now, I guess, your narrative recollection
7 of, you know, how it all -- how the arrest went
8 down.
9    A    So we saw Ms. Wodiuk walking to her
10 vehicle. She got around to, like, back driver or,
11 like, you know, the back driver area almost to her
12 car door, and that is when Sergeant Shelley Bryant
13 pulled her vehicle. And she was up front the
14 vehicle -- you know, her vehicle was here
15 (indicating). She was up front. Detective Mike
16 Borders came and pulled his vehicle right here
17 (indicating).
18    Sergeant Dave Clements had his
19 vehicle more towards the side, and then we all got
20 out. Sergeant Dave Clements was saying, "Ms.
21 Heidi Wodiuk, sheriff's office. It's the
22 sheriff's office. Come here."
23    She got into -- before he could even
24 get out, like, the second or third verbal, you
25 know, she opened up the car door and got inside

7 (Pages 25 to 28)

**DEPOSITION OF CAITLIN HOWARD**

29

1   and locked the door. He approached the vehicle.
2   Sergeant Shelley Bryant was standing right next to
3   him, and they were telling her, you know, "We have
4   an order -- an EPO order. We have to take you to
5   the state hospital. We're the sheriff's office."
6           She was acting like she couldn't
7   hear. I remember briefly like -- I remember
8   vaguely I was standing the back of Ms.
9   Wodiuk's vehicle, and I remember them saying, you
10  know, "Roll down your window. Just come out and
11  speak to us." And giving her verbal commands.
12          She then turned the vehicle on and
13  attempted to back into Detective Mike Borders'
14  car. The window -- they told her stop the car,
15  stop the car. She did. She stopped the car. She
16  rolled down the window a little bit, like about
17  that much (indicating). And I couldn't see
18  everything because of where I was standing. I was
19  towards the back of her vehicle but not directly
20  behind it. It was more off to a little bit of an
21  angle.
22          She put her -- Sergeant Shelley
23  Bryant reached in when he rolled down the window a
24  little bit, and she was trying to get her keys to
25  turn the vehicle off so we didn't have, like, a

30

1   vehicle crash or anything like that. Sergeant
2   Dave Clements grabbed ahold of the window because
3   he saw Sergeant Bryant's arm in there, and he was
4   trying to pull the window down because he was
5   afraid she was going to roll the window up.
6           I remember Sergeant Bryant saying,
7   "She's got my arm." And then the next thing I
8   know -- because I didn't see everything -- I know
9   the window -- like the window looked like it gave
10  where Sergeant Clements was holding, and the door
11  opened. Detective Jim Keen pulled Heidi out,
12  cuffed her, and then everything kind of just like
13  calmed down for a minute. And they were all kind
14  of standing maybe like a foot or two away from
15  Heidi's vehicle.
16          And I remember Sergeant Clements
17  explained to her she had the EPO. She was upset,
18  which, you know, she would be. She had no idea we
19  were coming with an EPO order or we were going to
20  see her at Kohl's. He was telling her, "We have
21  an emergency protection order. We have to take
22  you to the state hospital. Who can we get to take
23  -- you know, to get your vehicle? You know, we
24  don't want to leave it here. You know, we don't
25  want to just lock it up in case they try to tow it

31

1   or anything like that."
2           And she told him, "You're a cop.
3   Figure it out."
4           So Sergeant Clements looked at me and
5   said, "Take her to the car. We'll just transport
6   her."
7           So Detective Mike Borders' was at the
8   back, and I went to go escort her around to get
9   into Detective Mike Borders' car. I had her -- my
10  hand on her arm and my other hand was, like,
11  towards the small of her back. And she kept
12  stopping like she didn't want to go. So I leaned
13  into her. She's a lot bigger than me. I leaned
14  into her and was trying to guide her and push her
15  towards the front. Never once did I grab both of
16  her arms or anything like that. I was just
17  guiding her and pushing her. Yes, I was pushing
18  her because she wouldn't walk.
19          And I put myself in a vulnerable
20  situation, and I was right by her hands when I was
21  leaning in. And she grabbed ahold of my stomach
22  from behind and dug her fingernails in. And I
23  said, "Let go," because it hurt. And I was, like,
24  "Let go. Let go." And she dug in harder. So I
25  had nowhere really -- I couldn't really move

32

1   because she had ahold of me, so I gave her two
2   strikes. And I really couldn't hit anywhere else
3   but right on her side, on her right side of, like,
4   maybe the small of her -- like the back, the right
5   side of her back.
6           And she didn't let go. She kept
7   squeezing harder. I'm still yelling at her, you
8   know, "Let go of me. Let go of me." I go to
9   common peroneal her, which is a knee strike. And
10  normally, it's a distraction technique and it's
11  usually on the side, but because of my angle, I
12  couldn't -- it wasn't effective. I basically just
13  kneed her in the right side of her butt cheek.
14  And it didn't work.
15          And I had -- during this whole
16  movement, we're still moving, and we were right
17  by, like, the back passenger of Detective Borders'
18  car. And Detective Jim Keen had got in on the
19  other side, like through the back driver's side,
20  and he grabbed her and pulled her into the
21  vehicle. And Clements was behind me and pulled me
22  backed and the grip released. And she was in the
23  car, and that was it.
24      Q   All right. So -- thank you. Let's
25  go ahead and break that down for a few minutes.

8 (Pages 29 to 32)

**DEPOSITION OF CAITLIN HOWARD**

33

1        MS. WODIUK: Can I ask you something?
2        MR. VIORST: Not right now. We'll
3    take a break before we finish so you can ask.
4        Q    BY MR. VIORST: So why don't you go
5    ahead and draw the scene, if you could, with the
6    cars and the people and everything, you know, that
7    you've just described. As I understand, you're
8    saying when she came out, your cars, the unmarked
9    units hadn't pulled up yet and they pulled up as
10   she was getting in her car?
11       A    She was approaching like her driver's
12   side, approaching right here (indicating).
13       Q    Okay. So why don't you go ahead and
14   show me where all the units — where they
15   ultimately parked and then where all the people
16   were.
17       A    (Drawing.) So that's how the
18   vehicles — oops. Sorry. Dave's. (Drawing.)
19       Q    All right. So there's one in front
20   — one directly in front and one directly in back.
21   And then —
22       A    He came from —
23       Q    — Sergeant Clements —
24       A    — this side (indicating).
25       Q    The side.

34

1        A    Facing the west.
2        Q    And —
3        A    So this is south (drawing), north
4    (drawing).
5        Q    Show me, then, where were the —
6    where was all the individual people located?
7        A    Okay. Right at the window.
8    (Drawing.) And I'll just put their initials. Is
9    that okay?
10       Q    Yeah, that's fine.
11       A    That's DC for Dave Clements
12   (drawing).
13       Q    Okay.
14       A    Right here was — I'm going to write
15   SB for Shelley Bryant (drawing).
16       Q    Okay.
17       A    About right here (indicating) was
18   James Keen, so I'm going to put JK (drawing).
19       Q    Okay.
20       A    I was back here further. I'll put CH
21   for Caitlin Howard (drawing).
22       Q    Okay.
23       A    I don't recall where Mikey was. I
24   don't think he was so quick to get out of his car.
25   Because I do recall him moving his car backwards a

35

1    little bit when she was backing up. So I do
2    believe — and that's just off memory that he was
3    still in his vehicle.
4        Q    Okay. So she got into her vehicle
5    before, I guess, anyone made contact with her.
6        A    Yeah, before anybody could get out of
7    their vehicles.
8        Q    Okay. So when Detective — excuse
9    me. When Sergeant Clements yelled at her, he was
10   still in his vehicle.
11       A    Yeah. He was — well, he was coming
12   up and approaching and she was right here
13   (indicating). And so she was — he was like,
14   "Sheriff's office. Heidi, we have an order."
15   Before he — she got in and locked the door.
16       Q    Okay. And you believe she moved her
17   car backwards at some point?
18       A    No. I know she moved her car
19   backwards.
20       Q    Okay. But not to the point where it
21   made contact with Detective Borders' —
22       A    Right.
23       Q    — vehicle.
24            Okay. All right. And it's your
25   position that Sergeant Clements was pretty clear

36

1    who he was?
2        A    Yes.
3        Q    Okay. And his vest, you think,
4    identified him as a police officer?
5        A    Yeah. It's just like a pullover,
6    like the actual vest, you know, that an officer
7    would wear under their uniform. Inside is a
8    tactical vest like you would slip over your head,
9    and it has "sheriff" across it.
10       Q    Okay. All right. So how long was
11   it, then, before — so how is it that she was
12   extricated from the vehicle?
13       A    All I know.— because I was kind of
14   back in a weird position, so I didn't see
15   everything that was happening right here
16   (indicating), but I know I saw a little bit of the
17   window coming down, like — and I thought, oh,
18   good. She's going to talk, you know, and they can
19   tell her about the order and everything.
20            And then when the vehicle moved
21   backwards, I know Sergeant Bryant probably was
22   worried that, you know, the vehicles were going to
23   get hit or somebody was going to get hurt. So she
24   reached in. Then I heard her say, "She's got my
25   arm."

