UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2015 DEC -3 AM 9:45
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

Case No. 14-cv-02931-CBS

HEIDI WODIUK

   Plaintiff,

PUEBLO COUNTY SHERIFF'S DEPARTMENT OFFICER

CAITLIN GRAZIANO, in her individual and official capacities,

   Defendant.

   Counsel

   Sean Lane- Attorney at law

**MOTION FOR: Rule 5.2 Privacy Protection for Filings Made in Electronic Case Filing**

Plaintiff, Dr. Heidi Wodiuk, requesting within her civil capacity as Pro Se that Rule 5.2 be granted. All of the Plaintiff privileged, private and medical documents must be filed into the electronic case filing system to this case in a restricted document for all confidential, private and privileged material for all documents on the Plaintiff as this could cause future undue hardships. All of the Plaintiff privileged, private and confidential material is required to be protected and redacted by Rule 5.2(a) when filing in to the electronic record and must be filed under the restricted filing. This is to ensure that the Plaintiff is free from these confidential documents from going on the World Wide Web and become private documents to the public.

Failure to protect the Plaintiff privileged and private material to remain confidential in this case and in filing the evidence into this case would constitute a federal privacy violation.

This motion is within the Plaintiff rights in protecting privileged and confidential material of the Plaintiff from any public access to the Plaintiff records against her free will. All filing of the Plaintiff confidential material is to be filed redacted so to remain confidential and all mental health records are to be in a sealed document prior to filing them with the court. As the Plaintiff information, records, documents and personal medical material are all sensitive information that could affect the Plaintiff life and case further future undue hardships in relationships, employment, or career advancements.

1

DR. HEIDI WODIUK

By: _____

Dr. Heidi Wodiuk

8448 Hwy 78 W

Beulah, CO 81023

Tel: (719) 671-8067

## CERTIFICATE OF SERVICE

I hereby certify that on this December 3, 2015, a true and correct copy of the above and foregoing **MOTION FOR: Rule 5.2 Privacy Protection for Filings Made in Electronic Case Filing** Was, unless otherwise filed by U.S. postal mail or hand delivered with the Courts who provides notice to the following:

Sean Lane

7100 E. Belleview Ave., Suite G-11

Greenwood Village, Colorado 8011

Tel: (303) 333-4122

A Duly Singed Original is on File at the Offices of Dr. Heidi Wodiuk

s/ _____

2