AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of Colorado

Dr. Heidi Wodiuk

      *Plaintiff*  )
             v.  )  Civil Action No. 14-CV-02931-WJM-CBS
                )

Caitlyn Graziano Hudson
      *Defendant*  )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION To:

### JAMES E. CRONE

*(Name of person to whom this subpoena is directed)*

′ **Production: YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**Produce the following all qualifications, resume, curriculum vitae, including a list of all publications authored in the previous 10 years. Produce a list of all other cases in which, during the previous 4 years, you have testified as an expert at trial or by deposition. You are required by federal laws to provide a witness written repot to this case unless otherwise stipulated or order by the court.**

| Place to send production to:<br>8448 Hwy 78 W Beulah, CO 81023 | Date and Time to Produce by:<br>December 30, 2015 |
|---|---|

′ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12-7-15

CLERK OF COURT

_____  OR  _____
*Signature of Clerk or Deputy Clerk*                     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____