# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02931-WJM-CBS

HEIDI WODIUK,

    Plaintiff,

v.

CAITLIN GRAZIANO,

    Defendant.

_____

## [PROPOSED] ORDER GRANTING NON-PARTY JAMES E. CRONE'S MOTION TO QUASH SUBPOENA *DUCES TECUM*

_____

    This Matter coming before this Court on non-party James E. Crone's Motion to Quash Subpoena *Duces Tecum*, and being fully advised in the premises;

    Hereby **GRANTS** non-party James E. Crone's Motion, and quashes the subpoena *duces tecum* due to defective service, the violation of Fed.R.Civ.P. 45(c) geographical limits, and the undue burdens imposed upon James E. Crone.

    The subpoena creates an undue burden as it seeks to compel documents consistent with expert witness disclosures. Mr. Crone is the Sheriff of Morgan County, Colorado, an elected official, who has not agreed to serve as an expert witness on behalf of any party in this case. The Court finds that the burden of responding to the subpoena is such that the subpoena must be quashed under Fed.R.Civ.P. 45(d)(3)(A)(iv).

Dated this _____ day of _____, 2015.

                                                   _____
                                                   United States District Judge