United States District Court, Colorado
901 19th St.
Denver, CO 80294

Dr. Heidi Wodiuk
vs.
Caitlin Graziano
  Counsel - Sean Lane

Case # 14CV02931 WJM
Date = 1-26-16

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2016

JEFFREY P. COLWELL
CLERK

## Writ of Certiorari

Due to being denied Protection from Defendant and her place of work Conspiring and organizing additional Crimes against me for pressing this case, I have suffered even more injustice. Deprived liberties and rights as "ploys" to delay, harm and discredit me and my case's. Hence why I filed a Protective order in this case. Intervention by writ of Certiorari is filed in "good cause" with Cause as the Defendant and Defendant Supervisor who were involved in case incident July 22, 2013 have continued to conspire to harm my life, liberty and happiness. Defendant and Officer's at incident have unlawfully stole my mail, confessed in Sheriff Reports as to doing so.

Pg 1   Defendant and place of work opened my

Dr. Wadiule
vs.
Graziano

Case 14CV02931
1-26-16

mail without a court order or warrant to do so. Defendant and Shelley Bryant as well as with other Pueblo Sheriff Officers opened Barack Obama mail, Oprah Winfrey mail and Michael Franti mail along with many others and without our permission, knowledge, or consent and stole property of mine and others refusing to return it. This was done to obtain legal and personal mail so to unlawfully prosecute case 15CR1287 so to discredit my character and cause delay.

Shelley Bryant and the Defendant provided stolen mail - stolen by Defendant and place of work and gave property and legal documents to other non parties. Defendant and Shelley Bryant gave Ian Cooper my Ex life insurance policies in my name and my daughters without my consent which is a Crime.

Defendant, Shelley Bryant and place of work "Pueblo Sheriff Department"
Pg 2 refused to properly investigate Identity

Dr. Wodiuk
vs.
Graziano

Case 14cv02931
1-26-16

theft claims before charging me with felony 4 & 5 charges. Be it the charges are listing my titles and deeds to my properties Defendant and place of work were to have Colorado Bureau Investigate Identity theft before charging me and they did not.

The Pueblo County Courts are trying Case 15CR1287 outside their Jurisdiction, as mail fraud has occurred. Prosecutor claims stalking via the mail occurred in California, However, California nor the federal Post Master has given Pueblo County jurisprudence to try a crime on me.

I am currently falsly detained and deprived of my liberties and Rights.

I respectfully requested several times to the US District Courts in Colorado in this case to protect me as I've suffered heinous abuse by the Defendant and her employer organizing and conspiring unlawful crimes against me to try and harm me for whistleblowing

Pg3

Dr. Wodiuk
vs.
Graziano

Case 14cv02931
1-26-16

Wealthy and political child molesters and child porn trade in Pueblo Colorado as I suffered as a child. After finding child porn pictures taken of me when I was four years old I reported to the Pueblo Sheriff Department July, 2013. Since, I've suffered physical savage beatings, sexual assault, robbery, kidnapping of me and my daughter and lots more. Excessive human trafficking eight times since I spoke out and was brave enough to whistle blow on them after recalling my childhood abuse.

I requested within the law and within my rights that this court report this case to FBI for it criminal organized crime. I was denied as magistrate Schaffer stated "a judge can not report or have investigations done" this a lie. It was stated on record. By the courts refusing equal protection of the law to me and my daughter, failing to protect me as a victim, the placed me again to be deprived liberty and

Pg4

Dr. Wodiuk
vs
Graziano

Case 14CV02931

1-26-16

my Rights. Human Trafficking is a crime. My eight Pueblo County detainments all false and done out of hate to maliciously harm my Rights, life, liberty and disturb my Right to receive fair justice.

I will not be able to make the February 5, 2016 deadline and expect an extention due to my circumstances that are out of my control caused by the Defendant. I currently suffer a miscarriage of justice and sit in Pueblo County jail deprived of liberty, held outside the color of law, held hostage so to delay and harm this case. I've been denied Indigency Bail Right by Indigency Bail Reform Act 1966 and am held hostage to pay fees to bail on a unconstitutional, meritless, frivilous, groundless meretiocious case 15CR087. Which causes for this Courts intervention under the writ of Certiorari Rights for a higher Court to interven, so to Protect from miscarriage of justice. Dr. Wodiuk asks this Court to intervene and equally protect Dr. Wodiuk Rights and free her, protect her and stop this Human Trafficking Terrorism.

Pg.5

US District CO court
Wodiuk
vs.
Graziano

Case # 14CV02931
1-26-16

Signed- Dr. Hildebrandt

Dr. Heidi Wodiuk Plaintiff
8448 Hwy 78W
Beulah CO 81023    address

909 Court St Pueblo CO 81003  current address Incarcerated (kidnapped)

A true and accurate copy of this filing of writ of Certiorari is to be served by the court to all parties as Dr. Wodiuk can not. She is incarcerated unlawfully.

Signed Dr. Hildebrandt
Plaintiff

Pg 6