FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 4 2016

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 14-cv-02931-CBS

HEIDI WODIUK

    Plaintiff,

PUEBLO COUNTY SHERIFF'S DEPARTMENT OFFICER

CAITLIN GRAZIANO, in her individual and official capacities,

    Defendant

---

**Demand For Relief: During the 2014 and 2015 Hearing in This Case Dr. Wodiuk Personal Cell Phone was Illegally Tapped and Monitored by the Defendant and The Pueblo Sheriff Department et al.**

---

    Dr. Heidi Wodiuk has obtained her personal cell phone records and found that the cell phone provider's records provided to her in this cases federal subpoena show that Joe Wodiuk and the Pueblo Sheriff Department as well as the Defendant were illegally monitoring Dr. Wodiuk cell phone without a warrant to do so. During the hearings in this federal court Dr. Wodiuk's cell phone was tapped illegally and all court proceedings were recorded by third parties off of her cell phone through illegal hackers listening in to these court hearings from 2014 to 2015. Also, the Defendant et al those aiding the Defendant violated Dr. Wodiuk attorney client privacy privileges in their illegal tapping and monitoring of Dr. Wodiuk's personal cell phone.

Dr. Heidi Wodiuk medical visits were illegally monitored off her cell phone. Violating her HIPAA rights as well as to her psychological counseling for the brutality regarding the case subject matter.

This is a major crime which violates Dr. Wodiuk's privacy in violation of the 4th Amendment.

1

Dr. Wodiuk is therefore, demanding relief from this court to forward this violation to the FBI and to Dr. Wodiuk's CBI case. To be investigated and so federal charges may be prosecuted. This must be done immediately or within 48 hours from the date and time of this filed on to case record.

WHEREFORE, Plaintiff notifies the Court of the failure to protect the Plaintiff as a victim to the criminal content linked to this case done to the Plaintiff by the Defendant in this case.

Respectfully submitted this October 19, 2016.

DR. HEIDI WODIUK

By: *[signature]*

Dr. Heidi Wodiuk

8448 Hwy 78 W

Beulah, CO 81023

Tel: (719) 214-1181

CERTIFICATE OF SERVICE

I hereby certify that on this October 18, 2016 a true and correct copy of the above and foregoing **Demand For Relief: During the 2014 and 2015 Hearing in This Case Dr. Wodiuk Personal Cell Phone was Illegally Tapped and Monitored by the Defendant and The Pueblo Sheriff Department et al.** was filed by U.S. postal mail and hand delivered to the Courts, who provides notice to the following:

Sean Lane

7100 E. Belleview Ave., Suite G-11

Greenwood Village, Colorado 8011

2

Tel: (303) 333-4122

A Duly Singed Original is on File at the Offices of Dr. Heidi Wodiuk

/s/

3

*Note to Case Heidi Wodiuk v. The People - 16CV983GFG*

## This is NOT a threat only a Notice.

October 13, 2016

TO: Lewis Babcock, 901 19th St. Denver, CO 80094

RE: 1917 W. 15th Street Pueblo, CO 81003

Dr. Heidi Wodiuk, Michael Franti (property owners) and Oprah Winfrey Property estate executor and estate beneficiary

I am informing you of your illegal actions taken to demolish my property at 1917 W. 15th Street Pueblo, CO. 81003 without legal cause or legal authority to do so. You have aided and abetted a serious Sherman Act violation and committed a serious federal crime by demolishing my house listed above without the proper legal due process and legal paper work to do so. No legal paperwork was provided to you as none existed in 1967CV17664 court case.

You were asked by the Pueblo Conservancy Water District to committed a serious crime and now I am demanding that you report this to CBI and the FBI right now- TODAY. As you are now an assessor in a serious federal crime that you WILL be held legally responsible for committing now just financially with me and the other property owners but we each will also press for federal charges for this sedition act committed intent fully and maliciously. As I notified the courts numerous time of its violation and you failed to ask for the proper paperwork to be presented to you to even aid such acts of property demolishment of. Attached October 13, 2016, 1967CV17664 court case filing attached.

