**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 12 2017

JEFFREY P. COLWELL
CLERK

October 8, 2017

file to
14CV02931

TO: Carl Glatstein and Perry Glantz et al.

2696 S. Colorado Ave Ste 350
Denver CO 80222

6400 S. Fiddlers Green Cir. St. Ste 1900
Greenwood Village, CO 80111

FROM: Dr. Heidi Wodiuk

PO BOX 8046

Colorado Springs, CO 80966

Dear Carl Glatstein and Perry Glantz et al.,

I want to place into writing that on in 2016 Perry glantz who at the time was Dr. Wodiuk's attorney NOT any one else's in this case; had withdrawn from this case due to a bicycle accident of which Mr. Glantz alleged occurred happened after having a struggle to arrange time to meet with Dr. Wodiuk at the Pueblo County Jail. After arranging with the Pueblo County Jail Mr. Glantz the day before the appointment time to meet with Dr. Wodiuk in the jail was reported by Mr. Glantz to Dr. Wodiuk, William Hayes and many others as being followed while riding his bicycle and then falling, taking a serious head injury. I NEVER found this to be a coincidence what so ever. Now, having seen the Pueblo Chieftain paper dated Sunday September 3, 2017 page 6A it does appear that there are several others who had the same happen to them and the head of the Pueblo Water district board Gary Bostrom whom was in charge of $825million dollars for the water Pueblo conservancy district was also bicycling and murde3red in the same ploy as done to Perry Glantz. It does appear that the Defendant and her place of work et al. are too involved in these crimes as well and their affiliates and that Gary Bostrom was no accident but a murder ploy for more control over the $825 million dollars that he over saw. This strangely is the same similar events as done in the "white water" case filed against the Clinton's (see white water case and events that are almost mirrored to this water movement in Colorado-as too all the random deaths etc). of which the actors in this unlawful water movement are backed by the Clintons' and also too the judicial officers partaking in this case of which Dr. Wodiuk is involved is too the A team for Hillary Clinton's team should she have made it president of United States.

See too Pueblo Chieftain paper September 24, 2017 page 2 B where the pueblo county jail funding is noted to even incur Colorado Federal judicial officers et al. of which lied and perjured this case record saying they have NOTHING to do with the Pueblo County jail when in fact publicly it is noted that they do. Which means this federal court of Colorado in 14CV02931 case acted in organized crime against Dr.

Wodiuk in Sherman Act violations etc. and intentionally violated the laws and constitutions in this case in their personal interest in the Pueblo economy for their judicial actor's personal interest in racketeering kickbacks. As the Federal courts and its actors of Colorado have noted this to be a delusion and a reason for Dr. Wodiuk to be maliciously deemed incompetent by organizing and consigning this delay and hardship imposed by the courts to Dr. Wodiuk to discredit her injuries, hardships, terrorism done to her and her child. This article MUST be filed into this case and presented at trial to show the courts conflict of interest as too be noted to the jury as to the courts et al to report this case and its actors to the FBI immediately for the treason done to Dr. Wodiuk, her child, the witnesses, and the others in the community suffering injustices as well. As these law actors and court actors et al. have conspired even murders to try and get away with their unlawful actions in using the court as their criminal play ground to fake a justice front for their criminal activity; which is by the treason laws TREASON.

Please also note Carl Glatstein and Perry Glantz that it is unlawful to proceed in incompetency matters or any matter in this case 14CV02931 when I Dr. Wodiuk do NOT have counsel to represent me. As and when a GAL is appointed and counsel for a GAL to assist a GAL and NOT me, I am therefore; legally entitled to a federal FBI public attorney to represent me in this matter by law. Please notify FBI to send over an attorney for this case to represent me and do so within five (5) days as that is the federal law. As forcing me to precede pro se and depriving me of all my rights with no attorney on my behalf is a crime of treason as well to the due process and my rights in this case. You are obstructing my rights to justice in properly being represented in such actions taken against me in a civil matter now making them criminal due process law matters of law and NOT civil ones; which too is treason to the color of law and treason to the constitution.

Thank you in advance for your assistance,

*[signature]*

Dr. Heidi Wodiuk

c.c. FBI, UN, Homeland Security, Pueblo Police, Pueblo Sheriff Department, OCR, many others who need notice.

*[signature] 10-8-17*

P O Box 8946
Co Sgs, Co 80933

US Fed Dist Court
901 19th st
Denver, Co 80294

DENVER CO 802
10 OCT 2017 PM 2 L
80294-250099