UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-02931-WJM-MLC

HEIDI WODIUK,

    Plaintiff,

v.

PUEBLO COUNTY SHERIFF'S DEPARTMENT OFFICER
CAITLIN GRAZIANO, in her individual and official capacities,

    Defendant.

___

## MOTION FOR SUMMARY JUDGMENT
___

Defendant, CAITLIN GRAZIANO (now known as Caitlin Howard), in her individual and official capacities, by and through her counsel, Sean J. Lane and Alex M. Pass, of THE LANE LAW FIRM, P.C., hereby respectfully moves this Court, pursuant to FED.R.CIV.P. 56, for Summary Judgment in her favor, dismissing Plaintiff's remaining claim with prejudice.

In support of this Motion, Defendant incorporates the arguments and authorities set forth within her Brief in Support of Motion for Summary Judgment.

WHEREFORE, Defendant respectfully prays for the following relief: (1) that Plaintiff's remaining claim be dismissed, with prejudice; (2) for costs; and, (3) for such other relief as the Court deems appropriate.

Respectfully submitted this April 30, 2018.

         By: s/ *Sean J. Lane*
            Sean J. Lane
            Alex M. Pass
            **THE LANE LAW FIRM, P.C.**
            5105 DTC Parkway, Suite 475
            Greenwood Village, Colorado 80111
            Tel:  (303) 333-4122
            Fax:  303-860-7855
            Email: slane@lanelawpc.com
               apass@lanelawpc.com
            ATTORNEYS FOR DEFENDANT HOWARD

## **CERTIFICATE OF SERVICE**

I hereby certify that on this April 30, 2018, a true and correct copy of the above and foregoing **MOTION FOR SUMMARY JUDGMENT** was, unless otherwise indicated, filed electronically with the Court who provides notice to the following:

M. Carl Glatstein, Esq.
GLATSTEIN & O'BRIEN LLP
2696 S. Colorado Blvd., Suite 350
Denver, CO 80222

Perry L. Glantz, Esq.
Anna Day, Esq.
STINSON LEONARD STREET LLP
6400 S. Fiddlers Green Circle, Suite 1900
Greenwood Village, CO 80111

            *A Duly Signed Original is on File at the Lane Law Firm, P.C.*

            s/ *Linda L. DeVico*
            Linda L. DeVico