```
  Incident
 *Incident Number: 13S014649    Nature: Mental Subject
     Related Case: 13S013675            Image:
          Address= 920 N MAIN ST; Annex
             City: Pueblo              State: CO   ZIP: 81003
             Area:                     Contact:


  Complainant
 Numbr:
   Last:                        Fst:                    Mid:
    DOB:        SSN:             Adr:
   Race:   Sx:    Tel:           Cty:                    ST:        ZIP:


  Details
    *Offense Codes: XINF                 Reported:        Observed:
    *Circumstances: LT25
  Rspndg Officers: Graziano C
  Rspnsbl Officer: Graziano C       Agency: PCSD         CAD Call ID:
      Received By: Dunn B          Last RadLog:
   How Received: T   Telephone      Clearance: NAR   Narrative to Follow
    *When Reported: 13:24:21 07/19/2013  *Disposition: ACT *Disp Date: 07/19/2013
  *Occurrd between: 13:24:21 07/19/2013 Judicial Sts:
              and: 13:24:21 07/19/2013   Misc Entry:
               MO:



  Narrative
  Narrative: (See below)
 Supplement:


 = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =



Law Incident Case Numbers:
 Case Numbers
Seq    Number
  1 13S013675


LAW Incident Offenses Detail:
                 Offense Codes
 Seq Code                                  Amount
  1 XINF Information Report                 0.00
```

DEFENDANT'S EXHIBIT B

```
07/19/13                    Pueblo County Sheriff's Office                      200
15:19                              Deputy Report                    Page:         2

Incident Number:  13S014649
                                Narrative Section
---------------------------------------------------------------------------------
                       Incident Investigation Narrative:
```

On July 18, 2013 I(Detective Caitlin Graziano) was assigned a Sex Offense case Heidi Wodiuk (DOB 08/11/80) had wanted to report. Deputy Aaron Howe had gone to Parkview Hospital 2 North (Psychiatric Unit)Pueblo,CO to take a report from Heidi. Heidi stated she had a reoccurring dreams of being sexually assaulted. See CR 13S013675 for more information about the sex offense.

At approximately 3:00 P.M. Sgt. Shelley Bryant and I went to Parkview Main Hospital to contact Heidi to interview her about the sex offense she was reporting. When we arrived at Parkview Hospital staff members were unable to tell us if Heidi was still hospitalized or not due to confidentiality issues. After attempting to call Heidi several times and not getting an answer, I called Joseph Wodiuk who is Heidi's father. (Note: There was a recorded message on Heidi's phone saying to leave her alone and she is tired of all friends and family and doe snot want any contact from anyone). Joseph told me Heidi was released from the hospital and he was very concerned for Heidi and his grand daughter Olivia (7 years old) who was with Heidi. Joseph stated her behavior has been very bizarre and he was worried she would kill herself and Olivia. I asked Joseph if he could come into the office tomorrow July 19,2013 and speak with me about Heidi and her behavior. Joseph stated he would and would bring his wife Jill Wodiuk, and son Luke Wodiuk due to them seeing the alarming behavior also.

I attempted to call Heidi's cell phone (719) 671-8067 and go sent to her voicemail. Her message was very concerning to me. Heidi stated in the phone message she was done with her fake friends and family that's has caused havoc in her life and if you are one of her clients or a new one you should find someone else. I didn't leave a message on the phone but was very worried about the safety of Heidi and her daughter due to her mental state. I contacted our communication center and had patrol deputies respond to Heidi's address 8448 Hwy 78 W Beulah,Co 81023 to check the welfare of Heidi and her daughter Olivia because no one has seen or heard from them. When deputies arrived at her address they stated Heidi met them in the driveway and stated you are not coming onto my property without a warrant. Deputies asked her they were just there trying to get a hold of her because detectives wanted to speak with her about the sex offense that was reported and make sure Olivia was ok. Heidi yelled at deputies and told them Olivia was fine and to get off the property unless they had a warrant. Deputies then left the residence without seeing the little girl.

Later Sgt. Shelley Bryant spoke with Heidi on the phone and was trying to explain to her we wanted to speak with her in reference to the sex offense she reported. Heidi stated they sent the police to my house didn't they. Sgt. Bryant was trying to talk with Heidi and explain she was the reason the deputies went up there due to Heidi not answering her phone and her the message on her voicemail. Heidi was screaming at Sgt. Bryant and calling her a liar and Sgt. Bryant made the decision to hang the phone up. Heidi called back to the Sheriff's Office communication center and was screaming at the dispatchers they transferred her to Sgt. Bryant. Sgt. Bryant stated Heidi told her she wanted to speak with her supervisor and file a complaint on her. Sgt. Bryant told her to come in tomorrow and speak with Captain Teschner trying to get her to come to the office.

On July 19,2013 I came into the office and attempted to call Heidi on

her cell phone and left her a message stating I just would like to speak to her about the sex offense she reported. I told Heidi on the message to please call me I was looking forward to hearing from her. Around 10:00 A.M. in the morning I had Joseph Wodiuk, Jill Wodiuk, and Luke Wodiuk come into the Annex 920 N Main St Pueblo, CO 81003 to speak to me about the behavior Heidi had been displaying.

