DC copy  Sheriff copy
Filing...

DISTRICT COURT, PUEBLO COUNTY, COLORADO
320 West 10th Street
Pueblo, CO 81003
719-583-7017

2013 JUL 22  AM 10: 09

PUEBLO COMBINED COURT
CLERK OF COURT

THE PEOPLE OF THE STATE OF COLORADO

IN THE INTEREST OF

HEIDI WODIUK,

Respondent.

▲ COURT USE ONLY ▲

Case Number:
13 MH 252

Division: 13

Courtroom:

Pueblo County Attorney's Office:

Marci Day, #43142
Assistant County Attorney
215 West 10th Street
Pueblo, CO 81003
719-583-6630 (phone)
719-583-6057 (fax)
co.atty@co.pueblo.co.us

AFFIDAVIT FOR EVALUATION AND TREATMENT
(C.R.S. § 27-65-105(1)(a)(I)) [formerly C.R.S. § 27-10-105(1)(a)(I)]

COME NOW THE AFFIANT, pursuant to C.R.S. § 27-65-105(1)(a)(I), and respectfully allege and represent to this Honorable Court as follows:

1.   That attached hereto are a statements from the Affiants relating sufficient facts to establish that the above-named Respondent appears to be mentally ill and, as a result of such mental illness, appears to be an imminent danger to himself/herself or to others or gravely disabled.

2.   That it would be in the Respondent's best interest to be taken into custody and placed in a suitable facility for seventy-two (72) hour treatment and evaluation. Colorado Mental Health Institute, Pueblo, Colorado is recommended.

3.   Other information known about Respondent is as follows:



DEFENDANT'S
EXHIBIT
C

(a) Respondent's name and address: Heidi Wodiuk, 8448 Hwy 78 West, Beulah, CO.

(b) Respondent's present whereabouts: same.

(c) Respondent's age: 33 Date of birth: 08-11-80 Sex: F Marital Status: Married Occupation:

(d) The name, address, and telephone number of the attorney who has most recently represented the Respondent:

We do hereby affirm that the above information and the Supplements to Affidavit are true and accurate.

*[signature]*

The above information was sworn to before me this 22nd day of July 2013.

*[signature]*
District Court Judge

## SUPPLEMENT TO AFFIDAVIT
July 22, 2013

We, Jill, Joseph and Luke Wodiuk, the affiants, being first duly sworn upon our oath depose and say as follows:

Heidi Wodiuk refuses to get help and due to her current mental condition, we are requesting that Heidi be taken to the mental health institute for a mental health evaluation. Please see are attached statements from affiants and additional Sheriff's Office Report.

_____
_____
_____

STATE OF COLORADO  )
                   ) ss.
COUNTY OF PUEBLO   )

We, the Affiants, being first duly sworn, says that: Affiants are the Petitioners in the above matter and that the facts therein set forth in these Supplements to Affidavit are true to the best of our knowledge, information, and belief.

Subscribed and sworn to before me this 22nd day of July 2013.

(S E A L)

Bernadette Mattson
Notary Public
215 W. 10th Street
Pueblo, CO 81003

BERNADETTE MATTSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20014013156
MY COMMISSION EXPIRES 04/27/2017