| | |
|---|---|
| DISTRICT COURT, PUEBLO COUNTY, COLORADO<br>320 West 10th Street<br>Pueblo, CO 81003<br>719-583-7017 | RECEIVED IN THE OFFICE OF THE CLERK<br>OF THE PUEBLO COMBINED COURT<br><br>JUL 22 2013<br><br>PUEBLO COUNTY, COLORADO |
| THE PEOPLE OF THE STATE OF COLORADO<br><br>IN THE INTEREST OF<br><br>HEIDI WODIUK,<br><br>Respondent. | ▲ COURT USE ONLY ▲<br><br>Case Number: 13M 4252 |
| Pueblo County Attorney's Office:<br><br>Marci Day, #43142<br>Assistant County Attorney<br>215 West 10th Street<br>Pueblo, CO 81003<br>719-583-6630 (phone)<br>719-583-6057 (fax)<br>co.atty@co.pueblo.co.us | Division: B<br><br>Courtroom: |
| ORDER FOR EVALUATION AND TREATMENT AND AUTHORIZATION TO PERMIT MENTAL HEALTH PROCEEDINGS | |

Coming before the Court this day is an Affidavit and Motion for Evaluation and Treatment pursuant to C.R.S. § 27-65-105(1)(a)(I). The Court finds merit with said Motion and hereby grants same.

IT IS THEREFORE ORDERED:

1. That the Respondent be placed at the Colorado Mental Health Institute, Pueblo, Colorado, which is a facility designated or approved for seventy-two (72) hour evaluation and treatment.

2. That the Sheriff of the County of Pueblo pick up the Respondent at 8448 Hwy 78 West, Beulah, CO, or wherever he/she may be found in the County of Pueblo and transport him/her to the Colorado Mental Health Institute, Pueblo, Colorado for a seventy-two (72) hour evaluation.


DEFENDANT'S EXHIBIT E

DONE BY THE COURT this 22nd day of July 2013.

_Deborah R Eyle_
DISTRICT COURT JUDGE

I, the Clerk of the District Court, do certify that the foregoing is a true copy of the Order entered by the Court on the _____ day of July 2013.

By_____
     Deputy Clerk

### NOTICE TO RESPONDENT

C.R.S. § 27-65-105(4), provides that if the evaluation and treatment facility to which you are admitted does not have evaluation and treatment services available on Saturdays, Sundays, or holidays, then the facility may exclude those days in calculating the seventy-two (72) hour detention period.