DEPOSITION OF HEIDI WODIUK

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-02931-WJM-CBS

---

HEIDI WODIUK,

    Plaintiff,

v.

PUEBLO COUNTY SHERIFF'S DEPARTMENT
OFFICER CAITLIN GRAZIANO, in her
individual and official capacities,

    Defendant.

---

DEPOSITION OF HEIDI WODIUK

JUNE 4, 2015

9:00 a.m.

---

PURSUANT TO NOTICE, the deposition of HEIDI WODIUK was taken on behalf of the Defendant, pursuant to the Colorado Rules of Civil Procedure, at 215 West 10th Street, Pueblo, Colorado, this date at 9:14 a.m., before Janice Doyle, a Certified Court Reporter and a Notary Public.

MEEK & ASSOCIATES  (719) 542-1010
meekreporting@yahoo.com



DEFENDANT'S EXHIBIT F

DEPOSITION OF HEIDI WODIUK

### 123

```
 1        Q    They told you --
 2        A    I could only have --
 3        Q    -- not to do that?
 4        A    I could only have that much weight
 5   (indicating).
 6        Q    Okay. Anything else with respect to
 7   your shoulder or shoulders?
 8        A    Well, it significantly impaired me in
 9   working on my rentals, doing yard work. I can't
10   do the raking, the digging. I do the cleanup. I
11   can't paint. I can't -- I still cannot lift paint
12   cans because I don't want them to tear. Just not
13   strong enough yet. So in the last two years, it's
14   significantly impaired me in doing the physical
15   labor that was necessary to maintain my
16   businesses.
17             I wasn't able to massage people, like
18   do the -- what we call it, Chinese Tuina. It's
19   like Chinese massage.
20        Q    Okay. How do you spell that?
21        A    T-U-I-N-A.
22        Q    Okay. Had you ever had any prior
23   problems at all with your shoulders?
24        A    Never ever.
25        Q    Okay. Did Sam ever help you with
```

### 124

```
 1   that kind of stuff --
 2        A    Yes.
 3        Q    -- around the house?
 4        A    Yes, he has. Thank you for bringing
 5   that up.
 6        Q    And I'm going to ask -- I need to
 7   ask: How can I get in touch with Sam?
 8        A    Sam's number is 719 --
 9        Q    Uh-huh.
10        A    -- 217 --
11        Q    Uh-huh.
12        A    -- 8298.
13        Q    And how often did he help you? Well,
14   strike that. Okay. So I may have a few more
15   questions about that kind of stuff later, but --
16        A    That's fine.
17        Q    -- I need to think about it a little
18   bit.
19             With respect to what happened on July
20   22nd, okay, you talked a little bit before about
21   how you were going to Kohl's and there was a
22   birthday party --
23        A    Uh-huh.
24        Q    -- and various other things. Can you
25   tell me about that? Tell me what happened. Okay?
```

### 125

```
 1        A    Well, that morning, I went -- I
 2   dropped Olivia off that morning.
 3        Q    Where did you drop her off?
 4        A    I dropped her off with her dad, Ian,
 5   so she could play with the kids.
 6        Q    Uh-huh.
 7        A    And that was about 8:30, 9:00-ish.
 8        Q    Okay.
 9        A    And then I rushed into town. I had a
10   9:30 appointment with Deb Chase. I had a
11   gynecological appointment because I was pregnant.
12        Q    Okay.
13        A    And so she saw me at 9:30. She
14   checked me out. Everything was fine. And then I
15   proceeded with my errands for the day. I remember
16   going to the library. I got a couple of books. I
17   don't remember what books I got, but I did get
18   some books that day. And I paid some bills, ran
19   some miscellaneous things.
20             And then I went to Kohl's because
21   Olivia wanted these little, like, dressers and
22   kitchen things for her dollhouse.
23        Q    Okay.
24        A    For her little dollhouse. That's
25   what she wanted for her birthday. So I went to
```

### 126

```
 1   Kohl's because they had them. And went into
 2   Kohl's. I was probably in Kohl's for not even 30
 3   minutes. Not very long. So -- because I knew
 4   where they were, what she wanted, I went to the
 5   back, got those, went and checked out, and I went
 6   to my car.
 7        Q    Okay. And when you came out of
 8   Kohl's, did you have bags? What did you have?
 9        A    I had one big bag.
10        Q    Okay.
11        A    I had one bag and I had my purse.
12   And I was wearing a Carhart hat.
13        Q    Okay.
14        A    And I was wearing a pink sport --
15   like a workout top.
16        Q    Uh-huh.
17        A    And I was also wearing workout pants.
18   Then I got to my car, my little red Toyota Yaris
19   that's highly tinted. I got in my car. I put my
20   purse down on the floor on the passenger's side,
21   and I put my bags in the back, okay, of my car.
22   It's a two-door car.
23             Then I looked up and I got rushed.
24        Q    Okay.
25        A    And mind you, my father had told me
```

DEPOSITION OF HEIDI WODIUK

### 127

1  and William before that if I didn't shut up about
2  the child abuse that they were gonna beat me up.
3    Q   Okay. Go ahead.
4    A   So I had no clue what was going on.
5  All of a sudden, I got rushed by several people in
6  my car, and I thought I was getting gang jumped.
7    Q   Okay.
8    A   So there was no uniforms on. There
9  were no marked cars that I saw in my peripheral
10 vision when I was sitting in my seat.
11   Q   Uh-huh.
12   A   And I had just put the bag behind and
13 had then turned in my car.
14   Q   Was your car door open or closed?
15   A   My car door was closed.
16   Q   Okay. So when you got in the car --
17   A   And my car door was locked. Because
18 I get in and lock it.
19   Q   So you got in, shut the door, locked
20 it, and then turned to put the bag in the
21 backseat.
22   A   Yeah.
23   Q   Is that right?
24   A   And I went like that (indicating),
25 and then I went to go, you know, get ready to go,

