UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

```
                    FILED
              U.S. DISTRICT COURT
              DISTRICT OF COLORADO

              2015 SEP 30  AM 9:48

              JEFFREY P. COLWELL
                    CLERK

              BY_____DEP. CLK
```

Case No. 14-cv-02931-CBS

HEIDI WODIUK

    Plaintiff,

PUELO COUNTY SHERIFF'S DEPARTMENT OFFICER

CAITLIN GRAZIANO, in her individual and official capacities,

    Defendant.

---

PLAINTIFF RESPEECTFULLY RESPONDS TO ATTORNEY TONY VIORST MOTION TO WITHDRAWL BE DENIED AS TONY VIORST AS NOT FINISH NOR STARTED A FACTUAL INVESTIGATION PROPERLY AS THERE ARE SUFFICIENT MATERIAL FACTS NOT REQUESTED OR INVESTIGATED PROPERLY

---

    Plaintiff, Dr. Heidi Wodiuk, in her civil rights to justice a medical doctor is in full capacity to request that her attorney Tony Viorst motion to withdrawal be denied. As Tony Viorst has not done his obligations to factually investigate before filing this case and must do his due process obligations before a withdrawing as Tony Viorst request at this time in the case does not give I, Dr. Heidi Wodiuk sufficient time to find another attorney as we are 6 months to trial date which is insufficient time for I, Dr. Heidi Wodiuk to be able to hire another attorney who would have enough time to prepare for trial in only 6 months remaining.

    A. Letter to Tony

DR. HEIDI WODIUK

By: _____

Dr. Heidi Wodiuk

8448 Hwy 78 W



DEFENDANT'S EXHIBIT G

Beulah, CO 81023

Tel: (719) 671-8067

### CERTIFICATE OF SERVICE

I hereby certify that on this September 30, 2015, a true and correct copy of the above and foregoing **PLAINTIFF RESPEECTFULLY RESPONDS TO ATTORNEY TONY VIORST MOTION TO WITHDRAWL BE DENIED AS TONY VIORST AS NOT FINISH NOR STARTED A FACTUAL INVESTIGATION PROPERLY AS THERE ARE SUFFICIENT MATERIAL FACTS NOT REQUESTED OR INVESTIGATED PROPERLY** was, unless otherwise filed electronically with the Courts who provides notice to the following:

Sean Lane

7100 E. Belleview Ave., Suite G-11

Greenwood Village, Colorado 8011

Tel: (303) 333-4122


Anthony Viorst, Esq

Viorst Law Offices

950 South Cherry St. Suite 300

Denver, CO 80246


A Duly Singed Original is on File at the Offices of Anthony Viorst, Esq. and Sean Lane

s/ [signature]

September 15, 2015

Dear Tony

In response to your question as to settle my answer is **NO- ABSOLUTELY NOT**.

Should the defendant wish to settle my starting offer is 1.2 million dollars. I will not go any lower than $800,000.00 as this case was premeditated and even I can prove that.

1. Caitlyn grazianno admits to beating on me up without meeting use of force criteria to law defend and protect in self-defense. It is in graziano education and training that law enforcement officer a verbal threat must be made a command said for the patron to stop their action or actions before using force. It must be noted so to make sure the patron is aware they are understanding what is taking place. Be it I had no clue why I was being jumped in a gang bang tactical manner by uniformed unmarked cars; It is illegal by the use of force criteria to brutalize someone on a simple fear of exiting their car. To say graziano was pinched is a damn lie and is not an assault on an officer- I can prove beyond a reasonable doubt how this lie was done so to give a false reason to beat me up. If you were to do your own experiment Tony or really were an expert on brutality and police procedure and arrest you would know that once someone is cuffed they are deemed by law under control and to beat someone up by using use of force once cuffed it is a crime upon the officer. Also if you were astute to arrests you would know that if you pull a person close to you once cuffed the hands naturally have to curve and give a false sensation of pinch to a fat belly. Try this with your wife or secretary- cuff them and then pull them into you. Their hands will naturally curve to feel like a pinch is occurring and law enforcement knows that. Do this simple experiment and you will see no pinch occurred and Caitlyn did this to give a groundless excuse to beat me up. Premeditated her approach and conduct as prior to the arrest, luke wodiuk and joe wodiuk indicated to pueblo sheriff's officers who were all present 7-22-2013 that I was very dangerous and to rough me up if need be. This was brutality was threatened to me before filing a report against my father 7-5-2013 with pueblo sheriff department. Joe wodiuk and luke wodiuk even told William Hayes verbally if I didn't shut up that they would have their sheriff buddies shut me up by beating me up and there would be nothing I could do about it. This I do have a firsthand witness to and this witness William hayes has also been threatened and bribed to leave the state so that

