| | |
|---|---|
| DISTRICT COURT, PUEBLO COUNTY, COLORADO<br>320 West 10th Street<br>Pueblo, CO 81003<br>719-583-7017 | |
| THE PEOPLE OF THE STATE OF COLORADO<br><br>IN THE INTEREST OF<br><br>HEIDI WODIUK,<br><br>Respondent. | ▲ COURT USE ONLY ▲<br><br>Case Number: 13 M 1252 |
| Pueblo County Attorney's Office:<br><br>Cynthia Mitchell, #36992<br>Assistant County Attorney<br>215 West 10th Street<br>Pueblo, CO 81003<br>719-583-6630 (phone)<br>719-583-6057 (fax)<br>co.atty@co.pueblo.co.us | Division: B<br><br>Courtroom: |

### SHERIFF'S RETURN OF SERVICE

This is to certify that I have this 22 day of July 2013, delivered **HEIDI WODIUK** to Colorado Mental Health Institute, Pueblo, Colorado, 1600 W. 24th St., Pueblo Colorado.

KIRK M. TAYLOR, SHERIFF

_____
By: Deputy Sheriff

This is to certify that we have this 22 day of July 2013, received the person of **HEIDI WODIUK** at Colorado Mental Health Institute, Pueblo, CO.

_____
By:

DEFENDANT'S EXHIBIT H