IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02931-WJM-CBS | Date: October 8, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*

HEIDI WODIUK,

Plaintiff,

v.

CAITLIN GRAZIANO,

Defendant.

*Counsel:*

Anthony Viorst

Sean Lane

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE MOTION HEARING**
**Court in session: 09:03 a.m.**
Court calls case. Appearances of counsel.

The Plaintiff, Heidi Wodiuk, is present on the phone for the hearing.

Discussion and argument regarding *[19] Anthony Viorst's Motion to Withdraw As Counsel For Plaintiff*. The Plaintiff does not oppose this motion. The court addresses Plaintiff's *[27] Notice* sent to the court.

Further discussion regarding *[21] Motion for Extension of Time to Produce Fed.R.Civ.P. 26(a)(2) Disclosures* and *[24] Motion for Continued Deposition of Plaintiff Heidi Wodiuk.* .

**ORDERED:** *[19] Anthony Viorst's Motion to Withdraw As Counsel For Plaintiff* is **GRANTED**. Ms. Wodiuk asks for time to find replacement counsel. Until Ms. Wodiuk finds replacement counsel, she is *pro se* and is responsible for meeting all deadlines and attending all hearings.

**ORDERED:** *[24] Motion for Continued Deposition of Plaintiff Heidi Wodiuk* is **GRANTED**.

*[21] Motion for Extension of Time to Produce Fed.R.Civ.P. 26(a)(2) Disclosures* is **DENIED without prejudice.**



A Telephone Status Conference is set for **November 10, 2015 at 1:30 p.m.** to discuss the status of Ms. Wodiuk finding replacement counsel. Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

All discovery is STAYED pending the hearing on November 10, 2015.

HEARING CONCLUDED.

**Court in recess: 09:37 a.m.**
Total time in court: 00:34

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.