# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 14-cv-2931-WJM-SKC

HEIDI WODIUK,

    Plaintiff,

v.

CAITLIN GRAZIANO, individually and in her official capacity with the Pueblo County Sheriff's Department,

    Defendant.

## ORDER ADMINISTRATIVELY CLOSING CASE

    Before the Court is its Order to Show Cause dated September 10, 2018 (ECF No. 406). For the reasons stated in that order, the Court finds it in the interest of justice to administratively close this case. Plaintiff's concern regarding the statute of limitations (ECF No. 408 at 1) is unfounded because administrative closure is not equivalent to a judgment, either with or without prejudice. The Court need not rule on Defendant's requests at this time (*see id.* at 2–3), but the Court acknowledges that Magistrate Judge Shaffer's order reopening Plaintiff's deposition has yet to be fulfilled.

    Accordingly, for the reasons stated, the Court ORDERS as follows:

1. Pursuant to D.C.COLO.LCivR 41.2, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE this action until such time as Plaintiff is no longer deemed incompetent, or other such time as the Court may order, or upon a showing of good cause from either party to reopen the action.

2. During the administrative closure, Plaintiff's counsel shall have the following reporting obligations:

   a. If Plaintiff is deemed competent or her mental status is otherwise reclassified in a manner that could potentially allow the trial to go forward, Plaintiff's counsel shall file a notice of this event no later than two business days after Plaintiff's counsel learns of it; and

   b. Plaintiff's counsel shall otherwise file a status report regarding Plaintiff's current status on September 30 and March 31 of each year (September 30, 2018 excepted), or on the next business day if September 30 or March 31 falls on a weekend or legal holiday.

3. As a consequence of this order:

   a. Defendant's Motion for Summary Judgment (ECF No. 378) is DENIED WITHOUT PREJUDICE;

   b. Defendant's Motion to Strike Plaintiff's Incomplete Deposition (ECF No. 402) is DENIED WITHOUT PREJUDICE; and

   c. The Final Trial Preparation Conference set for October 12, 2018, and the four-day jury trial scheduled to begin on October 29, 2018 are both VACATED.

Dated this 17th day of September, 2018.

BY THE COURT:

_____
William J. Martinez
United States District Judge

2