**DEPOSITION OF CAITLIN HOWARD**

37

1   And then the next thing I know, the
2   window kind of like -- I could see Dave, like,
3   holding the window from the angle, and I saw the
4   window, like -- like, I saw it give. And then the
5   next thing I know the door was open and Detective
6   Keen moved in.
7       Q   All right. So as I understand what
8   you're saying, then, you believe that Sergeant
9   Bryant was saying that Ms. Wodiuk had sort of
10  rolled up the window onto her arm?
11      A   Yeah. I don't know. All I heard
12  was, "She's got my arm."
13      Q   Okay.
14      A   That's all I heard.
15      Q   All right.
16      A   I didn't see it.
17      Q   All right. But then you did see the
18  window came down, I guess --
19      A   Yeah.
20      Q   -- with Sergeant Clements --
21      A   Yeah. I could see him go like that
22  (indicating) and the window gave.
23      Q   And then the door opens.
24      A   Uh-huh.
25      Q   Okay. And then she got out of the

38

1   vehicle? She was pulled out?
2       A   Yeah. Detective Jim Keen came in and
3   pulled her out of the vehicle and handcuffed her.
4       Q   Okay. So to the extent she says she
5   thought you handcuffed her, that would be
6   incorrect?
7       A   Right.
8       Q   Okay. All right. So she gets
9   handcuffed. And then somehow you get assigned the
10  task of transporting her from her vehicle to --
11  whose vehicle --
12      A   Well --
13      Q   -- did she leave in?
14      A   -- when they were talking and I could
15  kind of see, because we -- usually whoever the
16  person is agitated with gets out of the picture.
17  And I really hadn't had any involvement yet. And
18  she wasn't fixated on me. She was more fixated on
19  Sergeant Bryant and Dave Clements when they were
20  trying to talk to her about who could get her
21  vehicle and explaining the order.
22      And she -- so I think that's why I
23  was talked with, hey, you know, Caitlin, come
24  escort her to the car. We are just going to take
25  her to the state hospital.

39

1       Q   All right. So whose vehicle did you
2   take her to?
3       A   Detective Mike Borders.
4       Q   Okay. And who asked you to do that?
5       A   Sergeant Dave Clements.
6       Q   Okay. So you walked over and took
7   possession, for lack of a better word, of Ms.
8   Wodiuk?
9       A   Yeah.
10      Q   All right. And what was she -- so
11  she was already cuffed at that point.
12      A   Yes.
13      Q   And so you came up. Did you come up
14  behind or how did that all --
15      A   Yes. And I just -- like a normal
16  escorting position, I held her arm and I was going
17  to walk her to the car, and she kept passively,
18  like, stopping. And so the first time, I was
19  like, "Come on. Let's go. We gotta go to the
20  car."
21      And then it got a little more
22  escalated with the -- more of a I'm not going
23  anywhere kind of thing, so -- and I put myself in
24  a bad position.
25      Q   So she would sort of start and stop

40

1   kind of thing?
2       A   Yeah.
3       Q   All right. And you say you put
4   yourself in a bad position. What do you mean?
5       A   Well, because she's a -- she's a lot
6   bigger than me, so I had to, like, push myself
7   into her to get to her to walk and, therefore,
8   like my stomach came really close to her hands and
9   she latched on.
10      Q   All right. So is it your testimony,
11  then, Ms. -- Officer Howard, that you did not
12  raise her arms up when they were in cuffs?
13      A   Right, I did not raise her arms up.
14      Q   All right. I mean, that is -- is
15  that a -- is that a recognized maneuver of any
16  kind to do that?
17      A   None that I've ever done.
18      Q   Okay. Is it a maneuver that police
19  officers do use, nonetheless, to get control of
20  suspects?
21      A   There's the iron wrist lock, but --
22      Q   What's that?
23      A   Where you bend their hand like this
24  (indicating) in the cuffs and you -- it applies
25  pressure to your wrist. But I didn't do that to

10 (Pages 37 to 40)

DEPOSITION OF CAITLIN HOWARD

41

1 her that day.
2     Q   All right.  Well, she was already
3 cuffed, right?
4     A   Correct.
5     Q   People who do the iron wrist lock —
6     A   That's a handcuff maneuver to get
7 them to walk forward.
8     Q   Oh, that's when they're already in
9 cuffs.  I see.  But you didn't do that?
10     A   (Shaking head.)
11     Q   All right.  Let me ask this before I
12 forget.  You understand that she's alleged that
13 she suffered shoulder injuries as a result of the
14 contact she had with you.  Right?
15     A   Correct.
16     Q   As I understand, you're saying you
17 don't believe you used excessive force.  Right?
18     A   Correct.
19     Q   All right.  Do you have any
20 explanation — and if not, then not.  But do you
21 have any explanation for how she could have
22 suffered those shoulder injuries that she
23 complains of during that walk from her vehicle to
24 Detective Borcher's [sic] vehicle.
25     MR. LANE:  Objection.  Form.  You can

42

1 answer.
2     THE WITNESS:  No, I don't.
3     Q   BY MR. VIORST:  Okay.  There's
4 nothing that happened that could have injured her
5 shoulders as far as you know?
6     A   I mean, I didn't pull her out of the
7 vehicle, so I wouldn't know how much force was
8 used to pull her out of the vehicle.  I didn't
9 handcuff her, so I don't know how much force was
10 used there.  All I can testify to is what happened
11 between Sergeant Clements' vehicle — or right
12 here in this area (indicating) between Sergeant
13 Clements and her vehicle to Detective Borders and
14 the force that I had to use to get her there.
15     Q   Okay.  Now, you indicated that you
16 did do — what did you say — peroneal nerve
17 strike?
18     A   A common — yeah.  It's called a
19 common peroneal.
20     Q   Okay.  And is that with a baton or is
21 that just —
22     A   No.  I — it's with your knee.  I
23 mean, you can use a baton, but there was no baton
24 out that day.
25     Q   Uh-huh.  And so how does that — why

43

1 don't you demonstrate on Mr. Lane.
2     A   I won't really do it, but —
3     MR. LANE:  Okay.
4     MS. WODIUK:  Can we videotape it?
5     MR. VIORST:  No.
6     THE WITNESS:  A common peroneal
7 strike is just — you know, it's a distraction
8 technique, and you usually hit right about here
9 (indicating).
10     MR. VIORST:  Okay.
11     MR. LANE:  For purposes of the
12 record, that was about mid-thigh on me.
13     Q   BY MR. VIORST:  All right.  So you
14 used your knee to strike his mid-thigh — the
15 suspect's — right.  Now, I guess, let's get the
16 sides straight.  Is your recollection that
17 maneuver was performed on Ms. Wodiuk's right side?
18     A   Well, yes.  And I couldn't — I'm
19 sorry.  It's just easier to show.  Can you put
20 your hands behind your back?
21     MR. LANE:  Sure.
22     THE WITNESS:  I — the way she had me
23 was like right here (indicating) and I'm
24 right-handed.  You know, right-side dominant.
25     MR. VIORST:  Right.

44

1     THE WITNESS:  And I went to go common
2 peroneal, because that was the only thing I could
3 think of, because I tried to — you know, after
4 verbal command, I tried to strike her twice, and
5 it wasn't working.  So in our technique, if
6 something doesn't work, you don't just keep doing
7 it.  So I went to go common peroneal.  My angle, I
8 couldn't, so I just kind of, like, hit her right
9 in the butt cheek on the right side.
10     MR. LANE:  And for purposes of the
11 record, that was striking me upper thigh on the
12 right-hand side.
13     MR. VIORST:  Okay.  All right.  Now,
14 was it right or left you said you got hurt?
15     MS. WODIUK:  I sustained all the
16 scratch marks on the right, down, and then my
17 sides hurt.
18     MR. VIORST:  It was the left hip,
19 then, that got injured.
20     MS. WODIUK:  Yeah.  So maybe it was
21 when she punched me.
22     MR. VIORST:  So you're saying —
23     THE WITNESS:  But it was my right
24 side that I gave the strikes.  I'm right-handed.
25 And I had my hand on her arm the whole entire

11 (Pages 41 to 44)

**DEPOSITION OF CAITLIN HOWARD**

45

1  time, my left hand.
2      Q   BY MR. VIORST:  So you struck her on
3  the right and you — with your hand and with your
4  knee.
5      A   Right.
6      Q   Okay.  All right.  So that wouldn't
7  explain the injury to the left hip, then, I guess.
8  Right?
9      A   Right.
10     Q   Okay.  You have no other explanation
11 for the injuries to the left hip?
12     A   No.
13     Q   Okay.  All right.  So talk to me then
14 — I know you mentioned — you said you put
15 yourself in a vulnerable position.  And how is
16 that?
17     A   Because when I leaned into her to get
18 her to move, I got too close to her hands.
19     Q   Okay.
20     A   So, obviously, that's what got me.
21     Q   All right.  Now, you've heard her
22 testimony.  She said that you kind of leaned into
23 her fingernails, but that's not your recollection?
24     A   No.  She was squeezing me.  And then
25 when I gave her verbal commands to let go, she dug

46

1  in even harder.
2      Q   Okay.  And did you swear at her?
3      A   No.
4      Q   You don't swear?
5      A   No, I swear, but I didn't swear at
6  her.
7      Q   All right.  Okay.
8      A   At that point, I wanted her to get
9  help so I could help her if something really did
10 happen to her.
11     Q   Psychologically, you mean?
12     A   Yes.
13     Q   Okay.  All right.  So she grabbed
14 your stomach.  And you said she dug her nails into
15 your stomach?
16     A   Uh-huh.
17     Q   All right.
18     A   Yes.
19     Q   And that's when you used the side
20 strike?  What do you call that?
21     A   There is no name for it.  I mean, I
22 really couldn't even move very far.
23     Q   Okay.
24     A   I mean, I didn't even get like a full
25 extension, you know, strike in because the way I

47

1  was angled.  I mean, I was just trying to get her
2  to let go of me, so -- it was hurting.
3      Q   Okay.  Okay.  All right.  So that was
4  just -- you were sort of winging it a little bit
5  with that maneuver.
6      A   Yes.
7      Q   Okay.  And apparently, it was
8  unsuccessful.
9      A   It was unsuccessful.
10     Q   Okay.  And then you used the peroneal
11 strike, which, I guess, the common peroneal
12 strike, which is a recognized maneuver --
13     A   Right, but was unsuccessful and the
14 positioning all off.
15     Q   Okay.  And those are the only two
16 maneuvers you used?
17     A   Yes.
18     Q   As far as moving her arms in any
19 direction, your testimony is you didn't do that?
20     A   No, because she was attached to my
21 stomach.  So if I would have moved her arms, she
22 would have took a little bit of me with her.
23     Q   Right.
24     A   So --
25     Q   Okay.  How about prior to that?