As no legal court documents are on your record as I have recorded on recording devices you admitting to when I spoke with you regarding this crime. I therefore, expect you to report this crime to FBI authorities immediately. As this is a federal crime not a city or state crime so reporting to your friends at the Pueblo police or sheriff Department will NOT suffice. This case has been sent to CBI and FBI. This case also entails false arrests, court ordered murder, kidnappings- adult and minor, malicious prosecutions of which you can be held for in the court of law for aiding and abetting.

### This is NOT a threat only a notice.

Signed: _____   10-13-2016

Dr. Heidi Wodiuk               Date

Mailed in US postal mail and mailed pictured by photograph on 10-12-2016 IPhone 4S *notice also on youtube*

Personal Service of this notice done in person on _____ by _____

16 CV 983 GPG
14 CV 02931

Date: October 17, 2016

TO: Pueblo County Sheriff Department

     909 Court Street

     Pueblo, CO 81003

FROM: Dr. Heidi Wodiuk

     8448 Hwy78W

     Beulah, CO 81023

     719-214-1181 contact number

To whom it may concern in the Pueblo Jail medical Department,

My name is Dr. Heidi Wodiuk and I was falsely detained in a kidnapping act of me and held at this jail located at 909 Court Street Pueblo, CO 81003. From January 11, 2016 to September 28, 2016 I was maliciously deprived liberty and denied all rights to a habitable living environment, denied nutritious food to eat, denied healthy water to drink, denied fresh air to breath, denied liberty, denied proper medical treatment, denied to contact outside authorities for help to examine the jail, denied for even my outside medical doctors to come treat me or observe my health condition. I was very sick while in the jail and am still very sick after leaving the jail September 28, 2016. On October 17, 2016 I had to go to the ER due to the extreme sickness, I've been suffering. The Parkview ER on 10-17-2016 stated that I had an infection and placed me immediately on antibiotics for the sinus and lung infection and demanded I get my stools checked and my skin infections checked right away. An additional doctors visit was scheduled right away to address the other infections I am suffering all derived and contracted from the Pueblo County Jail while I was housed in the contaminated facility- deprived medical relief, treatment or care for the infections that could have killed me and still may.

I made many kite's also known as PCJ request and grievance forms while I was in jail making you (PCJ) well aware of my condition and to no avail did it change the facility or care provided to me or any other inmates. Rather Lieutenant Sykes stated that on my kite AKA jail grievance form that "it was none of inmates concern how the facility was". Indicating that as an inmate we had no rights.

I expect the jail to be reported to the EPA, FBI, health department, OSHA and inspected. I know several other inmates who complained of sicknesses who were also very sick as myself who need to be properly

1

treated and cared for. The jail must be up to all legal standards as it is extremely filthy, extremely contaminated by viruses, feces, bacteria, molds of various kinds especially deadly black molds and must be reported right away. This jail needs to be condemned by the legal standards. This could pose a serious mass health hazard inside the jail and outside the jail and must be addressed RIGHT NOW. As the plumber indicated to me and other inmates while I was in jail that there was black mold in the plumbing system that we drank water from and bathed in.

I will be seeking medical aid for my ongoing symptoms and illnesses obtained by unsanitary, inhabitable conditions of life threatening nature forced upon me to live in at PCJ. Sewage gas in the air every day, sewage drain leak causing wall and floors to be contaminated and I had to walk in the sewage every day just to go to the bathroom, wash my hands and shower. Contaminated water by sewage back up and black mold. Black mold in G302 shower. Samples mailed out while I was in jail to authorities, this also video tapped and logged on the jail G302 camera.

This is your formal legal notice to fix the jail and make it habitable for the inmates and staff. ALL federal agencies have been formally notified of the jail's conditions.

Signed,

*[signature]*

Dr. Heidi Wodiuk

c.c. 15CR1287, 2007DR1166, 16CA622, FBI, CBI, Police Department, County Attorney Greg Styduhar, Governor John Hickenlooper, senator Michael Bennett, 1967CV17664, US Colorado Federal Courts, CO supreme and appellate courts, EPA, OSHA, United Nations and many others.

2