I spoke with Joseph the father of Heidi first. Joseph told me and became very emotional and stated Heidi is a very smart, loving woman and in the last two months she has just taken a spin and is not the same person he knows. Joseph told me he is aware Heidi has accused him of sexually molesting her and he is not concerned about that. Joseph stated he is a good father and can live with Heidi accusing me of this but I can't live with not doing anything and Heidi killing herself or her daughter Olivia. I asked Joseph what happened he stated he doesn't really know Heidi has a degree in psychology and a doctorate in Chinese Medicine. Joseph stated about a year ago she started to say she could hear voices and they told her to information and she would stay up all night and type what they were telling her. Joseph told me Heidi has got a lot worse in the last two months. Joseph stated they were on vacation and a couple of Heidi's friends and neighbors had called in stating they were concerned about Heidi's behavior and that she was very depressed. Joseph told me they came back from vacation and went to check on Heidi and she had all her blinds shut in the house and very dime light on. Joseph stated Heidi told him she hadn't slept in days and was upset because she went to a concert was suppose to meet Michael Fontaine. Joseph stated Heidi has been saying she is connected to Michael Fontaine and they are soul mates and the voices were telling her tickets would be left at the box office and they weren't. Joseph stated he told Heidi very calmly that maybe she should give up this idea of being with Michael. Heidi started to yell and cuss at them and told them to get the fuck out of her house.

Joseph stated they left and that was on the Fourth of July 2013. Joseph stated he received a phone call from one Daniel one of Heidi's friends and he stated Heidi was very depressed and stated she was going to kill herself. Joseph told me he called Parkview Hospital and asked what he should do and they stated if you get her to come in willing it would be the best. Joseph stated he brought his wife Jill and son Luke with him. Joseph told me Heidi was very angry and violent when they got up there and stated she had the legal right blow her head off if she wanted to. Joseph told Heidi you have two choices you either come with me or I will call the Sheriff. Joseph stated he called the Sheriff's Office and they took her to Parkview Main Hospital. I asked Joseph if Heidi had guns and he stated yes. Joseph told me he just wanted his daughter to get help and was so very worried about her. Joseph stated please help her before she hurts herself or her daughter.

I spoke with Heidi's brother Luke Wodiuk and he stated Heidi is very paranoid and thinks the phones are bugged. Heidi told him "they" are stealing money out of her account and breaking into her house, but can't tell him who "they" are. Luke stated he has offered money if she was in a financial bind and she stated she didn't want his help. Luke told me she claims she can hear voices and was working as a psychic with the Sheriff's and Police Department to help solve murders. Luke stated he thinks Heidi could harm herself and her daughter and just wants her to get some help.

I spoke with Jill Wodiuk and she stated Heidi has been acting a little bizarre this past year but these last two months she has really went to a dark place and she has never seen her like this before. Jill stated she is infatuated with Michael Fontaine (famous singer) and stated the "beings" or "voices" are telling her they are soul mates and will be together in the future. Jill stated

```
07/19/13                    Pueblo County Sheriff's Office                      200
15:19                              Deputy Report                       Page:     4
```

Heidi's daughter Olivia told her Michael Fontaine is going to be her new daddy. Jill stated Heidi tells her the voices are telling her Michael left tickets for her at the box office and every time she goes she becomes very depressed when the tickets aren't there. Jill stated Olivia Heidi's daughter was carrying around a scary wolf doll (with fangs) and stated her mom gave it to her and it can talk to spirits. Jill told me Heidi called her and told her to watch the grand kids closely because they were going to be kidnapped and used as sex slaves. Jill stated Heidi also told her recently "they" had her phone bugged and to get it away from you because they can watch you going to the bathroom and having sex, and they are coming through the television so she destroyed her television. Jill stated when they went up to her house on July 4, 2013 Heidi had all the blinds shut and the house very dark and when they opened the door Olivia came running out and clinging to her. Jill stated Heidi was yelling and cussing at her and has never been disrespectful like that and told them to get the fuck out of the house. Jill stated she is very concerned about Olivia and Heidi and couldn't live with herself if something happened to them. Heidi thinks she needs help and loves them so much and Heidi just isn't the same person. Jill mentioned Heidi has a degree in psychology and knew exactly what to say to get let out of the hospital. Jill stated she was concerned about this because she felt Heidi couldn't get the proper help she needed if she was honest about what was going with her.

I am respectfully requesting Heidi have a psychological evaluation due to her mental state. I am requesting this be court ordered to prevent anything happening to Heidi or her daughter Olivia.


Date, Time, Reporting Officer:
Fri Jul 19 14:49:51 MDT 2013 Detective Caitlin Graziano

Date, Time, Supervisor:
Fri Jul 19 15:12:33 MDT 2013 Sergeant Shelley Bryant