### 128

1  and I got rushed.
2    Q   Okay.
3    A   And I hadn't moved or anything, and
4  all of a sudden I'm getting rushed. One gentleman
5  rushed me from the side, on the driver's side of
6  the car. He starts pounding on the window,
7  pounding. And he had some kind of a black kind of
8  mallet in his hand, and it left a mark and I have
9  a picture of the marking. He said, "If you don't
10 get out of the car, I'm gonna break the window.
11 Get out of the fucking car," he said. Quote, "Get
12 out of the fucking car."
13      I'm, at this point, going, what the
14 fuck is happening? Because I've never been in
15 trouble in my life. I didn't know what was
16 happening. There was no reason to be rushing me.
17 So the only thing I thought was I'm getting
18 jumped. And then the gentleman on the driver's
19 side, he's like, "Get out of the fucking car. Get
20 out of the fucking car." And I said -- he says,
21 "We have a warrant for your arrest."
22      And I said, "There's no possible way
23 you have a warrant for my arrest. I've never done
24 anything. There's no way you have a warrant."
25      And then he says, "We have a warrant

### 129

1  for your arrest. Get the fuck out of the car."
2        And I said, "No. Let me see the
3  warrant. Let me see the warrant."
4    Q   Uh-huh.
5    A   And he said, "We don't have a
6  warrant."
7        And I said, "Then you're not -- how
8  are you picking me up? There's no way." And my
9  brain was trying to rationalize, like, what is
10 going on? So I said, "I'm gonna call 911 and see
11 if this is legit."
12       And so he's pounding and he pounds so
13 significantly to -- on my car that he dented even
14 my side door. And you can even see it out in the
15 parking lot.
16   Q   How was he pounding that he dented
17 the side of the door?
18   A   He was pounding with his hand.
19   Q   So had -- he had stopped hitting the
20 window and was then --
21   A   He had some kind of black thing in
22 his hand and it left a black --
23   Q   Okay.
24   A   -- rubbery mark on the window. And
25 then he dented the -- the metal part of the door.

### 130

1    Q   Uh-huh.
2    A   And so then what I remember, I'm
3  sitting there trying to rationalize what's going
4  on, and I don't see any of their badges. I'm
5  asking them to present this paper to me that they
6  say they have a warrant. There's nothing. They
7  say, "We don't have it."
8    Q   How long was he pounding on the
9  window and the door?
10   A   For me, it felt like several minutes,
11 but it was happening so fast, it was probably only
12 a few seconds.
13   Q   Okay.
14.  A   And -- but I sat there probably a
15 minute.
16   Q   In the car?
17   A   Yeah. Trying to figure out what was
18 going on.
19   Q   So there was time when -- okay.
20   A   I mean, things went through my mind
21 of, like, are they picking me up from Kohl's?
22 Like, did something happen in Kohl's? I was,
23 like, it's impossible --
24   Q   Uh-huh.
25   A   -- because I paid for all my stuff.

DEPOSITION OF HEIDI WODIUK

### 131

1 You know, your mind is going. And so then I said,
2 "I'm gonna call 911 to see if this is legit." And
3 I went down -- my purse was already on the floor.
4 And I looked up and they are not in uniform, so
5 I've never seen these people in my life. And
6 about -- like -- so here I'm sitting in my car.
7 And the gentleman -- another man is sitting --
8 standing outside.
9    Q   So for purposes of the record, you're
10 kind of gesturing to your front.
11    A   Yeah. He's on the driver's side.
12 And he's about at 10:00.
13    Q   And is he in front of the car?
14    A   He's in front of the car.
15    Q   Okay.
16    A   About -- so if I'm looking out of my
17 car sitting in my -- in the driver's seat --
18    Q   Uh-huh.
19    A   -- he's about between 10 and 11:00.
20    Q   So I can be clear, there's someone, a
21 man, at about 10 or 11:00 in front of the vehicle
22 on the driver's side.
23    A   Yes, standing out in the parking lot.
24    Q   Okay. And then there's someone at
25 your driver's side door?

### 132

1    A   And there's a gentleman at the door.
2 He's still pounding and he's threatening to break
3 the window.
4    Q   Okay. Go on.
5    A   And so I didn't know what to do, and
6 I've been taught, well, call 911 to make sure that
7 this is a legitimate pickup.
8    Q   Did you see anyone else there at that
9 point?
10    A   There were -- there was swarmers,
11 about five of them.
12    Q   So other than the two men, who
13 else --
14    A   There was only two. There was
15 another woman in between them waiting, and it was
16 Caitlin Graziano, and she was waiting.
17    Q   Okay.
18    A   And then the gentleman was here
19 (indicating). So she was more about, like, 8,
20 9:00. And so I thought I better -- I asked to see
21 badges. They were sheriff's officers, and I was
22 like, "Well, how are you sheriff's officers if you
23 don't have a warrant?"
24    Q   Uh-huh.
25    A   And they -- my window was up and they

### 133

1 were screaming. And I said I wanted to see the
2 badge. They didn't show me badges. I said, "I'm
3 gonna call 911 and see if this is legit."
4        So I started to proceed to my purse,
5 and I looked up and I saw a gentleman at, like,
6 10, 11:00, okay?
7    Q   Uh-huh.
8    A   The one that was standing out in the
9 front of the car. And he went like this
10 (indicating), and he put his hand on his gun. And
11 that's --
12    Q   You're indicating with your --
13    A   With his right hand --
14    Q   Okay.
15    A   -- he put his hand on his gun.
16    Q   Okay.
17    A   He didn't draw his gun. But as soon
18 as I went like that (indicating) and I saw, then I
19 realized, okay, he's a cop because of the way his
20 gun was.
21    Q   Okay.
22    A   Okay? Then I told myself, you know,
23 I said, I better get the hell out of this car or
24 I'm gonna get shot.
25    Q   Okay.