Case No. 1:14-cv-02931-WJM-SKC   Document 378-8   filed 04/30/18   USDC Colorado
Case 1:14-cv-02931-WJM-CBS   Document 26   Filed 09/30/15   USDC Colorado   Page 4 of 9
pg 4 of 9

they can get me. There are text messages and phone conversations recorded to prove this as well as police reports.

2. If you did your job you would have pulled all police and sheriff reports on Caitlyn graziano such as William hayes. William Checked and you did not pull them.

3. If a jury were to see there was no legal reason to even have a warrant for my arrest by mental health laws for a mental hold of 72 hours to CMHIP you would see this was premeditated. There was no Imminence of danger noted what so ever.

4. Ms. Graziano lied about contacting social services as social services has a phone log computer device that logs all calls and none what so ever came in that day 7-22-13 that she alleges she made.

5. I saw my doctor of which I've seen since 2004 to present and saw the morning of 7-22-13 and never in my history have I even needed 18 rounds of injections to walk, 3 surgeries nor had any torn muscles, torn labrums, nor torn soft tissue ever nor any medical conditions that would subject me to any of them

6. Ms graziano after she says she was protecting herself in self defense continues later to knee me over and over in my butt as stated by detective clements while I was trying to enter the police vehicle. This is brutality unnecessary and plain and simply admitted by the detectives as occurring.

7. The use of force form has a specific part that requires the detectives to report and file pictures and why use of force was done. Never in the detective's reports did they indicate they needed to protect themselves in self defense. NEVER. Nor are the excessive force reports filed into the data base system within 48 hours of the incident as required by law. This noted by internal affairs Kindred. Also the use of force reports are not signed by their superiors and this is required according to Boulder DA office. Therefore, this use of force report is done way after the brutality conspired and premeditated to try and cover their butts for premeditate acts to physically brutalize me in beating me up.

8. In case 2007DR1166 sworn testimony given by Luke Wodiuk that the Pueblo Sheriff officers shelly Bryant and Caitlyn graziano were following me all day 7-22-13 and that they didn't want to pick me up at the other locations I was at because they had working surveillance cameras and thus waited for Kohls because they knew they cameras were not working due to other theft crimes they were called on.

Case No. 1:14-cv-02931-WJM-SKC   Document 378-8   filed 04/30/18   USDC Colorado
pg 5 of 9
Case 1:14-cv-02931-WJM-CBS   Document 26   Filed 09/30/15   USDC Colorado   Page 5 of 9

9. Luke Wodiuk was at kohls at time of arrest and witnessed that the window to my car was up the entire time.

10. I did an experiment video tapped it and it is impossible even if window down for shelly Bryant to get her arm in my car far enough to get the keys out of the ignition- scientifically factually impossible.

11. Experiment done with numerous neighbors and friends that once a persons is arrested and pulled into another person such as graziano the hands cup giving a sensation of pinching but no pinching occurs. This is and can be factually proven.

12. A pinch is not an assault- I cannot find anywhere in assault criteria that the act of pinching is an assault.

13. You tony failed to request graziano medical records, her mental health records

14. You tony failed to request graziano training, education documents

15. You tony failed to request granano two prior excessive force brutality reports and failed to contact the victims to get their statements

16. Tony you failed to contact my chiropractors who have seen me for many many years who then saw me after the brutality and refused to treat me because I was so injured by the brutality- that enough is proof of excessive force.