48

1      A   No.
2      Q   Okay.  Subsequent to that when you
3  got her off you, you're saying that was -- she
4  basically just went into the car at that point.
5  You were done.
6      A   Yes.  When we -- he came in on the
7  other side and just pulled her into the vehicle.
8      Q   Okay.  All right.  So you're saying
9  that none of the injuries that she's described
10 today, the hip injury or the shoulder injuries,
11 could have been sustained, as far as you're aware,
12 during that encounter.
13     A   Correct.
14     Q   All right.  You don't know whether
15 they were sustained as a result of her encounter
16 with some other officer, I guess.  Is that right?
17     A   Correct.  I wouldn't know.
18     Q   All right.  Did you see her get
19 cuffed by -- who was the officer who cuffed her?
20 I'm sorry.
21     A   Detective Jim Keen.
22     Q   Is that K-E-E-N-E?
23     A   K-E-E-N.
24     Q   K-E-E-N.  Okay.  Did you see him cuff
25 her?

12 (Pages 45 to 48)

**DEPOSITION OF CAITLIN HOWARD**

49

1    A    He was -- I was behind him, so I
2  didn't see the whole, like, actual cuffing.
3    Q    Uh-huh.
4    A    I mean, I know he cuffed her.
5    Q    Okay.  Was that pretty quick?
6    A    Yes.
7    Q    Okay.  You're saying you didn't
8  observe anything improper in the way that he
9  cuffed her.
10    A    I couldn't -- no.  I mean, her arms
11  went behind her back.  Cuffs were on, then she was
12  talking, so -- I mean, I didn't see the whole
13  thing because he's quite a tall guy, and I can't
14  see around -- I didn't see around him or anything
15  like --
16    Q    Okay.
17    A    -- that.
18    Q    All right.  So something could have
19  happened.  You didn't see it.
20    A    Yeah.  I can't, you know --
21    Q    Okay.
22    A    -- speak to that.
23    Q    But that was a relatively quick
24  encounter and it would be --
25    A    Yeah.  Once the door opened --

50

1        MR. LANE:  Objection.  Form.  Go
2  ahead.
3        THE WITNESS:  Once the door opened --
4        MR. VIORST:  Right.
5        THE WITNESS:  -- she was cuffed.
6    Q    BY MR. VIORST:  But once she was
7  cuffed, she was pretty much transferred to you.
8  Is that right?  Or was there --
9    A    She was talking for awhile to
10  Sergeant Clements and Sergeant Bryant.
11    Q    She was.  Okay.  About what?
12    A    The EPO order and why she needed to
13  go to the state hospital, and they were trying to
14  find a person to come pick up her vehicle so we
15  didn't leave it in the Kohl's parking lot and it
16  didn't get towed or nothing happened to it.  So --
17    Q    All right.  Sergeant Bryant was not
18  involved at all in the cuffing process or the
19  transport or anything?
20    A    No.  I went -- I arrived with
21  Sergeant Bryant and we left after that.
22    Q    Okay.  Okay.  All right.  Talk to me
23  about the -- were there any witnesses present for
24  this situation?  Any -- I know there were
25  obviously four other officers besides you.  In

51

1  addition to the other officers, were there any
2  other civilian witnesses?
3    A    Not that I recall or heard about.
4    Q    Okay.  Talk to me about the IA
5  investigation.  What happened there?
6    A    I had to provide all the
7  documentation to IA with everything that was going
8  on leading up to that.  I was spoke to and I
9  haven't heard anything else about it.
10    Q    Who -- well, I think you were
11  exonerated, weren't you?
12    A    Yeah.
13    Q    Yeah.  Who did the -- who did the IA
14  investigation?
15    A    Sergeant Mike Beery.
16    Q    He interviewed you?
17    A    Yes.
18    Q    And the other officers to?
19    A    I don't -- I don't know what happened
20  with them.
21    Q    All right.  And you told him
22  essentially what you're telling us today?
23    A    Yes.
24    Q    Did you make a written statement?
25    A    My report.

52

1    Q    Okay.
2    A    Yeah.
3    Q    All right.  Did you sustain any
4  injuries that day?
5    A    Yeah, I had scratch marks on my
6  stomach.
7    Q    Did you photograph those?
8    A    No.  Pride.
9        MR. VIORST:  Okay.  All right.  I
10  might be done.  Let me talk to Ms. Wodiuk and then
11  -- we'll go out in the hall and you guys can hang.
12  All right?
13        MR. LANE:  Sure.
14        (Recess taken from 3:19 p.m. to
15  3:26 p.m.)
16    Q    BY MR. VIORST:  All right.  So you
17  didn't document your injuries, though, right?
18    A    No.
19    Q    Okay.  And you didn't charge Ms.
20  Wodiuk with any kind of assault on a police
21  officer or anything like that, right?
22    A    No, because I was hoping when she got
23  out, we could work on her sex assault case.
24    Q    Okay.  Did you show your injuries to
25  anybody?

13 (Pages 49 to 52)

**DEPOSITION OF CAITLIN HOWARD**

53

1    A   Yes.
2    Q   Who?
3    A   Sergeant Shelley Bryant.
4    Q   Okay.  All right.  And, again, I
5   apologize for asking this again, but you told me
6   your height and weight earlier.  Was your height
7   -- was your weight the same at that time?
8    A   I was about probably a hundred forty
9   then.
10   Q   Okay.  And do you have a physical
11  fitness regimen of some kind that you follow?  Do
12  you pump iron?
13   A   No, I don't.
14   Q   Okay.
15   A   No.  No.
16   Q   Okay.  That's not a job requirement
17  that you guys --
18   A   No.
19   Q   -- have to go to gym or anything?
20   A   No.
21   Q   Okay.  All right.  But would you
22  agree with me that you're -- although you're
23  smaller than Ms. Wodiuk that you are strong?
24       MR. LANE:  Objection.  Form.  You can
25  answer.

54

1        THE WITNESS:  I wouldn't know how
2   strong I am.  I mean, I ride horses for a hobby,
3   so I don't -- it's my only activity I do.
4    Q   BY MR. VIORST:  All right.  You do --
5   well, you do some -- you do training for
6   job-related training, physical training, don't
7   you?
8    A   We get recertified once a year.
9    Q   Okay.  And does that involve
10  demonstrating some of these techniques you've
11  talked about?
12   A   Yeah, but that's just a demonstration,
13  not a full course, because it's on other deputies.
14   Q   And you've used some of these
15  techniques in the field before, right?
16   A   Yes.
17   Q   How often are you called upon to use
18  some of these defensive techniques?
19   A   Since I've been a detective.  Ms.
20  Wodiuk's the only one on patrol.  When you go to
21  on call and there's a broken out fight, probably
22  more often than not.  But the only forces I used
23  on patrol really were Taser, so --
24   Q   Okay.  When did you switch from the
25  patrol to detective?

55

1    A   Gosh.  It was like two and a half
2   years ago.
3    Q   All right.  Now, you indicated that
4   you used -- I guess you're saying you had her on
5   her right side and you used your right knee, I
6   guess?
7    A   Uh-huh.  Yes.  Sorry.
8    Q   To make contact with her common
9   peroneal.  Is that right?
10   A   Yes.  To attempt to.
11   Q   Okay.
12   A   I wasn't successful.
13   Q   All right.  Is it your position that
14  your knee could not have struck her on the left
15  side?  Your right knee could not have struck her
16  left --
17   A   Yes.
18   Q   -- buttock area?
19   A   Yes.  It couldn't have.
20   Q   Could not have?  Why do you believe
21  that?
22   A   Because I'm right-handed and
23  right-sided and I wouldn't have hit her left side.
24  My -- the rest of my body was towards the left of
25  her.

56

1    Q   All right.  All right.  I have
2   nothing further.  Thank you.
3        MR. LANE:  I just have a couple real
4   quick.
5        MR. VIORST:  Go ahead.
6
7        EXAMINATION
8   BY MR. LANE:
9    Q   Sergeant Clements was wearing -- I
10  was a little confused about the vest that said
11  "sheriff."  Was it clearly visible?
12   A   Yeah.  It's -- so it's like a vest
13  carrier.  So you put your bulletproof vest inside
14  it and it hooks completely inside of it.  And it's
15  usually detectives or narcs -- narcotics officers
16  have them.  And you just throw it over and in big
17  bold, gold letters it says "sheriff."
18   Q   So it's one of those vests with gold
19  letters on kind of a dark blue --
20   A   Right.
21   Q   -- background?
22   A   Right.
23   Q   Okay.
24   A   Or dark black.  His is black.
25   Q   Okay.  And was that the outermost

14 (Pages 53 to 56)

**DEPOSITION OF CAITLIN HOWARD**

---

57

1 layer of his clothing?
2     A   Yes.
3     Q   Okay.  Did you talk in your report
4 about how you got -- how you were pinched and it
5 was painful?
6     A   I don't recall exactly what I wrote
7 in my report.
8     Q   And you testified a little earlier
9 about there being these two incidents of -- where
10 you would have been investigated for IA.  You said
11 excessive force.  Was that both of them?
12     A   I believe so.  I'd have to have IA
13 look at my file.  That was years ago.
14     Q   That was when you were a --
15     A   Detention officer.
16        MR. LANE:  Okay.  That's all I have.
17        MR. VIORST:  Just a few other quick
18 follow-ups.
19
20            EXAMINATION
21 BY MR. VIORST:
22     Q   So just to clarify, you're -- you're
23 saying you did not knee her in the back then.
24 Right?
25     A   Correct.