### 134

1    A   And so I didn't even call 911. I
2 started to proceed out of the car. I barely got
3 the car door unlocked, and the gentleman that was
4 at the driver's side door, he proceeds to just rip
5 me out of the car, not even allowing me to get out
6 of the car. He pulls my arm and rips me out of
7 the car.
8    Q   So that would be your left arm?
9    A   My left arm.
10    Q   Uh-huh.
11    A   Instead of saying -- allowing me to
12 get out. So he pulls me out of the car, and then,
13 boom, instantly, Caitlin Graziano, she's on me.
14    Q   Okay.
15    A   And she pushes me and -- from behind.
16 She pushes me. They push me up against the car,
17 then they frisk me really fast. Didn't read me my
18 rights. Didn't even tell me what I was going in
19 for, didn't tell me what I was doing. Nothing. I
20 had no clue what was happening, no clue
21 whatsoever.
22        Then -- then Caitlin has me in cuffs,
23 and now she's pushed me and she's -- and then she
24 pulled me back. And when she pulled me back, she
25 -- my hands were like this (indicating), okay, and

35 (Pages 131 to 134)

DEPOSITION OF HEIDI WODIUK

### 135

1  they are cuffed. And she pulls me back and it
2  goes into her stomach.
3      Q  For purposes of the record, you're
4  indicating your hands were crossed.
5      A  In the back.
6      Q  Right. Understood. And were they
7  crossed like that? Was it --
8      A  So I was --
9      Q  -- left over right?
10     A  -- like this (indicating).
11     Q  Okay.
12     A  I'm not sure if it was right over
13 left or left over right.
14     Q  Okay.
15     A  I don't know.
16     Q  Okay.
17     A  But I just know that I was cuffed.
18 She pulled me into her. And when she pulled me
19 into her, my hands naturally just went into her
20 belly. And so then in her belly. Then all of a
21 sudden, he goes, "That bitch, that fucking bitch,
22 she pinched me."
23         And I said, "I didn't pinch you. I
24 didn't do anything."
25         Mind you, I never resisted arrest. I

### 136

1  was never cussing at them. I was never screaming.
2  Now, as soon as she -- as soon as she said I
3  pinched her, that's when it was on. She kneed me
4  in the back so significantly it tore my back, my
5  back glute muscle.
6      Q  Go ahead.
7      A  She -- what all she was doing to me I
8  have no idea because it was from the back, and I
9  could not see her because she was doing it all
10 from behind. I was in the cuffs, so she was
11 pushing and pulling. Then she pushed me to the
12 car that they were putting me in, and she pushed
13 me in the car. Didn't allow me to get in the car
14 on my own. She pushed me in the car, and I was --
15 that's when I started screaming, "Tell her to
16 stop. Tell her stop. She's hurting me. Tell her
17 to stop."
18     Q  Uh-huh.
19     A  And then she -- she wouldn't stop.
20 She just kept coming after me. And I was in the
21 car, and she still kept trying to hit me.
22     Q  Uh-huh.
23     A  And I put up like this (indicating),
24 you know, with my leg when my arms were behind my
25 back.

### 137

1      Q  So you're showing me your --
2      A  I was --
3      Q  -- arms were behind your back, but
4  you had your -- your left leg up.
5      A  So I was like this (indicating) in
6  the car, and I said, "Stop. Stop. You're hurting
7  me. Stop."
8          And finally, the gentleman on the
9  side of me said, "Caitlin Graziano, stop." And he
10 told her stop.
11         And then on the ride to CMHIP, I told
12 the guy, "I'm hurting. I'm hurting really, really
13 bad. You need to -- you need to let these cuffs
14 off or you need to loosen them as much as possible
15 because I'm hurting really bad."
16         And he's just like, you're fine. But
17 that's -- while I was sitting there, I instantly
18 felt my shoulders and I just -- I couldn't take my
19 hands behind my back like this (indicating). It
20 just -- it was so excruciating. I started getting
21 the shakes. I started feeling all of the releases
22 in my body from the pain.
23         And I still didn't know where they
24 were taking me. I didn't know what was happening.
25 Nothing. And then when I got to CMHIP, that's

### 138

1  when I found out that I was reported as suicidal
2  because my front door was locked at nine at night
3  and my curtains drawn.
4      Q  And you explained before that that
5  was something your dad had said?
6      A  That's what Joe said.
7      Q  Okay.
8      A  And all of that was bogus. It's a
9  whole vengeful retaliation. It's not even an
10 imminent threat. So then I was really -- I was
11 really frustrated. I asked for an attorney
12 because I needed help, because that wasn't legal.
13 It's not a legal hold. So -- and I had to wait
14 for about two weeks to get an attorney to even
15 come on my behalf.
16     Q  And who was the attorney you got?
17     A  The attorney was Corinne Consiass.
18     Q  Uh-huh.
19     A  They even -- in the affidavits for
20 the court, they said that I was a danger to myself
21 because I was eating fast food and that I was such
22 a significant danger because I bought my daughter
23 a Monster High Doll and that I was a Satanist for
24 buying Olivia a Monster High Doll. And these were
25 all in the affidavits that were provided to me