17. I was already arrested and cuffed and once cuffed by the use of force law I am deemed under control and not a threat, mind you I was beaten up after cuffs were on. You say you know brutality law but you seem to not know this simple fact that is in the law books I found at the United States law library.

18. Tony nor did you request all phone taps of tower dumps for my cell phone through my phone carrier as it is against the law even to tap my phone for its location without a phone tap warrant even if there is a warrant for an arrest there must be an additional warrant to phone tap my phone. That is the law provided to me by the United States law library on the Obama laws passed as well as the fort morgan county sheriff told me. Get this an you prove over and over that the pueblo sheriff dept acting out of jurisdiction and against the legal requirements of them.

Case No. 1:14-cv-02931-WJM-SKC   Document 378-8   filed 04/30/18   USDC Colorado
pg 6 of 9
Case 1:14-cv-02931-WJM-CBS   Document 26   Filed 09/30/15   USDC Colorado   Page 6 of 9

19. Tony you failed to do as I requested to request all vehicles the sheriff officers were driving 7-22-13 and took to kohls to arrest me and failed to contact the insurance company to see if there were any recording devices in those vehicles

20. You failed to see tony that this case was conspired and premeditated to kidnap my daughter from me. It's obviously noted by Caitlyn graziano as that morning of 7-22-13 the sheriff officers and luke Wodiuk and ian cooper stated in case 2007DR1166 that they were waiting until Olivia my daughter was not with me and I was alone so to be able to take Olivia from me. This is noted in graziano use of force report.

21. Graziano lies again stating that she spoke with social services and that there was already an open case at social services against me- mind you social services in their own words says there has NEVER been a case against me or open with social services ever. I can also prove this because if so the custody case would have been a dependency and neglect case. That's a legal fact

22. For you to call me or suggest that I have mental illness is outside your scope of practice you are not a mental health professional nor educated in it obviously. In fact two well educated CMHIP employees one a doctor and head of a large department at CMHIP Dr. Crandell did a psych evaluation on me and said I do not suffer from mental illness as well as CMHIP trauma specialist Neitie Morano who says this was premeditated and I do not suffer from mental illness but rational legitimate fears and trauma.

23. Plain and simple fact graziano and clements admitted in their own words that they beat me up over and over and over. Nowhere in the report does it state that I was assaulting them or screaming or yelling – Nowhere in the use of force report does it state any conduct done by me that was necessary to punching me kneeing me by the black letter of the color of law. Defiance and confusion of what is happening is not resisting arrest nor is it an assault on an officer. In fact I don't recall in graziano or clements excessive use of force report them even stating that I pinched grazaino.

This is just a list of the basic things. I have reported this case to secret service after the pueblo sheriff officers who were involved in beating me up took initiative to say I was a threat to president obama. Therefore, you say you investigated this case is a down right lie Tony.

I have taken much time to follow up on this case with the experts I reported to you to call and you still have not contacted the Doctors nor have you even listened thoroughly to the

Case No. 1:14-cv-02931-WJM-SKC   Document 378-8   filed 04/30/18   USDC Colorado
pg 7 of 9
Case 1:14-cv-02931-WJM-CBS   Document 26   Filed 09/30/15   USDC Colorado   Page 7 of 9

conversations I recorded and sent to you to prove my case. Shame on you. You told me you were in an expert in brutality and this type of law yet it is clearly obvious you are not by how you have handled this case, which subjects you to be sued as you represented yourself as an expert in brutality and this case if you were to really get your nose into it is complete with even the officers admitting they hurt me. What more do you need.

You do have the right to recuse yourself but you do not have the right to withdraw this case. As you stated you and your colleges are close with Thomas Flesher I have forwarded this over to FBI and United States Department of Justice as well as many other agencies and media so to get to the bottom of this as no reasonable attorney waits this long to pull pertinent evidence to a federal case nor fails to have a case prepared this late in the game. This puts many of us in question of your stance. Due to President Obama laws passed all state actors can be tapped at any time and for no reason. Be it that I am noted in the system as a threat to president Obama that means I and you are watched by secret service. Hope you did your homework to this case and are not trying to aid Olivia my daughters kidnappers because you will go down as an accessory if so. I am just letting you know as I can't see any other reason for your approach in this case. I sure hope for your sake that you have just been lazy and now wish to rise up and battle justice for me as we do have enough to prove and prove the sheriff officers have lied over and over and over. That is enough for doubt and the fact of my prior health history and that I saw the doctor that day shows my good health before brutality and the fact they admitted to beating me up without noting need to defend themselves by legal criteria for use of force policies is simply enough to prove our case.