---

58

1     Q   Okay.  And even though she grabbed
2 your stomach and dug in with her fingernails, you
3 did not cuss at her.
4     A   No.
5     Q   Okay.  Is there -- do you guys ever
6 do any type of audio or video recording of these
7 types of encounters?
8     A   It wasn't as common practice as it is
9 now, you know, so --
10     Q   It's becoming more common?
11     A   Yes.
12     Q   Okay.  So in 2013, it was not common
13 practice?
14     A   No.  I wish it would have been.
15 So --
16     Q   In any event, as far as you know,
17 there's no recording of this incident.
18     A   Right, as far as I know.
19     Q   All right.
20     A   No.
21     Q   And then are you -- have you seen the
22 Kohl's video?
23     A   No.
24     Q   Parking lot video?
25     A   (Shaking head.)

---

59

1     Q   Okay.  I don't think it shows much.
2 Okay.  I have nothing further.  Thank you.
3        MR. LANE:  I have one last thing for
4 me.
5
6            EXAMINATION
7 BY MR. LANE:
8     Q   So when you were demonstrating on me
9 that -- the way you attempted to do that strike,
10 the common peroneal strike -- and I'll represent
11 to you I'm five, six on a generous day.  You were
12 striking me about mid right thigh.  Is that
13 roughly the area where you were striking Ms.
14 Wodiuk?
15     A   As far as I can recall.  I mean, I
16 know I did a knee strike, but I don't know exactly
17 how high it went.  But it was on the right side.
18     Q   You were very close to her --
19     A   Yes --
20     Q   -- though.
21     A   -- I was very close to her.
22     Q   Okay.  So you could only get your
23 knee up so far.  Is that correct?
24     A   Correct.
25        MR. LANE:  That's all I have.

---

60

1        MR. VIORST:  Let's mark that as
2 Exhibit B.
3        MR. LANE:  Sure.
4        MR. VIORST:  Add it to the record.
5 All right.  Thank you, detective.
6        THE COURT REPORTER:  Mr. Lane, would
7 you like the same transcript order?
8        MR. VIORST:  Yes, four to a page, the
9 e-tran and exhibits.
10        THE COURT REPORTER:  Mr. Lane, would
11 you like the same transcript order also?
12        MR. LANE:  Yes, four to a page.
13        THE COURT REPORTER:  Would you like
14 an e-tran?
15        MR. LANE:  Yes.
16        THE COURT REPORTER:  Would you like a
17 copy of the exhibit?
18        MR. LANE:  Yes.
19        (Exhibit No. B was marked for
20 identification by the court reporter.)
21        (The deposition concluded at
22 3:35 p.m.)
23
24
25

15 (Pages 57 to 60)

**DEPOSITION OF CAITLIN HOWARD**

---

61

SIGNATURE OF WITNESS

    I, CAITLIN HOWARD, the witness in the above deposition, do certify that I have read the above and foregoing deposition and that the same is a true and accurate transcript of my testimony, to the best of my knowledge and belief, except for attached amendments, if any.
    Amendments attached ( ) Yes ( ) No

_____
CAITLIN HOWARD

Subscribed and sworn to before me this _____ day of _____, 2015.

_____
Notary Public

My Commission Expires:

_____

---

63

MEEK & ASSOCIATES
317 Argyle Avenue
Pueblo, Colorado 81004
(719) 542-1010

AMENDMENT SHEET

The witness, CAITLIN HOWARD, wishes to make the following changes in the testimony as originally given:

Heidi Wodiuk v. Pueblo County Sheriff's
Department Officer Caitlin Graziano
PAGE  LINE      CORRECTION & REASON

_____
_____
_____

_____
_____
_____

_____
_____
_____

_____

Signature of Witness

Subscribed and sworn to before me this _____ day of _____, 2015.
My Commission Expires:

Notary Public

---

62

REPORTER'S CERTIFICATE

    I, JANICE DOYLE, Certified Court Reporter and Notary Public within Colorado, appointed to take the deposition of CAITLIN HOWARD, do certify that before the deposition she was duly sworn to testify to the truth; that the deposition was taken by me on June 4, 2015; then reduced to typewritten form herein; that the foregoing is a true and accurate transcript of the questions asked, testimony given, and proceedings had.
    I further certify that I am not related to any party herein or their counsel and have no interest in the result of this litigation.
    In witness hereof, I have hereunto set my hand this 18th day of June, 2015.

_____
Janice Doyle, Certified Court Reporter and Notary Public

My Commission Expires:
January 6, 2019

---

64

MEEK & ASSOCIATES
317 Argyle Avenue
Pueblo, Colorado 81004
(719) 542-1010

June 18, 2015

Sean L. Lane, Esq.
Cross Liechty Lane P.C.
7100 East Belleview Avenue, Suite G-11
Greenwood Village, Colorado 80906
Re: Heidi Wodiuk v. Pueblo County Sheriff's
    Department Officer Caitlin Graziano

Deposition of: CAITLIN HOWARD

The deposition in the above-entitled matter is ready for reading and signing. Please attend to this matter by complying with ALL blanks checked below:

_____  arranging with us at the number listed below to read and sign the deposition in our office.
_XXX_  having the witness read your copy and sign amendment sheets, if any (original signature page enclosed).
_____  reading enclosed deposition, signing signature page and correction sheets, if any.
_XXX_  within 35 days of the date of this letter.

_____  by _____ due to trial date of _____.

Please be sure that the signature page and amendment sheets, if any, are signed before a notary public and returned to our office. If this matter has not been taken care of within said period of time, the deposition will be filed unsigned pursuant to the Rules of Civil Procedure.
Meek & Associates
cc: Counsel of Record

---

16 (Pages 61 to 64)

**DEPOSITION OF CAITLIN HOWARD**

65

MEEK & ASSOCIATES
317 Argyle Avenue
Pueblo, Colorado  81004
(719) 542-1010

Anthony Viorst, Esq.
Viorst Law Offices
950 South Cherry Street, Suite 300
Denver, Colorado  80246
Re: Heidi Wodiuk v. Pueblo County Sheriff's
    Department Officer Caitlin Graziano

Dear Mr. Viorst:

Enclosed is the deposition of: CAITLIN HOWARD

_____  Previously filed.  Forwarding signature
        page and amendment sheets.
_____  Previously filed.  Signature page and
        amendment sheets were not returned within
        35 days.
_____  Signed, no changes.
_____  Signed, with changes, copy enclosed.
_XXX_   Unsigned, notice duly given June 18,
        2015, pursuant to the Rules of Civil
        Procedure.
_____  No signature required.
_____  Signature waived.
_____  To be signed in court.
_____  Signature pages/amendment sheets to be
        returned to court on date of trial.

_____  Sent by _____ on _____.

Meek & Associates
cc:  Counsel of Record

17 (Page 65)

## DEPOSITION OF CAITLIN HOWARD

65

MEEK & ASSOCIATES
317 Argyle Avenue
Pueblo, Colorado  81004
(719) 542-1010

Anthony Viorst, Esq.
Viorst Law Offices
950 South Cherry Street, Suite 300
Denver, Colorado  80246
Re: Heidi Wodiuk v. Pueblo County Sheriff's
    Department Officer Caitlin Graziano

Dear Mr. Viorst:

Enclosed is the deposition of: CAITLIN HOWARD

_____    Previously filed.  Forwarding signature
         page and amendment sheets.
_____    Previously filed.  Signature page and
         amendment sheets were not returned within
         35 days.
_____    Signed, no changes.
_____    Signed, with changes, copy enclosed.
_XXX_    Unsigned, notice duly given June 18,
         2015, pursuant to the Rules of Civil
         Procedure.
_____    No signature required.
_____    Signature waived.
_____    To be signed in court.
_____    Signature pages/amendment sheets to be
         returned to court on date of trial.

_____.   Sent by _____ on _____.

Meek & Associates
cc:  Counsel of Record

17 (Page 65)

DEPOSITION OF CAITLIN HOWARD

clear 26:12 35:25
cleared 23:3
clearly 56:11
clem 17:10
clements 16:25
  17:9,11,14,19
  24:15,19,24 25:24
  27:16,21 28:18,20
  30:2,10,16 31:4
  32:21 33:23 34:11
  35:9,25 37:20
  38:19 39:5 42:11
  42:13 50:10 56:9
clients 18:18
close 22:21 40:8
  45:18 59:18,21
clothes 25:20 26:3
  26:6
clothing 57:1
college 6:3
colorado 1:1,18,19
  2:4,9 4:5 62:3
  63:2 64:2,6 65:2,5
com 2:5,10
come 18:14 19:3
  28:22 29:10 38:23
  39:13,19 50:14
comes 25:3
coming 30:19
  35:11 36:17
command 44:4
commanding 16:23
commands 29:11
  45:25
commission 61:20
  62:22 63:23
common 32:9
  42:18,19 43:6
  44:1,7 47:11 55:8
  58:8,10,12 59:10
company 17:23
complaining 9:16
complains 41:23
complaint 9:18
complaints 8:16
  10:9,14

completely 23:10
  56:14
complying 64:10
concerned 19:2
concerning 18:16
concerns 19:14
  22:7
concluded 60:21
confused 56:10
congratulations
  5:2
connected 8:10,12
connections 18:25
considered 5:21
contact 25:24 35:5
  35:21 41:14 55:8
contacted 18:23
continue 23:24
continuum 11:14
control 11:17,19
  40:19
conversation 15:8
conversations
  14:12
cop 6:6 31:2
copy 60:17 64:14
  65:14
correct 13:21 15:9
  21:17 27:7,11,14
  41:4,15,18 48:13
  48:17 57:25 59:23
  59:24
correction 63:8
  64:16
couldnt 18:23 29:6
  29:17 31:25 32:2
  32:12 43:18 44:8
  46:22 49:10 55:19
counsel 62:12
  64:25 65:24
counter 28:4
county 1:7 5:9
  16:16 20:3 63:6
  64:7 65:6
couple 56:3
course 54:13

court 1:1,21 13:8
  13:18 14:15,21
  15:1,11 16:16,17
  22:9 60:6,10,13
  60:16,20 62:2,17
  65:19,20
covers 11:9
crash 30:1
crime 18:4 27:13
crimes 13:19
criminal 13:13,15
cross 2:8 64:5
crossliechty 2:10
cuff 12:1,5,6 48:24
cuffed 30:12 39:11
  41:3 48:19,19
  49:4,9 50:5,7
cuffing 11:25 49:2
  50:18
cuffs 40:12,24 41:9
  49:11
cuss 58:3
custody 15:20