36 (Pages 135 to 138)

DEPOSITION OF HEIDI WODIUK

**159**

```
 1    A   I was never in -- I've never been in
 2  trouble.
 3    Q   I understand, but --
 4    A   Why would somebody be following me
 5  around when I'm not in -- I wasn't -- I've never
 6  been trouble. I haven't done anything to be in
 7  trouble. So my question when I got there was:
 8  Why would you even know I was at Kohl's? And then
 9  when I got to Kohl's, to backtrack, they told me
10  that they didn't pick me up earlier at the library
11  and they picked me up at Kohl's later because --
12    Q   Who told --
13    A   -- of the --
14    Q   -- you --
15    A   -- camera.
16    Q   -- that?
17    A   My brother --
18    Q   Okay.
19    A   -- and Shelley Bryant.
20    Q   Okay. Your brother --
21    A   Luke Wodiuk.
22    Q   Luke. Okay.
23    A   Also in the case, Shelley Bryant and
24  other sheriff officers asked Luke, my brother, to
25  be tracking me. And they asked him and he gave
```

**160**

```
 1  sworn testimony in the custody case that the
 2  sheriff's department was asking him to follow me.
 3  So mind you, there was no tap warrant to be
 4  tracing my phone, and I was being followed.
 5    Q   In terms of your sworn -- the sworn
 6  testimony he gave, was that from the witness stand
 7  in the custody case? Was he called as a witness?
 8    A   Yes.
 9    Q   Okay. And you gave that case number
10  earlier.
11    A   Yeah, 2007DR1166.
12    Q   Okay. Fair enough. So at that point
13  you say that this individual came up and started
14  pounding on your door, cussing at you, things like
15  that.
16    A   Uh-huh.
17    Q   Did he try to speak to you to get you
18  to come out of the car before he started pounding
19  on the door?
20    A   No.
21    Q   So he approached the door and
22  immediately started striking the window --
23    A   Yes.
24    Q   -- with this blunt instrument. Do
25  you know what that was?
```

**161**

```
 1    A   I have no idea because it was in his
 2  hand --
 3    Q   Uh-huh.
 4    A   -- and I only saw this black surface.
 5    Q   What was the shape of the black
 6  surface?
 7    A   It looked kind of like a -- like a
 8  rectangular-type shape.
 9    Q   Uh-huh.
10    A   But I don't know what it was.
11    Q   Okay. It left --
12    A   It left like a rubbery, hard, black
13  -- and I have a picture of it on my window. And
14  so significant that I had to get a razor blade to
15  get it off.
16    Q   Prior to him making that verbal
17  contact with you, did any of those people make
18  verbal contact with you, basically saying --
19    A   Before July 22nd?
20    Q   No, no, no. I'm sorry. Kind of
21  unclear. Before he started pounding on the door
22  -- or on the window -- excuse me -- with that
23  instrument, did anybody say, you know, Ms. Wodiuk,
24  anything like that?
25    A   No. They didn't even say my name.
```

**162**

```
 1    Q   Uh-huh.
 2    A   They didn't ask for identification.
 3  Nothing. And mind you, my windows are very highly
 4  tinted.
 5    Q   Uh-huh.
 6    A   And so all they -- they did was they
 7  rushed the car and started hitting it, telling me
 8  to get the fuck out of the car. And I said no.
 9  And he says, "We have a warrant for your arrest."
10         And I said, "Then I want to see the
11  warrant. Show me the warrant."
12         "We don't have the warrant."
13         "Then you're not picking me up. You
14  don't have a warrant. I want to see a warrant."
15         So in a matter having that -- those
16  few words, that probably took a minute, maybe two
17  minutes. The timing, I don't know specifically.
18  I wasn't sitting there with a stopwatch timing it.
19  But he didn't address me and say, are you Mrs.
20  Wodiuk? We're the Pueblo Sheriff's Office. We
21  have to pick you up. He didn't do those things.
22  They rushed my car and started hitting my car.
23         I literally thought I was getting
24  gang jumped. Mind you, too, that was the same
25  time that summer that those gang activities were
```

DEPOSITION OF HEIDI WODIUK

### 167

1. identify me. They didn't ask if I was Heidi
2. Wodiuk. They didn't ask for I.D. They didn't ask
3. me anything. They didn't present me with a
4. warrant. Nothing. And I don't know the law, but
5. this is just how I was feeling at the time. I
6. wanted to see a warrant. They said they had a
7. warrant.
8. It was under my impression that for
9. that nature they would come with a paper to be,
10. like, hey, look. We have to take you in. I never
11. got the opportunity to be treated humanely.
12. Q You say that they didn't even give
13. you a chance to put your foot down. So what
14. position were you in --
15. A So --
16. Q -- when you were taken --
17. A -- I was --
18. Q -- out of the car?
19. A I was -- like I said, I was in the
20. driver's seat --
21. Q Uh-huh.
22. A -- in my car. And so I had come up,
23. you know, from going to call. Didn't call.
24. Didn't move my purse. And I unlocked. And as
25. soon as I unlocked, he opened the door and he