I realize I am not an attorney and do not claim to be one but it does not take an attorney to be a jury and thus you can convince a jury that the sheriffs are lying, I do know that.

So to reiterate, I will not settle for pennies. To even suggest is a insult. Do not insult me with cheap tactics to aid my daughter's kidnappers as they conspired to harm me to get my daughter.

If you did your homework necessary to this case you would see that. You tell me you have but I have spoken with numerous other attorneys who say you were to put all that has occurred to me in this case as it all coincides with the brutality. So think me just not an attorney and not capable of understanding you best think again, as I have sought help from many to understand this case and your approach in it.

My suggestion is you get your head in this case or subject yourself to a possible law suit, charges and or public humiliation once this goes public as it will trust me.

I came to you as I had confidence in you as you did state you knew brutality law and you could try this case. Should you wish to recuse yourself then you will be subject to the contract and to my fees and losses as well as the other side's attorney fees to this point.

I hope for you, you decide to get real serious about this case and exposing the pueblo sheriff department and what they did and Caitlyn graziano many habitual lies so to win this case.

Also to note, still to this day I have not gotten a written letter from you about recusing yourself from the contract to sue my father for child abuse. I will expect that letter within 5 business days from the date of this letter.

As for this case with Graziano I plan to proceed to trial. The other side is requesting that I be evaluated by their doctors and due to medical rights I decline there request. I have gone through enough highly professional and well know evaluations with hospitals and doctors all accredited and highly qualified and highly respected in the community. In fact how much better can you get but Olympic surgeons. Therefore, no doctor they could ever come up with to evaluate me could even compare or compete educationally and medically to the doctors I chose to treat and work on me. So as it is my right I decline their idiotic requests.

By the way, Tony I am respectfully demanding you change your filing in the case to respectfully reflect my tile as I do have an accredited medical doctorate degree, therefore, I expect it reflected on all federal case filings to show as DR. HEIDI WODIUK as it is disrespectful to not put my title of before my name on a legal document. I have provided you my diplomacies to prove this therefore, I expect your filing to reflect my education and title to be listed before my name.

Please do not forget you have Mr. Martinez head of homeland security in Denver who has firsthand knowledge how corrupt the sheriff department is and who can be subpoenaed to state this fact.

SO TELL ME AGAIN HOW YOU THINK WE DO NOT HAVE A CASE. ONE COULD ONLY CONCLUDE YOU ARE COVERING UP SOMETHING AND AFRAID TO FACE YOUR CRIMINAL LEGAL FRIENDS AND RATHER TAKE A LESSER APPROACH THAN JUSTICE. CALLING ME MENTALLY ILL IS NOT IN

YOUR SCOPE AND IS ABUSE BY MY ATTORNEY AS YOU HAVE FAILED TO PROTECT ME AS YOUR CLIENT AS YOU ARE REQUIRED TO PROTECT ME BY OUR CONTRACT YOU ARE LEGALLY BOUND. SO GO AHEAD RECUSE YOURSELF SHOULD YOU WISH BECAUSE I DO NOT TAKE THIS CASE LIGHTLY AND WILL GET TO THE BOTTOM OF THIS AS THERE IS AN EXUBERANT AMOUNT IN THIS CASE TO PROVE I WAS BEATEN UP INTENTIONALLY. I EXPECT YOU TO FULLFILL YOUR LEGAL OBLIGATIONS AS TO FEDERAL LAWS DICTATED BY THE FEDERAL COURTS OF COLORADO AND OUR CONTRACT.

Should they want to settle outside of court I would be happy to but only for 1.2 million dollars.

Yours for a safer America with Justice for all,

Dr. Heidi Wodiuk, N.D.

8448 Hwy78 W

Beulah, CO 81023

719-671-8067