─────────────
                    D
─────────────
d 2:18
dad 22:5
dark 56:19,24
date 1:20 64:18,19
  65:20
dave 16:25 17:8
  25:24 28:18,20
  30:2 34:11 37:2
  38:19 39:5
daves 33:18
day 15:19 16:3
  18:10 41:1 42:24
  52:4 59:11 61:16
  62:15 63:21
days 64:18 65:12
dc 34:11
dear 65:7
decided 17:5 25:8
deemed 23:6
defendant 1:9 2:7
defense 13:13,15

defensive 54:18
demonstrate 43:1
demonstrating
  54:10 59:8
demonstration
  54:12
denver 2:4 65:5
department 1:7
  6:16 10:11 63:7
  64:7 65:6
deposed 14:6
deposition 1:12,16
  2:20 12:9 13:1
  15:4 60:21 61:4,5
  62:4,5,6 64:8,9,12
  64:16,22 65:8
depositions 14:3,5
  14:7
deputies 18:21
  20:25 54:13
described 33:7
  48:9
description 3:1
detective 5:13,16
  5:16,24 17:1,2
  20:5 21:9,14,18
  21:23 24:20,21
  28:15 29:13 30:11
  31:7,9 32:17,18
  35:8,21 37:5 38:2
  39:3 41:24 42:13
  48:21 54:19,25
  60:5
detectives 56:15
detention 7:9 9:5
  57:15
diagram 3:2
didnt 8:9 10:18
  18:10,19,24,24
  20:7,22 22:13
  23:5,12 25:21
  29:25 30:8 31:12
  32:6,14 36:14
  37:16 40:25 41:9
  42:6,8 46:5,24
  47:19 49:2,7,12

49:14,19 50:15,16
  52:17,19
differences 14:5,7
different 12:3 14:4
direction 47:19
directly 29:19
  33:20,20
disciplinary 10:10
discouraged 12:16
discuss 22:6
distraction 32:10
  43:7
district 1:1,1 16:16
  16:18
document 52:17
documentation
  51:7
doesnt 44:6
doing 44:6
dominant 43:24
dont 9:20 10:1,3,5
  10:19,20 14:4
  16:8 21:24 24:2
  27:16,17 30:24,24
  33:4,13 34:23,24
  37:11 41:17 42:2
  42:9 43:1 44:6
  46:4 48:14 51:19
  51:19 53:13 54:3
  54:6 57:6 59:1,16
door 28:12,25 29:1
  30:10 35:15 37:5
  37:23 49:25 50:3
doyle 1:20 62:2,17
dozens 13:22
draw 28:4 33:5
drawing 27:16 28:4
  33:17,18 34:3,4,8
  34:12,15,18,21
dress 25:20
driver 28:10,11
drivers 32:19 33:11
dropped 21:20
due 64:19
dug 31:22,24 45:25
  46:14 58:2

DEPOSITION OF CAITLIN HOWARD

duly 4:9 62:5 65:15
duty 11:9

_____
E

e 2:18
earlier 21:16 53:6
  57:8
easier 43:19
east 2:9 64:5
education 6:1
educational 6:1
effective 32:12
eight 5:11
eiler 16:5,16
either 5:16 9:17
email 2:5,10
emergency 16:9
  20:2 30:21
employed 5:8,10
  6:24
employment 5:25
empty 11:16,19
enclosed 64:15,16
  65:8,14
encounter 48:12,15
  49:24
encounters 58:7
ended 15:18
enforcement 5:6
  8:3 19:11
entire 44:25
epo 16:4,12,15
  19:24 20:15 29:4
  30:17,19 50:12
escalated 39:22
escort 31:8 38:24
escorting 39:16
esq 2:3,8 64:4 65:3
essentially 51:22
etran 60:9,14
evaluation 16:5
  19:17,21 23:2,9
event 15:5 58:16
everyday 15:7
evidence 18:20
exact 18:17 25:16

exactly 9:10,13,21
  20:23 57:6 59:16
examination 2:22
  2:23,24,25 4:13
  56:7 57:20 59:6
examined 4:10
excessive 8:17
  41:17 57:11
excuse 35:8
exhibit 3:1 60:2,17
  60:19
exhibits 60:9
exonerated 8:20
  9:25 51:11
expires 61:20 62:22
  63:23
explain 45:7
explained 30:17
explaining 38:21
explanation 41:20
  41:21 45:10
expressions 15:6
extension 46:25
extent 26:11 38:4
extricated 36:12

_____
F

facing 34:1
fact 15:12
facts 21:6
fair 14:13
family 19:19 23:4
far 10:8 11:4,11
  12:7,14 14:18
  24:1 42:5 46:22
  47:18 48:11 58:16
  58:18 59:15,23
fatal 11:23
father 18:8
field 54:15
fifty 11:2
fight 54:21
figure 31:3
file 9:14 57:13
filed 19:19 64:22
  65:9,11

find 18:23 50:14
fine 5:19 16:19
  23:4,6,10 24:4
  25:1,15 34:10
fingernails 31:22
  45:23 58:2
finish 33:3
first 4:9 7:3 15:22
  39:18
fitness 53:11
five 7:24 11:1 24:22
  25:11 59:11
fixated 38:18,18
floors 7:16
follow 21:7,19,23
  53:11
following 4:1 63:5
follows 4:11
followup 24:1
followups 57:18
foot 11:1 30:14
force 8:17 9:9 11:4
  11:14 41:17 42:7
  42:9,14 57:11
forces 9:12 54:22
foregoing 61:5 62:8
forensic 18:6
forget 41:12
form 24:7 26:16
  41:25 50:1 53:24
  62:8
formally 4:20
forms 12:21
forth 12:15
forty 53:8
forward 41:7
forwarding 65:9
four 24:15,24 50:25
  60:8,12
front 28:13,15
  31:15 33:19,20
full 46:24 54:13
further 34:20 56:2
  59:2 62:11

_____
G

g11 2:9 64:5
general 14:3
generally 10:24
  12:16
generous 59:11
getting 7:4 33:10
give 15:17 21:23
  37:4
given 62:10 63:5
  65:15
giving 29:11
go 5:17 6:19,23
  12:19 14:18 17:24
  19:17 20:6,12
  21:23 23:12,15
  24:16 25:2,8
  26:16 28:5 31:8
  31:12,23,24,24
  32:6,8,8,8,25 33:4
  33:13 37:21 39:19
  39:19 44:1,7
  45:25 47:2 50:1
  50:13 52:11 53:19
  54:20 56:5
goes 11:21
going 15:16 17:9
  18:14 19:9,11
  22:18 24:18 28:4
  30:5,19 34:14,18
  36:18,22,23 38:24
  39:16,22 51:7
gold 56:17,18
good 4:15 36:18
gosh 55:1
gotcha 21:5 23:25
gotta 39:19
grab 12:4 31:15
grabbed 30:2 31:21
  32:20 46:13 58:1
graziano 1:7 4:20
  5:3 21:18 63:7
  64:7 65:6
greenwood 2:9
  64:6
grip 32:22
ground 13:4

guess 6:1,19 7:3
  13:3 14:3,15 15:4
  15:15 21:6,15
  22:6 24:16,22
  25:3 27:6 28:6
  35:5 37:18 43:15
  45:7 47:11 48:16
  55:4,6
guessing 13:4
guide 31:14
guiding 31:17
gun 19:12
guy 49:13
guys 52:11 53:17
  58:5
gym 53:19

_____
H

hadnt 33:9 38:17
half 7:20,22 55:1
hall 52:11
hand 11:17,19 12:5
  20:17 31:10,10
  40:23 44:25 45:1
  45:3 62:15
handcuff 41:6 42:9
handcuffed 38:3,5
  38:9
handdrawn 3:2
handle 18:5
hands 11:18 31:20
  40:8 43:20 45:18
hang 52:11
happen 10:18
  46:10
happened 9:19
  15:22 21:24 22:2
  24:2 42:4,10
  49:19 50:16 51:5
  51:19
happening 36:15
hard 11:19
harder 31:24 32:7
  46:1
havent 51:9
head 36:8 41:10