### 168

1. pulled me out. And then I just kind of took my
2. step. But he was pulling me.
3. Q Okay. And which arm did he have --
4. A The left.
5. Q -- that he was pulling you by?
6. Okay. The one nearest to the door --
7. A Yes.
8. Q -- basically.
9. Okay. Did he say anything as he took
10. you out of the vehicle?
11. A I don't recall him saying anything at
12. that time.
13. Q Uh-huh.
14. A Only time he was screaming and
15. yelling was when he was pounding on the window.
16. Q What did he -- so walk me through
17. this because it's important. He had ahold of your
18. left arm.
19. A Uh-huh.
20. Q What did he do with your left arm?
21. A What I -- what I remember is that I
22. was sitting there unlocked. He pulled me out and
23. the gravity kind of -- I took the step due to
24. gravity --
25. Q Uh-huh.

### 169

1. A -- due to that pull. And as soon as
2. I was out, then Caitlin rushed me, and they pushed
3. me on the car, frisked me really fast. And then I
4. was cuffed, and then that's when all the brutality
5. started.
6. Q I'm going to take you back a little
7. bit, because I want to kind of break that down.
8. So when he had you by the arm, pulled you out of
9. the car, you've got your foot -- he was pulling on
10. you. You got your foot down. You got up on your
11. feet, right?
12. A (Nodded.)
13. Q And he still had your left arm.
14. A Yeah. And then -- but Caitlin was
15. right there, and then she rushed in and she
16. grabbed me and pulled my arms together.
17. Q So --
18. A And then that's when she pushed me
19. against the car.
20. Q You say Caitlin rushed in. Did she
21. take your arm away from the other officer?
22. A Yes.
23. Q Okay. And how did she --
24. A The other officer had me -- it's hard
25. without showing you.

### 170

1. Q Well, you can -- you can show me --
2. A So --
3. Q -- if it would help.
4. A So it's like he -- he pulled me out,
5. and then as I'm going out of the car, okay, my
6. back now to the door, he had pulled me. And he
7. used my arm to manipulate me and then pushed me to
8. turn. So now as I'm turned and he has my left arm
9. behind my back, now --
10. Q Uh-huh.
11. A -- my body -- my left side is facing
12. the driver's side door.
13. Q Okay.
14. A Okay?
15. Q Okay.
16. A Now, instantly, Caitlin is on me, and
17. Caitlin has me and she grabs both my arms.
18. Q Did you see Caitlin --
19. A But he's -- the gentleman used my
20. left arm to get me out and manipulate me over.
21. Q So you were basically -- so you -- he
22. got you out, manipulated you so that you were
23. basically facing --
24. A Yes.
25. Q -- at the car.

44 (Pages 167 to 170)

MEEK & ASSOCIATES (719) 542-1010
meekreporting@yahoo.com

DEPOSITION OF HEIDI WODIUK

### 175

1 just like a gang jump, exactly like a gang would,
2 exactly like a gang movie. And they rushed me,
3 they jumped out, and they started beating the crap
4 out of the car.
5    Q   Okay. Now, they, was there anybody
6 else other than him pounding on the car?
7    A   No.
8    Q   Okay.
9    A   Only "A" pounded on the car.
10   Q   Okay.
11   A   Nobody else.
12   Q   Okay. That's good. And I appreciate
13 the diagram. I'm going to label the diagram as
14 Exhibit A for purposes of this deposition, okay?
15 All right.
16   A   Then there was right here
17 (indicating) after these rush, then there was
18 another person right here (drawing), and then
19 there was a person sitting in the car.
20   Q   Do you know who this person was
21 (indicating)?
22   A   This appeared to be Shelley.
23   Q   So -- and that would be Shelley
24 Bryant.
25   A   Uh-huh.

### 176

1    Q   Is that right?
2    A   Yep.
3    Q   Okay.
4    A   But then there was another gentleman
5 with her. So they -- and they pretty much kind of
6 stayed together. They were watching more than
7 anything else.
8    Q   Did this person (indicating) ever get
9 out of the car?
10   A   I don't remember. Let's call this
11 person --
12   Q   C?
13   A   C?
14   Q   Yeah.
15   A   So person C never got out of the car.
16   Q   Okay.
17   A   And there -- the people that were
18 listed on -- the five people listed to be on the
19 arrest, there were more involved than what was on
20 the arrest. The guy who drove me to CMHIP, he was
21 a lieutenant, and he was never even listed as
22 being there. And he drove me to CMHIP.
23   Q   Do you know who he was?
24   A   I could pick him out.
25   Q   Do you --

### 177

1    A   He's ex-military. A big, stocky guy.
2 He's a lieutenant. I do have his name somewhere,
3 but I don't have it with me today.
4    Q   Let me ask you just --
5    A   But he drove the vehicle with me in
6 it.
7    Q   How do you know he was a lieutenant?
8    A   Because I asked him in court one day
9 after the incident.
10   Q   And how were you in court with him
11 one day after the incident?
12   A   I was filing a paper in the lobby.
13   Q   Okay.
14   A   The clerks. And we asked him his
15 name. I also -- he also made phone calls to Wendy
16 Shipley [phonetic] at CMHIP. He said he made the
17 calls and he never did. He was faking it. And so
18 that's how I know for a fact he was there, plus he
19 was driving the car. And then he took me into
20 CMHIP.
21   Q   Okay. When you say he called CMHIP,
22 but he faked it, I don't understand --
23   A   No, sir. I'm sorry.
24   Q   Oh.
25   A   Let me clarify. When we were in