DEPOSITION OF CAITLIN HOWARD

58:25
health 22:7
hear 18:14 29:7
heard 36:24 37:11
  37:14 45:21 51:3
  51:9
heidi 1:4 2:12 16:6
  18:7,10 20:7
  28:21 30:11 35:14
  63:6 64:7 65:6
heidis 30:15
height 10:25 53:6,6
held 39:16
help 46:9,9
helps 7:3
hereof 62:14
hereunto 62:14
hes 17:15 49:13
hey 38:23
hi 4:16
high 59:17
higherups 10:8
hip 44:18 45:7,11
  48:10
hired 7:11
hit 32:2 36:23 43:8
  44:8 55:23
hobby 54:2
hold 19:21
holding 30:10 37:3
home 21:1
hooks 56:14
hopes 23:1,1
hoping 52:22
horses 54:2
hospital 23:3 29:5
  30:22 38:25 50:13
house 20:24
howard 1:12,17
  2:21 4:8,19,19
  5:16,24 16:3
  34:21 40:11 61:3
  61:12 62:4 63:4
  64:8 65:8
hsssspc 2:5
huhuh 15:7

hundred 11:2 53:8
hundreds 13:25
hurt 31:23 36:23
  44:14,17
hurting 47:2

___ I ___

ia 8:19 9:18,22 51:4
  51:7,13 57:10,12
id 9:13 18:14 57:12
idea 18:9 22:18,18
  30:18
identification
  60:20
identified 26:25
  36:4
ill 5:15 34:8,20
  59:10
im 5:13 10:16 11:1
  12:23,24 13:4,6
  15:16 16:7 18:6
  18:13 24:3,14,18
  24:18 25:14 28:3
  32:7 34:14,18
  39:22 43:18,23
  44:24 48:20 55:22
  59:11
immediately 26:12
impersonating
  27:13
improper 49:8
inaccurate 25:19
incident 9:20,21
  12:20 15:13 21:21
  23:17 58:17
incidents 9:10 57:9
incorrect 38:6
indicate 9:16
indicated 25:17
  27:19 42:15 55:3
indicating 28:15,17
  29:17 33:12,24
  34:17 35:13 36:16
  37:22 40:24 42:12
  43:9,23
individual 1:8 34:6

information 18:15
informed 10:21
initially 22:6
initials 34:8
injured 42:4 44:19
injuries 9:17 10:4
  41:13,22 45:11
  48:9,10 52:4,17
  52:24
injury 45:7 48:10
inside 28:25 36:7
  56:13,14
insult 5:21
intake 7:16 9:6
interest 62:13
intermediate 11:21
  19:13
interview 22:13
  23:7
interviewed 9:22
  19:5 51:16
interviewer 18:6
interviews 19:24
investigate 13:20
investigated 10:19
  57:10
investigating 21:8
  21:14
investigation 51:5
  51:14
investigations 7:19
  18:5
involve 54:9
involved 19:12,22
  50:18
involvement 38:17
iron 40:21 41:5
  53:12
isnt 5:17 24:8
ive 6:6 7:19 40:17
  54:19

___ J ___

jail 6:24 7:12
james 17:2 34:18
janice 1:20 62:2,17

january 62:23
jill 19:5
jim 24:21 30:11
  32:18 38:2 48:21
jk 34:18
job 7:4 53:16
jobrelated 54:6
joe 19:5 22:5
joined 6:3
judge 16:4,16,16
  16:17 20:13
july 12:20 24:5
june 1:13 62:7,15
  64:3 65:15

___ K ___

keen 17:2 24:21
  30:11 32:18 34:18
  37:6 38:2 48:21
  48:23,24
keene 48:22
keep 44:6
kept 31:11 32:6
  39:17
keys 29:24
kind 11:4 14:19
  21:20 25:2 30:12
  30:13 36:13 37:2
  38:15 39:23 40:1
  40:16 44:8 45:22
  52:20 53:11 56:19
knee 32:9 42:22
  43:14 45:4 55:5
  55:14,15 57:23
  59:16,23
kneed 32:13
know 8:23 10:1,3,5
  10:19,23 11:7,23
  12:3,4,11,18,24
  13:17,18 14:2,4
  14:24 16:7,10,14
  17:23 18:10,24,24
  19:8,12 20:7,8,20
  20:22,24,24 21:24
  22:24 23:5 24:2
  27:16,18 28:3,7

28:11,14,25 29:3
  29:10 30:8,8,18
  30:23,23,24 32:8
  33:6 35:18 36:6
  36:13,16,18,21,22
  37:1,5,11 38:23
  42:5,7,9 43:7,24
  44:3 45:14 46:25
  48:14,17 49:4,20
  50:24 51:19 54:1
  58:9,16,18 59:16
  59:16
knowledge 9:15
  61:7
kohls 15:18,22 16:2
  18:2 20:19 21:3,3
  21:4,21 23:17
  24:6,12 25:2
  30:20 50:15 58:22

___ L ___

12:8 64:4
labeled 25:25
lack 39:7
lane 2:8,8,23,25
  13:14,16 14:19
  24:7,10 26:16
  27:10 41:25 43:1
  43:3,11,21 44:10
  50:1 52:13 53:24
  56:3,8 57:16 59:3
  59:7,25 60:3,6,10
  60:12,15,18 64:4
  64:5
latched 40:9
lately 19:8
law 2:3 5:5 8:3
  19:10 65:4
lawsuit 13:6
lay 13:3
layer 57:1
lead 17:9
leading 27:19 51:8
leaned 31:12,13
  45:17,22
leaning 31:21

DEPOSITION OF CAITLIN HOWARD

leave 30:24 38:13 50:15
left 44:14,18 45:1,7 45:11 50:21 55:14 55:16,23,24
leg 7:3
lengthy 14:11
letter 9:24 64:18
letters 56:17,19
liechty 2:8 64:5
lieutenant 17:15
lifting 12:14
lights 8:9,9,11
line 63:8
listed 64:12
litigation 62:13
little 5:24 14:4,11 14:14,20 29:16,20 29:24 35:1 36:16 39:21 47:4,22 56:10 57:8
located 34:6
lock 30:25 40:21 41:5
locked 29:1 35:15
long 5:10 7:21 25:9 27:4 36:10
longer 5:3 18:18
look 9:13 57:13
looked 30:9 31:4
loop 4:22
lot 9:12 15:18,22 16:2,7 18:2 21:3,4 21:22 25:2 31:13 40:5 50:15 58:24
luke 19:5 21:2 24:5 24:9,11

**M**
m 1:14,20 52:14,15 60:22
mail 18:15
majority 8:2
making 23:4
male 27:19
maneuver 40:15,18

41:6 43:17 47:5 47:12
maneuvers 47:16
mark 60:1
marked 26:8 60:19
marks 44:16 52:5
married 4:23,25
matter 64:9,10,22
mean 12:8 16:23 20:20 26:14 27:12 40:4,14 42:6,23 46:11,21,24 47:1 49:4,10,12 54:2 59:15
meek 63:1 64:1,24 65:1,23
meet 17:23
memory 35:2
mental 22:7
mentioned 21:7 45:14
met 22:5
michael 17:1 24:20 24:20
mid 59:12
midthigh 43:12,14
mike 8:11,12 20:5 28:15 29:13 31:7 31:9 39:3 51:15
mikey 34:23
mind 19:4
minute 30:13
minutes 25:4,12 32:25
moment 20:10
moments 21:8
move 12:19 26:24 31:25 45:18 46:22
moved 7:14 35:16 35:18 36:20 37:6 47:21
movement 32:16
moving 32:16 34:25 47:18
muggers 26:14
multiple 27:3

**N**
n 2:18
nails 46:14
name 4:17,18 5:3 46:21
narcotics 56:15
narcs 56:15
narrative 15:17 26:20,20 28:6
native 6:8
necessarily 16:8
need 10:24 18:1
needed 19:3 50:12
nerve 42:16
never 23:19,22 31:15
night 9:12
nodded 22:8
nodding 22:9
normal 14:21 39:15
normally 32:10
north 34:3
notary 1:21 4:10 61:18 62:3,18 63:24 64:21
notice 1:16 65:15
noticed 14:5,7
number 64:12

**O**
objection 24:7 26:16 27:10 41:25 50:1 53:24
observe 13:20 49:8
observed 14:6,10
obviously 11:23 19:23 22:21 23:14 45:20 50:25
oc 11:8,22
offense 19:1
office 5:9 20:9 27:1 28:21,22 29:5 35:14 64:13,21
officer 1:7 5:6,17 5:17 6:11 7:7

13:1 16:3,23 24:14 27:13 36:4 36:6 40:11 48:16 48:19 52:21 57:15 63:7 64:7 65:6
officers 13:18 16:24 17:24 24:15 26:13 40:19 50:25 51:1,18 56:15
offices 2:3 65:4
official 1:8
oh 22:16 36:17 41:8
okay 4:21,25 5:17 5:20,23,23 6:5,8 6:10,22 7:2,10,13 8:4,14,16,21 9:4,7 9:23 10:1,6,13,20 10:23 11:3,11,24 12:18 13:3 14:2 14:18 15:15,24 16:7,19 17:10,12 17:17 18:3 20:14 20:16 21:11,18 22:1,4,20 23:6,13 23:18 24:4 25:7 26:2,8,11,25 27:2 27:23 28:1 33:13 34:7,9,13,16,19 34:22 35:4,8,16 35:20,24 36:3,10 37:13,25 38:4,8 39:4,6 40:18 42:3 42:15,20 43:3,10 44:13 45:6,10,13 45:19 46:2,7,13 46:23 47:3,3,7,10 47:15,25 48:2,8 48:24 49:5,7,16 49:21 50:11,22,22 51:4 52:1,9,19,24 53:4,10,14,16,21 54:9,24 55:11 56:23,25 57:3,16 58:1,5,12 59:1,2 59:22
old 6:13

once 23:6 31:15 49:25 50:3,6 54:8
oops 33:18
open 19:4 37:5
opened 28:25 30:11 49:25 50:3
opens 37:23
order 16:4,13,15 19:20 20:2,12,15 29:4,4 30:19,21 35:14 36:19 38:21 50:12 60:7,11
original 64:14
originally 19:1 23:1 63:5
outermost 56:25

**P**
p 1:14,20 2:8 52:14 52:15 60:22 64:5
page 2:20 3:1 60:8 60:12 63:8 64:15 64:16,20 65:10,11
pages 65:20
painful 57:5
parents 18:23
parked 33:15
parking 15:18,22 16:2 18:2 21:3,4 21:21 25:2 50:15 58:24
part 20:5
parts 16:1
party 9:16 62:12
passenger 32:17
passively 39:17
patrol 7:7,18,21 20:25 54:20,23,25
pay 6:25
people 9:11 20:9 27:8 33:6,15 34:6 41:5
performed 43:17
period 64:22
peroneal 32:9 42:16,19 43:6