### 178

1 CMHIP, I asked him to call my friend, Wendy
2 Shipley.
3    Q   I see. Okay.
4    A   And he used his phone, and he kept
5 saying he called her. He never called her.
6    Q   Okay.
7    A   And he refused to let me hear the
8 phone.
9    Q   You say you have that individual's
10 name somewhere.
11   A   I do. It would be easy to find
12 because he drove the vehicle that day.
13   Q   Okay. So you start stepping out of
14 the vehicle, and individual A pulls you out. You
15 get your foot down. You come to your feet. He
16 manipulates you. You're facing over the vehicle.
17 Okay? Were you up against the vehicle at that
18 point or just facing the vehicle?
19   A   So let's say -- let's say this is the
20 vehicle (indicating), my chair. Okay?
21   Q   Okay.
22   A   So I'm in my -- I'm in my vehicle and
23 the door's unlocked, and he pulls me out, and he
24 gets me enough to where I'm like this
25 (indicating).

DEPOSITION OF HEIDI WODIUK

### Page 179

```
 1    Q   Uh-huh.
 2    A   Okay? And I don't know who closed
 3   the door. I don't remember. But now my arm is
 4   like this (indicating).
 5    Q   Uh-huh.
 6    A   And then he pulls me back towards --
 7   like one more step, and then Caitlin has me, and
 8   now --
 9    Q   Okay.
10    A   -- both my arms are behind my back.
11   And I'm about probably --
12    Q   Okay.
13    A   -- one and a half steps from my car.
14    Q   Uh-huh.
15    A   And I'm standing like this
16   (indicating), and then they push me up. And I'm
17   not cuffed yet. I'm just held.
18    Q   Uh-huh.
19    A   And then they frisk me and then they
20   cuffed me.
21    Q   Okay.
22    A   But my hands were already being held.
23    Q   You say they --
24    A   They --
25    Q   -- pushed you up against the car.
```

### Page 180

```
 1    A   Yeah. I didn't even -- I didn't even
 2   do this (indicating).
 3    Q   Okay.
 4    A   Like I didn't have my hands out to
 5   spread --
 6    Q   Who --
 7    A   -- but my legs spread. They told me
 8   to spread my legs.
 9    Q   Who's they that pushed you up against
10   the car?
11    A   Caitlin --
12    Q   Okay. So --
13    A   -- and the gentleman that was A.
14    Q   Individual A?
15    A   Yes.
16    Q   Okay. And then they put the cuffs on
17   you. Who put the cuffs on you?
18    A   Caitlin.
19    Q   Okay. And when you were frisked, who
20   frisked you?
21    A   What I recall, it was Caitlin.
22    Q   Okay.
23    A   It was a woman, but it was behind my
24   back --
25    Q   Right.
```

### Page 181

```
 1    A   -- so I cannot -- I cannot confirm
 2   that because they were behind me and they didn't
 3   tell me their name. But the only person who was
 4   right there touching me was Caitlin at that time.
 5    Q   Okay.
 6    A   So I basically just stood up against
 7   the car like this (indicating), and they just
 8   quickly padded me and put me in cuffs.
 9    Q   Okay. And at that point, you were in
10   cuffs behind your back. You were standing near
11   your vehicle. Then you say you got pushed and
12   pulled. Is that right?
13    A   Yep.
14    Q   Okay. How were you pushed and
15   pulled?
16    A   I was -- like I said before, so I'm
17   in cuffs and -- and now I'm trying to remember if
18   they cuffed me before they -- they patted me or if
19   they -- it was happening so quickly, to be honest,
20   and it was all behind me. So those two may have
21   happened like -- they may have frisked me and then
22   cuffed me or cuffed me and frisked me.
23    Q   Uh-huh.
24    A   The exact length, I'm going to have
25   to remember that. But -- so she -- she had me in
```

### Page 182

```
 1   cuffs, and the most significant thing I remember,
 2   most significantly besides getting ripped out of
 3   the car and not knowing what was happening or why
 4   I was getting picked up, so the next most
 5   significant thing was I was in cuffs and she
 6   pushed me to walk me, and then she pushed me back
 7   into her, and my -- my fingers had gone into her
 8   belly.
 9    Q   Did you have fingernails then like
10   you have now?
11    A   I think so, but I keep them real
12   short.
13    Q   Okay. And those -- I mean, you have
14   -- I don't know. I'm not an expert on this kind
15   of stuff. Are those considered, like, French
16   nails? What are those?
17    A   Yeah, they are French. And I think
18   it had a French tip then too.
19    Q   Okay.
20    A   And I have them sanded on the side
21   and they are soft, you know.
22    Q   When your fingernails hit her
23   stomach, could that have hurt her?
24        MR. VIORST: Objection. Speculation.
25        THE WITNESS: I'm not her, so I can't
```

47 (Pages 179 to 182)