MEEK & ASSOCIATES    (719) 542-1010
meekreporting@yahoo.com

DEPOSITION OF CAITLIN HOWARD

44:2,7 47:10,11
55:9 59:10
**person** 17:6 19:8
27:5 38:16 50:14
**personal** 10:24
**phonetic** 16:5
**photograph** 52:7
**physical** 53:10 54:6
**pick** 50:14
**picked** 20:17
**picture** 38:16
**pinched** 57:4
**plain** 25:20 26:3,5
**plaintiff** 1:5,17 2:2
**plausible** 26:15
**please** 4:18 5:25
64:10,20
**point** 21:16 25:24
35:17,20 39:11
46:8 48:4
**points** 11:6,20
**police** 6:4,10 13:18
26:13 27:13 36:4
40:18 52:20
**position** 35:25
36:14 39:16,24
40:4 45:15 55:13
**positioning** 47:14
**positionings** 27:24
**possession** 16:20
39:7
**post** 7:11
**ppct** 11:6
**practice** 58:8,13
**present** 2:12 50:23
**pressure** 11:6,20
40:25
**pretty** 11:8 35:25
49:5 50:7
**previously** 65:9,11
**pride** 52:8
**prior** 8:25 47:25
**probably** 13:22
15:10 25:11 36:21
53:8 54:21
**procedure** 1:18 4:5

64:23 65:16
**procedures** 11:12
**proceeding** 5:15
**proceedings** 4:1,4
62:10
**process** 50:18
**protection** 16:11
20:2 30:21
**protocol** 11:25
**provide** 51:6
**psych** 16:5 19:17
19:21 23:2,9
**psychologically**
46:11
**public** 1:21 4:10
61:18 62:3,18
63:24 64:21
**pueblo** 1:7,19 5:9
6:8 63:2,6 64:2,7
65:2,6
**pull** 30:4 42:6,8
**pulled** 21:25 23:20
28:13,16 30:11
32:20,21 33:9,9
38:1,3 48:7
**pullover** 36:5
**pump** 53:12
**punched** 44:21
**purposes** 5:15
43:11 44:10
**pursuant** 1:16,18
4:4 64:23 65:15
**push** 31:14 40:6
**pushing** 31:17,17
**put** 6:21 29:22
31:19 34:8,18,20
39:23 40:3 43:19
45:14 56:13
**puts** 25:21
**putting** 11:18

---

**Q**

**question** 10:24
23:8 26:23
**questions** 15:16
62:9

**quick** 34:24 49:5
49:23 56:4 57:17
**quite** 49:13

---

**R**

**radio** 8:10
**raise** 40:12,13
**raised** 12:8
**rank** 5:12
**reached** 29:23
36:24
**read** 61:4 64:12,14
**reading** 64:10,16
**ready** 64:10
**real** 56:3
**really** 18:16 19:10
31:25,25 32:2
38:17 40:8 43:2
46:9,22 54:23
**reason** 63:8
**reasoning** 15:21
**recall** 9:10,13
15:13,19 20:23
34:23,25 51:3
57:6 59:15
**received** 9:24
**receiving** 7:17
**recertified** 54:8
**recess** 52:14
**recognized** 40:15
47:12
**recollection** 28:6
43:16 45:23
**record** 43:12 44:11
60:4 64:25 65:24
**recorded** 18:20
**recording** 58:6,17
**reduced** 62:7
**referrals** 8:19
**regimen** 53:11
**related** 62:11
**relatively** 49:23
**released** 32:22
**remember** 9:20,20
18:16 29:7,7,9
30:6,16

**reminded** 12:25
14:21
**report** 18:7 51:25
57:3,7
**reported** 18:25
**reporter** 1:21 22:9
60:6,10,13,16,20
62:2,18
**reporters** 62:1
**reports** 19:23
**represent** 59:10
**reprimand** 8:13
10:8
**required** 65:17
**requirement** 53:16
**rest** 27:24 55:24
**result** 41:13 48:15
62:13
**returned** 64:21
65:11,20
**ride** 54:2
**right** 4:22 5:2,3,4,5
5:14,20,21,23
6:16 7:5 8:4,4 9:3
9:15 10:6,6,17,22
10:23 12:9,12,18
12:22 13:9,20
14:2,13,17,23,25
15:8,12 16:15
17:7 20:16 21:5
22:7,25 23:11
24:1,4,8,16,22,23
25:1,4,9,13 26:3,4
26:15 27:4,9,13
27:15 28:3,16
29:2 31:20 32:3,3
32:4,13,16,24
33:2,12,19 34:7
34:14,17 35:12,22
35:24 36:10,15
37:7,15,17 38:7,8
39:1,10 40:3,10
40:13,14 41:2,3
41:11,14,17,19
42:11 43:8,13,15
43:17,23,25 44:8

44:9,13,14,16,23
45:3,5,6,8,9,13,21
46:7,13,17 47:3
47:13,23 48:8,14
48:16,18 49:18
50:4,8,17,22
51:21 52:3,9,12
52:16,17,21 53:4
53:21 54:4,15
55:3,5,5,9,13,15
56:1,1,20,22
57:24 58:18,19
59:12,17 60:5
**righthand** 44:12
**righthanded** 43:24
44:24 55:22
**rightside** 43:24
**rightsided** 55:23
**roll** 29:10 30:5
**rolled** 29:16,23
37:10
**roughly** 59:13
**rounds** 24:15
**rules** 1:18 4:5 13:4
14:3 64:23 65:15
**runaround** 18:19
**running** 15:17 17:4

---

**S**

**sat** 12:8
**saw** 27:15,16 28:9
30:3 36:16 37:3,4
**saying** 9:24 18:18
19:7,13 23:25
28:20 29:9 30:6
33:8 37:8,9 41:16
44:22 48:3,8 49:7
55:4 57:23
**says** 26:1 38:4
56:17
**sb** 34:15
**scene** 18:5 33:5
**scratch** 44:16 52:5
**sean** 2:8 64:4
**second** 28:24
**see** 20:25 22:4

DEPOSITION OF CAITLIN HOWARD

23:21,23,25 29:17
30:8,20 36:14
37:2,16,17,21
38:15 41:9 48:18
48:24 49:2,12,14
49:14,19
seen 58:21
sent 20:25 65:21
separately 19:6
september 5:1
sergeant 16:25,25
17:8,12,14,16,19
21:2 24:6,19,19
24:24 25:24 27:21
28:12,18,20 29:2
29:22 30:1,3,6,10
30:16 31:4 33:23
35:9,25 36:21
37:8,20 38:19
39:5 42:11,12
50:10,10,17,21
51:15 53:3 56:9
serve 20:6,12
set 24:1 62:14
sex 18:6 19:1 21:14
52:23
sexually 18:8
shaking 41:10
58:25
shed 23:9
sheet 63:3
sheets 64:14,16,21
65:10,11,20
shelley 17:1 24:20
28:12 29:2,22
34:15 53:3
sheriff 26:1 36:9
56:11,17
sheriffs 1:7 5:9
6:15 10:11 27:1,9
28:21,22 29:5
35:14 63:6 64:7
65:6
shes 12:11 16:18
19:9 21:3,3 23:10
24:5 30:7 31:13

36:18,24 37:12
40:5,5 41:12 48:9
shooting 11:8
shoulder 41:13,22
48:10
shoulders 12:4
42:5
show 17:4 33:14
34:5 43:19 52:24
shows 59:1
sic 27:16 41:24
side 8:3 28:19 32:3
32:3,5,11,13,19
32:19 33:12,24,25
43:17 44:9,12,24
46:19 48:7 55:5
55:15,23 59:17
sides 43:16 44:17
sign 64:12,14
signature 61:1
63:20 64:15,16,20
65:9,11,17,18,20
signed 16:4,15 20:3
20:12 64:21 65:13
65:14,19
signing 64:10,16
situation 31:20
50:24
six 59:11
slane 2:10
slip 36:8
small 31:11 32:4
smaller 53:23
soft 11:16
somebody 11:18
12:1 16:20 19:12
20:24 24:11 36:23
sorry 12:23,24 16:7
22:12 24:14,18
33:18 43:19 48:20
55:7
sort 16:22 17:3,19
27:19 37:9 39:25
47:4
sounded 18:17
south 2:4 34:3 65:4

spar 14:25
sparred 14:19
speak 29:11 49:22
specialized 7:15
specific 15:16 21:6
spell 4:17
spoke 51:8
spray 11:8
squeezing 32:7
45:24
standing 29:2,8,18
30:14
standpoint 19:11
start 5:25 11:16
15:15 39:25
started 6:19 7:6,9
19:9
state 4:17 23:3 29:5
30:22 38:25 50:13
stated 26:12
statement 51:24
states 1:1
stick 25:2
stipulated 4:3
stomach 31:21 40:8
46:14,15 47:21
52:6 58:2
stop 8:8 29:14,15
39:25
stopped 29:15
stopping 31:12
39:18
stops 13:19
straight 43:16
street 1:19 2:4 65:4
streets 7:23
strike 32:9 42:17
43:7,14 44:4
46:20,25 47:11,12
59:9,10,16
strikes 11:20 32:2
44:24
striking 44:11
59:12,13
strong 53:23 54:2
struck 45:2 55:14

55:15
stuff 14:14 15:3
19:24 20:7
subscribed 61:15
63:21
subsequent 48:2
successful 55:12
suffered 9:17 41:13
41:22
suicidal 19:13
suicide 19:15
suite 2:4,9 64:5
65:4
sure 13:11 43:21
52:13 60:3 64:20
suspects 11:25
22:22 40:20 43:15
sustain 52:3
sustained 44:15
48:11,15
swear 46:2,4,5,5
switch 54:24
sworn 4:9 61:15
62:5 63:21