MEEK & ASSOCIATES (719) 542-1010
meekreporting@yahoo.com

DEPOSITION OF HEIDI WODIUK

### Page 183

1  -- I can't say that.
2      Q   BY MR. LANE:  Have you ever hit
3  anyone with your nails?
4      A   No.
5      Q   Okay.
6      A   I don't have violent behavior.
7      Q   But they -- your nails did impact her
8  stomach, right?
9      A   I wouldn't say impact.  In fact, the
10 nature that she pulled me into her --
11     Q   Uh-huh.
12     A   -- suggests to me that she was
13 intimidating, looking -- provoking for some reason
14 to engage in physical activity with me.  Because
15 after she pulled me in, it's only natural -- I
16 mean, if you put my hands behind my back and Tony
17 pulls me in, then I'm gonna go into his belly.
18         Then she says that I pinched her.
19 She screams out loud, "That bitch pinched me."
20     Q   What made you think that she was
21 trying to provoke something physical with you?
22 Because you --
23     A   Well --
24     Q   -- just --
25     A   -- what makes --

### Page 184

1      Q   -- said that.
2      A   -- me think that was her aggressive
3  behavior.
4      Q   Okay.
5      A   Instead of like a police department
6  there they come up and, like, hey, Ms. Wodiuk, we
7  have to take you in and we have this warrant, they
8  were very pouncing, very ready to just charge.
9  The other thing is she has a history of violent
10 behavior.  The other thing is --
11     Q   Did you know that at that time?
12     A   Not at that time.  And then I found
13 out from several other officers -- or firefighters
14 that she gloats around town that she likes to
15 fight and she likes to provoke into a fight.
16     Q   What firefighters were those?
17     A   So Chris Strain.
18     Q   Spell that for me.
19     A   Not Strain.  Chris -- what is Chris's
20 last name?
21     Q   And looks like Chris is in your
22 phone.  Is that right?
23     A   I think so.  Used to be.  Chris
24 Tristano.  Chris Tristano.  His father was also a
25 police officer.  Officer Tristano.

### Page 185

1      Q   Tristano?
2      A   Yes, sir.
3      Q   Chris Tristano?
4      A   Tristano with a T.
5      Q   Yeah.
6      A   So Mr. Tristano and Chris Tristano
7  had mentioned that me.
8      Q   How could I contact Chris Tristano if
9  I needed to?
10     A   I have Facebook messages, as well --
11     Q   Okay.
12     A   -- of Chris indicating that she's
13 gone around gloating about even being violent with
14 her husband.
15     Q   Okay.
16     A   Chris is 719 --
17     Q   Uh-huh.
18     A   -- 250-7437.
19     Q   Who did you get Facebook messages
20 with?
21     A   From Chris.
22     Q   From Chris?
23     A   Yeah.
24     Q   Okay.  Did anyone else other than
25 Chris and his father say that --

### Page 186

1      A   And --
2      Q   -- Caitlin Graziano had --
3      A   Josh Sprague is a firefighter.
4      Q   Josh?
5      A   And Josh told William and I verbally
6  when we went to the fire station.  And he said
7  that they all knew that she had violent tendencies
8  and really liked to have fights.
9      Q   Anything else leads you to believe
10 that she has violent tendencies?
11     A   The nature and the acts that she kept
12 coming after me, when I kept asking her to stop.
13 I asked her numerous times that day on July 22nd.
14 I kept -- I kept you know, saying in a loud voice,
15 "Stop.  Stop.  You're hurting me.  Stop."
16         And she still continued when I wasn't
17 violent.  I wasn't -- I wasn't vulgar in my words.
18 I was very cooperative.  That, in nature, would
19 tell me, especially with the master's in
20 psychology, that this person has a problem and
21 likes the adrenaline rush, and she gets caught in
22 the adrenaline rush of the incident.  Because I've
23 been arrested several other times, never once have
24 I been pounced on in that nature.
25         So that -- that tells me from a

**223**

1     A  Yes. When she was trying to
2 manipulate me where to go and what to do, that
3 injured my shoulders.
4     Q  Okay.
5     A  And when she had -- when she -- going
6 back before the pushing and pulling, when she
7 first jarred my arms together to arrest me, she
8 had pulled so significantly that she separated the
9 right shoulder in doing that movement.
10     Q  She moved your arms in front of you?
11     A  Behind me to arrest me.
12     Q  Okay.
13     A  And while I was cuffed and jarred
14 back and forth, that's what popped the bicep
15 tendons on both shoulders. And then when she got
16 upset saying that I pinched her after she pulled
17 me into her, which never happened, then she
18 proceeded to take her right knee and kneed me in
19 the back. And so when she kneed me in the back,
20 that's when I sustained the injuries to my low
21 back that jarred the left hip and tore the -- tore
22 the tissue in all the hip by the impact pushing
23 me.
24     Q  From the knee.
25     A  From her knee.

**224**

1     Q  Okay.
2     A  And that's what gave me all the hip
3 injuries --
4     Q  Okay.
5     A  -- and the groin injury.
6     Q  All right. Now, in order to sustain
7 our claims in this case, we would need to prove
8 her force was excessive. So what leads you to
9 believe this was more than just a run-of-the-mill
10 arrest that most -- that would occur -- could
11 occur with any given suspect?
12     MR. LANE: Objection. Speculation.
13 Form.
14     THE WITNESS: Well, let me kind of
15 say the reason I know it was aggressive force was
16 because of the way I could work and the things
17 that I could carry.
18     MR. VIORST: Well, we know you have
19 injuries.
20     THE WITNESS: So I knew -- I didn't
21 have any injuries before.
22     Q  BY MR. VIORST: We know that. But
23 what I'm talking about, what about her conduct,
24 her actions, or her words leads you to believe
25 that the force was excessive?