**T**

tactical 11:7 26:1
36:8
take 17:9 19:17
29:4 30:21,22
31:5 33:3 38:24
39:2 62:4
taken 1:17 4:4 13:1
15:20 52:14 62:7
64:22
talk 14:14 15:3
18:19 19:3 36:18
38:20 45:13 50:22
51:4 52:10 57:3
talked 10:7,15
38:23 54:11
talking 11:13 14:11
17:8 38:14 49:12
50:9
tall 11:1 49:13
taser 11:7,22 54:23

task 38:10
taught 11:11,24
technique 32:10
43:8 44:5
techniques 54:10
54:15,18
tell 5:24 8:4 12:25
22:2 26:20 28:6
36:19
telling 27:5 29:3
30:20 51:22
tells 24:5,9
ten 25:11
testified 4:10,13:4
13:22 57:8
testify 13:18 42:10
62:6
testimony 14:8
20:1 24:11 40:10
45:22 47:19 61:6
62:10 63:5
thank 15:10 16:14
21:13 22:11 32:24
56:2 59:2 60:5
thats 5:19 6:15
12:16 14:13 15:10
16:19 18:2,20
21:1,4 24:4 25:1
25:15 33:17 34:10
34:11 35:2 37:14
38:22 41:6,8
45:20,23 46:19
53:16 54:12 57:16
59:25
theres 12:2 15:3
19:16 33:19 40:21
42:3 54:21 58:17
theyll 6:25
theyre 19:13 27:8
41:8
thigh 44:11 59:12
thing 30:7 37:1,5
39:23 40:1 44:2
49:13 59:3
things 12:7,14
think 5:14 11:8

DEPOSITION OF CAITLIN HOWARD

13:14 14:13 18:20
24:10 25:21 34:24
36:3 38:22 44:3
51:10 59:1
**third** 28:24
**thought** 36:17 38:5
**three** 7:18,22
**throw** 25:25 56:16
**throwing** 4:21
**thumb** 12:4
**till** 25:3
**time** 20:10 21:9
22:14 25:16,22
39:18 45:1 53:7
64:22
**times** 13:23,25 27:3
**today** 12:8,9,20
15:13 48:10 51:22
**todays** 5:15
**told** 19:2,21 24:11
29:14 31:2 51:21
53:5
**tony** 2:5
**total** 24:22
**totally** 23:8
**tow** 30:25
**towed** 50:16
**traffic** 8:8
**trained** 12:2
**training** 11:3,4,7
54:5,6,6
**transcript** 60:7,11
61:6 62:9
**transferred** 50:7
**transport** 31:5
50:19
**transporting** 38:10
**trial** 14:8 15:5
64:19 65:20
**tried** 21:22 44:3,4
**true** 15:10 27:6
61:6 62:9
**truth** 27:5 62:6
**try** 14:18 30:25
**trying** 29:24 30:4
31:14 38:20 47:1

50:13
**turn** 8:11 12:3,4
29:25
**turned** 29:12
**twice** 44:4
**two** 7:18,20,20,22
8:19,25 9:2 10:9
30:14 32:1 47:15
55:1 57:9
**type** 58:6
**types** 58:7
**typewritten** 62:8

**U**

**uhhuh** 6:12 8:2
15:6 17:13 21:10
37:24 42:25 46:16
49:3 55:7
**ultimately** 33:15
**underneath** 26:3
**understand** 12:21
22:5 33:7 37:7
41:12,16
**understood** 22:23
**uniform** 36:7
**uniforms** 25:18
**unit** 20:6
**united** 1:1
**units** 26:9,9 33:9
33:14
**unmarked** 25:18
25:18 26:9,10
33:8
**unsigned** 64:23
65:15
**unsuccessful** 47:8,9
47:13
**unsure** 24:3 25:14
**upper** 44:11
**upset** 18:17 30:17
**use** 8:17 9:9,12
11:4,14,25 15:7
40:19 42:14,23
54:17
**usually** 8:11 19:20
32:11 38:15 43:8

56:15

**V**

**v** 1:6 63:6 64:7 65:6
**vaguely** 29:8
**vehicle** 28:10,13,14
28:14,16,19 29:1
29:9,12,19,25
30:1,15,23 32:21
35:3,4,10,23
36:12,20 38:1,3
38:10,11,21 39:1
41:23,24 42:7,8
42:11,13 48:7
50:14
**vehicles** 33:18 35:7
36:22
**verbal** 8:13,13
28:24 29:11 44:4
45:25
**verbally** 26:25
**versus** 14:22
**vest** 25:21,25 26:1
26:2 36:3,6,8
56:10,12,13
**vested** 25:23
**vests** 56:18
**victim** 18:13
**video** 58:6,22,24
**videotape** 43:4
**village** 2:9 64:6
**viorst** 2:3,3,22,24
4:14 13:17 22:11
22:13 24:8,14
26:18 27:12 33:2
33:4 42:3 43:5,10
43:13,25 44:13,18
44:22 45:2 50:4,6
52:9,16 54:4 56:5
57:17,21 60:1,4,8
65:3,4,7
**visible** 56:11
**voice** 18:15
**vulnerable** 31:19
45:15

**W**

**waiting** 25:4,10
**waived** 65:18
**walk** 31:18 39:17
40:7 41:7,23
**walked** 39:6
**walking** 28:9
**want** 11:13 15:21
18:19 26:19 30:24
30:25 31:12
**wanted** 46:8
**wasnt** 8:10,12
20:17 21:1 26:12
32:12 38:18 44:5
55:12 58:8
**way** 7:7 23:12
43:22 46:25 49:8
59:9
**ways** 12:3
**weapons** 11:9,21
25:22
**wear** 36:7
**wearing** 56:9
**weeks** 21:16
**weigh** 11:1
**weight** 10:25 53:6,7
**weird** 36:14
**welfare** 18:22
**went** 7:2,14,16,18
8:8 18:21 20:3,8
20:10,11,24 28:7
31:8 44:1,7 48:4
49:11 50:20 59:17
**west** 1:19 34:1
**weve** 10:7,14
**whats** 6:1 18:14
40:22
**window** 29:10,14
29:16,23 30:2,4,5
30:9,9 34:7 36:17
37:2,3,4,10,18,22
**winging** 47:4
**wish** 58:14
**wishes** 63:4
**witness** 2:20 4:9
22:10,12 24:13

27:11 42:2 43:6
43:22 44:1,23
50:3,5 54:1 61:1,3
62:14 63:4,20
64:14
**witnesses** 50:23
51:2
**wodiuk** 1:4 2:12
8:18 9:1,2 14:6
15:19 16:6 18:7
18:10 19:5,5,6
22:5 24:5,9,11
25:3 26:12 28:9
28:21 33:1 37:9
39:8 43:4 44:15
44:20 52:10,20
53:23 59:14 63:6
64:7 65:6
**wodiuks** 8:23 12:8
29:9 43:17 54:20
**wont** 43:2
**word** 22:24 39:7
**words** 15:6 18:17
**work** 6:24 32:14
44:6 52:23
**worked** 7:7,12 9:6
**working** 44:5
**worried** 18:21
36:22
**wouldnt** 22:21
31:18 42:7 45:6
48:17 54:1 55:23
**wrist** 40:21,25 41:5
**write** 19:23 34:14
**writeups** 8:5
**written** 51:24
**wrong** 27:25
**wrote** 57:6

**X**

**x** 2:18
**xxx** 64:14,18 65:15

**Y**

**yeah** 5:19 7:25 8:15
10:16 11:15 13:12

DEPOSITION OF CAITLIN HOWARD

15:23 24:3,18,23
24:25 27:3 28:2
34:10 35:6,11
36:5 37:11,19,21
38:2 39:9 40:2
42:18 44:20 49:20
49:25 51:12,13
52:2,5 56:12
**year** 7:16 54:8
**years** 5:11 6:3 7:18
7:20,22 8:1 55:2
57:13
**yelled** 35:9
**yelling** 32:7
**youre** 4:21 6:23
10:13 22:9 23:25
24:23 31:2 33:7
37:8 41:16 44:22
48:3,8,11 49:7
51:22 53:22,22
55:4 57:22,22
**youve** 6:10 7:23
10:10 13:22 33:7
45:21 54:10,14

---
**Z**
---

---
**0**
---

---
**1**
---

**1** 3:2
**10th** 1:19
**14cv02931wjmcbs**
1:2
**18** 64:3 65:15
**18th** 62:15
**19** 52:14

---
**2**
---

**2** 1:14,20
**2013** 12:20 24:5
58:12
**2014** 5:1
**2015** 1:13 61:16
62:7,15 63:22
64:3 65:15
**2019** 62:23

**21** 6:7,11
**215** 1:19
**22nd** 12:20 24:5
**24hour** 19:18
**26** 52:15
**29** 6:14

---
**3**
---

**3** 52:14,15 60:22
**30** 1:14
**300** 2:4 65:4
**303** 2:5,10
**317** 63:1 64:1 65:1
**33** 1:20 3:2
**3334122** 2:10
**35** 60:22 64:18
65:12

---
**4**
---

**4** 1:13 2:22 62:7

---
**5**
---

**5421010** 63:2 64:2
65:2
**56** 2:23
**57** 2:24
**59** 2:25

---
**6**
---

**6** 62:23

---
**7**
---

**7100** 2:9 64:5
**719** 63:2 64:2 65:2
**72hour** 19:21
**7593808** 2:5

---
**8**
---

**80246** 2:4 65:5
**80906** 2:9 64:6
**81004** 63:2 64:2
65:2

---
**9**
---

**950** 2:4 65:4



Exhibit No. _B_
Date _6-4-15_
Witness _Caitlin Howard_