**225**

1     A  At that -- at that day what made me
2 believe that her force was excessive was her "you
3 fucking bitch" and her aggressive pouncing nature,
4 the way she kneed me in the back. The way that I
5 knew that she was very aggressive was because I
6 never ran. I never hit. I never threatened. I
7 never was screaming vulgarities. I did nothing in
8 nature to be treated like an animal. So to me,
9 that was aggressive.
10     Because if I were running, I could
11 see them maybe, like, pouncing me or trying to do
12 what they did. But I never tried to manipulate
13 anything. I never tried to get out of cuffs.
14 Nothing.
15     Q  All right. So that would explain the
16 kneeing in the back. But the cuffing was
17 apparently before you ever contacted her with your
18 fingernails, right? You were cuffed first, right?
19     A  Yes.
20     Q  And your shoulders were injured
21 first, right, before you ever touched her?
22     A  Yeah. And I had no control over
23 where my hands were going. She had control over
24 me and so --
25     Q  I know. But my question is: The

**226**

1 shoulders were injured before she got mad at you,
2 right, for --
3     A  Yes.
4     Q  -- quote/unquote pinching her, right?
5     A  Yes.
6     Q  So what leads you to believe that the
7 cuffing or the shoulder injuries were the result
8 of excessive force?
9     A  Because of the way she approached me,
10 because of the way she ran up on me when I hadn't
11 been acting in a way that needed to be resisted,
12 that needed to have force. So I -- I was
13 cooperating in getting out and she just she ran up
14 on me hard, and she used force to push me, you
15 know, hard -- hard enough to separate my shoulder.
16 And then she got me even more aggressive --
17     Q  So when you --
18     A  -- by kneeing me.
19     Q  Did your shoulders get separated
20 after you were cuffed or before you were cuffed,
21 or do you know?
22     A  To be quite honest, Tony, everything
23 happened so fast, I can't tell you like what
24 popped first and when and how. I just know what
25 happened to have caused it. But I know that my

DEPOSITION OF HEIDI WODIUK

### 227

1 shoulder was separated and popped when she was
2 getting aggressive pushing and pulling.
3    Q    All right.
4    A    And the pushing and pulling was
5 before and after.
6    Q    So she was pushing --
7    A    After the --
8    Q    Sorry.
9    A    My fingers went into her tummy.
10   Q    Okay. So the shoulder could have
11 been separated after then.
12   A    Right. So I can't give you a before
13 or after. I -- I don't know because that
14 occurrence was happening several --
15   Q    Okay.
16   A    -- times.
17   Q    And it could have happened -- so I
18 want to say it could have happened after you made
19 contact with your fingernails. It could have
20 happened after rather than before.
21   A    Yes.
22   Q    Okay. All right. But in any event,
23 do you know, was there any purpose to be served by
24 her pulling on your arms or pushing on your arms?
25   A    None.

### 228

1    Q    Was she lifting your arms up and down
2 or just pulling and pushing?
3    A    Every way. She was jarring them,
4 pushing them out, pulling them. But the biggest
5 thing when I was like that when it went up, that's
6 where I felt the pop right here (indicating).
7    Q    When your arm went up.
8    A    Yeah.
9    Q    So she pulled your arm up then.
10   A    Yeah.
11   Q    Do you know if you were cuffed or not
12 cuffed at that time?
13   A    I was cuffed at that time.
14   Q    You were cuffed.
15   A    Yes.
16   Q    All right.
17   A    I know that.
18   Q    And you think, then, when you were
19 cuffed, she pulled your arm up, and that's when
20 your shoulder tore?
21   A    Popped.
22   Q    Or popped?
23   A    (Nodded.)
24   Q    All right. And then surgeries, let's
25 be clear on the surgeries that you had. What --

### 229

1 what surgeries did you have as a result of these
2 injuries?
3    A    I had a left Bio-Tenodesis where they
4 have to take the bicep tendon and tack it to the
5 bone.
6    Q    That was on the left side.
7    A    On the left side first.
8    Q    When was that, approximately?
9    A    That was Christmas Eve.
10   Q    Done by who?
11   A    Dr. Weinstein.
12   Q    At what facility?
13   A    At Memorial North.
14   Q    Okay. And then what was the next
15 surgery?
16   A    Then I did my hip surgery in, I think
17 it was April 14th. It was in April.
18   Q    Of '13? '14?
19   A    Of '14. And then I was --
20   Q    Who did that?
21   A    That was Dr. McFaden.
22   Q    What facility?
23   A    That was Memorial North.
24   Q    Okay.
25   A    And then they transferred me for two

### 230

1 and a half weeks to Memorial Central to the rehab
2 center because I was so fragile from my shoulders
3 and my hip, and I couldn't walk. I couldn't, you
4 know, have to care for my food and stuff. So I
5 stayed there two and a half weeks. And then I was
6 discharged.
7         And then July of last year -- I think
8 it was the 29th, but it was in July. And I did
9 another Bio-Tenodesis on my right shoulder.
10   Q    What doctor?
11   A    That was Dr. Weinstein.
12   Q    At Memorial North?
13   A    Memorial North.
14   Q    Okay. And then did you do PT for any
15 of these?
16   A    Definitely.
17   Q    All three or --
18   A    All three of them.
19   Q    Okay.
20   A    I had -- when I did my hip, I had to
21 stay home for about a month. I was home ridden,
22 and I had home therapy coming. And then with the
23 shoulders, I did my therapy at Parkview Rehab
24 Center. It's behind the YMCA in Pueblo, Colorado.
25 And I did that almost four days a week.

59 (Pages 227 to 230)

MEEK & ASSOCIATES (719) 542-1010
meekreporting@yahoo.com