████████████████████████████████

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

901 19th Street

Denver, Colorado 80294

303-844-3433

Date: February 24, 2020


COLORADO SUPREME COURT CASE #_____14-CV-02931_____

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

1.  DR. HEIDI WODIUK
    Plaintiff,                                          FEB 26 2020

    PRO SE                                         JEFFREY P. COLWELL
                                                              CLERK


2.   CAITLIN GRAZIANO, Pueblo County Sheriff's Department Officer, in her individual and
     official capacities,

---

· DEMAND FOR RELIEF: DR. WODIUK DEMANDS THIS COURT AND ITS ACTORS' TO CEASE AND
DESIST ITS GRAND TREASON TO KIDNAPPING IN TERRORISM AND MURDER ATTEMPTS DONE
TO ME

---

Dr. Heidi Wodiuk is filing into this case record more collaborated organized crime
occurring with this court and the Denver probate courts of mental health 2018MH446 and
2018MH638 as the Denver probate courts has noted that this court is conjunct the
malicious holding of 15CR1287 and that all three courts and their actors are collaborating
in grand treason to kidnapping of me as well as the wrongful withholding of my child
hostage from me.

See attached exhibit A, for case record

See attached Exhibit B, Denver City and County Attorney office 2-21-2020 letter.

1

**PLAINTIFF DEMANDs HER RIGHT TO HER RIGHTS AND JUSTICE.**

DR. HEIDI WODIUK

BY:

Dr. Heidi Wodiuk

PO BOX 977

Pueblo, CO 81002

719-281-5748

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this February 24, 2020, a true and correct copy of the above and foregoing DEMAND FOR RELIEF: DR. WODIUK DEMANDS THIS COURT AND ITS ACTORS' TO CEASE AND DESIST ITS GRAND TREASON TO KIDNAPPING IN TERRORISM AND MURDER ATTEMPTS DONE TO ME

was, unless otherwise filed by U.S. postal mail or hand delivered with the Courts who provide notice to the following:

Caitlin Graziano

909 Court St

Pueblo, CO 81003

A Duly Singed Original is on File at the Offices of Dr. Heidi Wodiuk (Pro Se)

S

2

☐County Court ☐District Court
Denver County, Colorado
Court Address:
1437 Bannock St. Room 230
Denver, CO 80202

Plaintiff(s)/Petitioner(s): Denver City and County

v.

Defendant(s)/Respondent(s): Dr. HEIDI WODIUK
PO BOX 977 Pueblo, CO 81002

| Attorney or Party Without Attorney (Name and Address): | Case Number: |
|---|---|
| Phone Number:         E-mail: | **2018MH446** |
| FAX Number:           Atty. Reg. #: | **2018MH638** |
| | Division          Courtroom |

### DEMAND FOR RELIEF: MALICOUS AND UNCONSTITUTIONAL MENTAL HOLDS WITH INVOLUNTARY MEDICATIONS MADE AND FILED IN PERJURY WITH ORGANIZED CRIME ACTS TO CAUSE IRREPARABLE HARM TO ME-DR. WODIUK

For the following reasons:

Dr. Heidi Wodiuk is filing this demand for relief filings to this court to inform the court of its sedition, harboring, aiding and abetting of malpractice and treason. As Robert Hernandez is not a licensed doctor nor psychiatrist and Robert Hernandez has NEVER passed state boards. CU medical school as stated on recorded calls that Robert Hernandez does NOT teach medical classes at CU medical school and Robert Hernandez never completed any internship or residencies in psychiatry or psychology according to their database systems; in fact CU medical school stated on recorded lines that they do not have listed a Robert L. Hernandez ever completing medical school ever and that he is only listed as being a intern in medical school. However, on the internet Robert L. Hernandez claims to have practice medicine for over twenty years but DORA the department of regulatory agencies states that Robert L. Hernandez has NEVER passed any state boards in medicine, what so ever. Therefore, the filings and reports that Robert L. Hernandez has filed and made up are invalid, unsound, null and void and this court and its actors should have been able to pick that out in two seconds as Mr. Hernandez does not use proper medical terms in his filings what so ever and his psychological evaluations do not meet the standard for the criteria noted by a proper accredited medical school of psychology. I know because I have a master's degree in psychology.

In the Denver Probate Court the paperwork's note that service was made to be DR. Heidi Wodiuk via mail but I NEVER received any mail from the Denver Probate Court what so ever when I was held hostage deprived of all my rights. I was never served properly or ever served the court papers-let that be clear on the record that service was never made as perjured on the legal documents to cases 2018MH446 and 2018MH638. Please also review

the court filings that Robert Hernandez and Janet Dodd made they do NOT even have a proper addressed at the top left as a real case states: We the people of Denver Colorado vs. Heidi Wodiuk or can be We the people of Denver Colorado in the interest of Heidi Wodiuk. This proves that the Fort Logan actors who are making these case filings do NOT even know basic law; which this was taught to me by federal attorneys.

I want to also note for the record that the Colorado Federal Court case 14CV02931 was filed into cases Denver Probate Court cases 2018MH446 and 2018MH638 showing a direct malicious prosecution 15CR1287 conspiracy of organized crime was and still is occurring in 14cv02931. As the mental holds and forced medications was a way to get the falsity actors in Pueblo Sheriff Office off of their cases so to hope the public would not find out their true identities. As it has come to my attention on 2-21-2020 via a recorded call with the Colorado Post Board who holds all of the states peace officers education and badge numbers that in 15CR1287 Pueblo Courts the reporting officer Mark Meyer's is NOT a proper peace officer and is a imposter. This was found in my investigation and has been sent to higher law enforcement to confirm its validity. Which means this court and its actors have aided, abetted and harbored the malicious prosecution in 15CR1287 Pueblo Combined Courts so to attempt murder on me with the use of medications that I am noted on all my medical documents as being allergic to. Robert Hernandez and Fort Logan staff were all made aware of that and many of my doctors called Fort Logan staff to confirm my injuries to be very serious and life threatening as well as my allergy to the abilify and lithium which this court also refused to investigate and protect my medical rights in before ordering a forced involuntary medications to be administered by force and against my will and medical rights. This court and its actors refused to have a proper medical hearing and placing my many doctors on stand to confirm my sound mind, good mental health, level of education, and able body to NOT be of grave disorders before ordering involuntary holds on me to rob me of my liberty, health, finances, child, animals, friends, family etc.

This court and its actors refused to contact my medical power of attorney's and have them present at all the hearings as required by state and federal laws before proceeding in Probate mental health matters. This court and its actors refused to investigate the preacipe to even have me placed at Fort Logan Mental Health Facility in the first place and refused to investigate 15CR1287 malicious prosecution that held no color of law merit nor any constitutional merit; so much so that there was never even an arrest warrant filed to even have arrested me.

I have spoke to the City and County attorney's for Denver Colorado and both on recorded lines stated that they NEVER filed cases 2018MH446 and 2018MH638 what so ever, SO WHO DID? As on recorded lines Fort Logan Mental Institution staff has stated that their alleged falsity doctors are filings legal filing documents and that Fort Logan does NOT have an attorney filing these legal filings for them. Which means Fort Logan staff are acting as doctors and attorneys at the same time and they are neither. I also did some research on Janet Dodd who claims to be a doctor of psychology yet DORA nor Denver Probate courts have Janet Dodd's education listed as required and no where can I find Janet Dodd ever completing state boards for psychology nor have I found a

school or agency who knows where Janet Dodd when to school for a doctorate in psychology. So please provide to me this information within forty eight (48) hours form the filing date of this filing and send it to my PO BOX 977 Pueblo, CO 81002 immediately along with proof of state medical boards passed on Robert Hernandez, as I am entitled to this information.

**This court has aided, abetted and harbored harm to my life, liberty, and happiness in its collaborative organized crime to do grand treason to kidnapping on me as well as my child and many others.**

**See attached exhibit A- internet information that Robert Hernandez is making to deceive the general public with to make them think he is a licensed doctor when he is NOT. Also, Robert Hernandez has NEVER been given any awards as noted on line and is NOT published anywhere that I could find. So, I forwarded this to higher law enforcement to investigate my findings so to make sure they are accurate.**

**CEASE AND DESIST PERVERTING, TAINTING, SLANDERING, WRONGFULY WITHHOLDING ME HOSTAGE AND CEASE AND DESIST HARMING MY HEALTH, LIFE, AND PARENTAL RIGHTS.**

Date: 2-24-2020

Dr. Heidi Wodiuk, Respondent
PO BOX 977
Pueblo, CO 81002

---

### CERTIFICATE OF SERVICE

I certify that on <u>2-21-2020</u> (date) a true and accurate copy of the **DEMAND FOR RELIEF: MALICOUS AND UNCONSTITUTIONAL MENTAL HOLDS WITH INVOLUNTARY MEDICATIONS MADE AND FILED IN PERJURY WITH ORGANIZED CRIME ACTS TO CAUSE IRREPARABLE HARM TO ME-DR. WODIUK** was served on the other party by:

☐Hand Delivery, ☐E-filed, ☒Faxed to this number __720-913-3183_____ Denver City attorney at law_____, **or**
☐by placing it in the United States mail, postage pre-paid, and addressed to the following (include name and address): Courts must send to the following City and County of Denver Attorney's office a copy of this demand for relief.

☐Respondent

Case No: 1:14-cv-02931-WJM-SKC    Document 468    filed 02/26/20    USDC Colorado
pg 6 of 23
Dr. Robert L. Hernandez, Psychiatrist in Denver, CO | US News Doctors    Page 1 of 5

**US News** **HEALTH »**   Hospitals   Doctors   Dentists   Senior Care   Wellness   Diets   Conditions

HOME / HEALTH / DOCTORS



# Dr. Robert L. Hernandez MD

Denver, CO

Specialty / Subspecialties: **Psychiatry / Child & Adolescent Psychiatry**

Overview    Specialties    Location & Contact    Insurance    Education & Experience

## About Dr. Robert L. Hernandez, MD

Dr. Robert L. Hernandez is a psychiatrist in Denver, Colorado. He received his medical degree from University of Colorado Denver School of Medicine and has been in practice for more than 20 years.

✒ **ARE YOU DR. HERNANDEZ?**  Claim/Edit Your Profile

Years of Practice

Gender

Languages

Specialty



## What are Dr. Hernandez's Specialties?

SPECIALTY
**Psychiatry**

Psychiatrists diagnose and treat mental illness, such as depression, anxiety disorders, substance abuse, and schizophrenia. Most psychiatr

SUBSPECIALTIES
**Child & Adolescent Psychiatry**

## More Psychiatrists Like Dr. Hernandez

**Aileen Higgins MD**
Englewood, CO

**Psychiatry**
Community, General Psychiatry

PATIENT
EXPERIENCE                          Very Positive

**See Profile**                                          →

**Severance Kelley MD**
Denver, CO

**Psychiatry**
General Psychiatry

PATIENT
EXPERIENCE                          Positive                ×

**See Profile**

Case No. 1:14-cv-02931-WJM-SKC    Document 468    filed 02/26/20    USDC Colorado
pg 7 of 23
Dr. Robert L. Hernandez, Psychiatrist in Denver, CO | US News Doctors                Page 2 of 5

SEARCH FOR PSYCHIATRISTS IN DENVER, CO »

## Learn about Related Conditions

A Patient's Guide to ADHD

A Patient's Guide to Depression

A Patient's Guide to PTSD

**All-Inclusive Water Bungalov**

Find Great Deals With These Searches
Luxury Resorts

## Dr. Hernandez's Location & Contact

3520 W Oxford Ave, Denver, CO, 80236
(303) 866-7537

DENVER, CO
**Explore Map**

## Dr. Hernandez's Hospital Affiliations

Dr. Hernandez does not have any hospital affiliations listed. If you are Dr. Hernandez and would like to add a hospital you are affiliated with, please update y

## Insurance Dr. Hernandez Accepts

Dr. Hernandez does not have any insurances listed. If you are Dr. Hernandez and would like to add insurances you accept, please update your free profile.

*Please verify your coverage with the provider's office directly when scheduling an appointment*

## Education & Experience

### Medical School & Residency

**University of Colorado**
Fellowship , Child and Adolescent Psychiatry

**University of Colorado**
Residency , Psychiatry

**University of Colorado Denver School of Medicine**

Medical School

## Certifications & Licensure

**CO State Medical License**
Active through 2021

## Awards, Honors & Recognitions

**NCQA PPC**, 2010

**NCQA PPC**, 2011

**NCQA PPC**, 2012

**NCQA PPC**, 2013

**NCQA PCMH**, 2010

**NCQA PCMH**, 2011

**NCQA PCMH**, 2012

**NCQA PCMH**, 2013

## Publications

**University of Miami Leonard M. Miller School of Medicine.**
O'Connell, M. T., Mechaber, A. J., Hernandez, R. L.

---

**Let us know if this information is out of date or incorrect.**

---

-DISCLAIMER AND A NOTE ABOUT YOUR HEALTH »

---

## RECOMMENDED

### What Does a Speech Delay Mean?
The main thing to know is this: The onset of speech is highly variable.

**Brent Thibodeaux, M.D.**  Feb. 20, 2020

SPONSORED

ad content by **MD Anderson Cancer Center**

**Clinical Trials: What You Should Know**

### What's Your Urine Trying to Tell You?
Color, clarity, odor – there's plenty to learn about your urological health from your urine.

**S. Adam Ramin, M.D.**  Feb. 18, 2020

### Diet and Prostate Cancer Risk

Changes in what a man eats – and doesn't eat – could impact his risk for prostate cancer.

**S. Adam Ramin, M.D.**  Feb. 14, 2020



Any Room

BOOK NOW

Hilton

### Family Faces Congenital Heart Disease

Parents persevered to find a children's hospital that would handle their daughter's complex case.

**Lisa Esposito**  Feb. 12, 2020

### Heart Palpitations After Eating

Consuming certain foods or drinks, especially in excess, may make your heart skip a beat.

**Michael O. Schroeder**  Feb. 11, 2020

### Healthy Living With Heart Disease

Doctors say the more healthy habits you adopt, the better you'll feel.

**Heidi Godman**  Feb. 7, 2020

### Possible Causes of Sleepwalking

Children are most likely to walk around during deep sleep, but adults can too.

**Lisa Esposito**  Feb. 7, 2020

### Signs of Heart Disease

Be proactive about heart health, and don't wait to seek medical attention if you have any concerns.

**Michael O. Schroeder**  Feb. 6, 2020



### Stroke vs. Heart Attack

These two common and potentially life-threatening conditions have some similarities

**Elaine K. Howley**  Feb. 3, 2020

### The Body-Acceptance Debate

A battle over the perils of obesity is playing out in pop culture and the medical community.

**Joseph P. Williams**  Feb. 3, 2020

Load More

**HOSPITALS**

Find a Hospital

Best Hospitals

Best Children's Hospitals

Advice for Hospital Patients

Advice for Health Professionals

How We Rank

**DOCTORS**

Find a Doctor

Primary Care Physicians

Pediatricians

How to Choose a Doctor

Preparing for a Doctor Visit

**DENTISTS**

Find a Dentist

Orthodontists

How to Choose the Right Dentist

**SENIOR CARE**

Advice for Caregivers

Paying for Care Advice

**NURSING HOMES**

Find a Nursing Home

**ASSISTED LIVING**

Find an Assisted Living Community

**WELLNESS**

Food

Fitness

Mind

**DIETS**

Best Diets Overall

Best Weight-Loss Diets

Best Commercial Diet Plans

**HEALTH INSURANCE**

Find Plans by State

Medicare Plans

Choosing a Health Plan

**CONDITIONS**

Over the Counter Drugs

Breast Cancer

Lung Cancer

Depression

ADHD

Diabetes

Heart Disease



About U.S. News   Contact   Press   Advertise   Newsletters   Jobs   Site Map   Store

Copyright 2020 © U.S. News & World Report L.P.    Terms & Conditions/Privacy Policy/California Privacy Notice/California Do Not Sell My Personal Information Request

| | Name | License Number | License Status | Contact Type | City | State | Zip Code |
|---|------|----------------|----------------|--------------|------|-------|----------|
| No records found for the criteria entered. | | | | | | | |

## Verify a Colorado Professional or Business License

Search Criteria

Use the search options below to search for a Licensed Professional/Business with the Division of Professions and Occupations. You may enter as much or as little information as you choose. As with any query your results will depend on the amount of information you enter.

To research public action documents for **unlicensed people or businesses**, please visit our Division of Professions and Occupations Public Documents System (http://www.dora.state.co.us/pls/real/DDMS_Search_GUI.DPO_Search_Form).

**License Type(s):**

> Accountancy
> Acupuncture
> Addiction Counselors
> Architects, Engineers and Land Surveyors
> Athletic Trainers

**License Prefix and Number:**

PSY [ ]     [ ] - [ ]

**First Name:**

Robert

**Last Name:**

Hernandez

**Business Name:**

[ ]

**City:**



Denver                                                                              ✕

| State/Province: Name | License Number | License Status | Contact Type | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Colorado | | | | | | |

No records found for the criteria entered.

Zip Code:

## Verify a Colorado Professional or Business License

## Current Filters                                               [ Search ]  [ Clear Form ]

**City:** Denver
**Last Name:** Hernandez
**First Name:** Robert
**State/Province:** Colorado
**License Type Prefix** PSY
**License Type(s):** Psychologists

# More Online Services

## License Verification

Verify a Colorado License (/dora/licensing/Lookup/LicenseLookup.aspx)

## Online Complaint Submission

File a Complaint (/dora/licensing/Activities/Complaint.aspx)

## Licensee/Discipline List Downloads

Download a List of Licensee/Discipline Information (/dora/licensing/Lookup/GenerateRoster.aspx)

# About Us

*DORA's Division of Professions and Occupations licenses over 50 professions, occupations and businesses in Colorado.*

# Contact Us                                                    ✕

**Find us at:**

*1560 Broadway, Suite 1350, Denver, CO 80202*

| Name | License Number | License Status | Contact Type | City | State | Zip Code |
|------|---------|---------|---------|------|-------|------|
| No records found for the criteria entered. | | | | | | |

**Send mail to:**

*Colorado Department of Regulatory Agencies*

*Division of Professions and Occupations*

*1560 Broadway, Suite 1350, Denver, CO 80202*

Verify a Colorado Professional or Business License

dora_dpo_licensing@state.co.us (mailto:dora_dpo_licensing@state.co.us)
*303-894-7800*
*303-894-7693*

Copyright © 1997-2020 Iron Data Solutions All Rights Reserved        V20140601_Release.1.20739

# Verify a Colorado Professional or Business License

Search Criteria

Use the search options below to search for a Licensed Professional/Business with the Division of Professions and Occupations. You may enter as much or as little information as you choose. As with any query your results will depend on the amount of information you enter.

To research public action documents for **unlicensed people or businesses**, please visit our Division of Professions and Occupations Public Documents System (http://www.dora.state.co.us/pls/real/DDMS_Search_GUI.DPO_Search_Form).

**License Type(s):**

```
Accountancy
Acupuncture                                              ^
Addiction Counselors
Architects, Engineers and Land Surveyors                 v
Athletic Trainers
```

**License Prefix and Number:**

| PSY v | | - | v |

**First Name:**

Robert

**Last Name:**

Hernandez

**Business Name:**

**City:**

Denver

**State/Province:**

Colorado

**Zip Code:**

Verify a Colorado Professional or Business License

## Current Filters

Search    Clear Form

**City:** Denver
**Last Name:** Hernandez
**First Name:** Robert
**State/Province:** Colorado
**License Type Prefix** PSY
**License Type(s):** Psychologists

---

# More Online Services

### License Verification

Verify a Colorado License (/dora/licensing/Lookup/LicenseLookup.aspx)

### Online Complaint Submission

File a Complaint (/dora/licensing/Activities/Complaint.aspx)

### Licensee/Discipline List Downloads

Download a List of Licensee/Discipline Information (/dora/licensing/Lookup/GenerateRoster.aspx)

---

# About Us

*DORA's Division of Professions and Occupations licenses over 50 professions, occupations and businesses in Colorado.*

# Contact Us

**Find us at:**
*1560 Broadway, Suite 1350, Denver, CO 80202*

**Send mail to:**
*Colorado Department of Regulatory Agencies*
*Division of Professions and Occupations* Verify a Colorado Professional or Business License
*1560 Broadway, Suite 1350, Denver, CO 80202*

*dora_dpo_licensing@state.co.us (mailto:dora_dpo_licensing@state.co.us)*
*303-894-7800*
*303-894-7693*

Copyright © 1997-2020 Iron Data Solutions All Rights Reserved          V20140601_Release.1.20739

Dr. Robert Hernandez, MD – Denver, CO | Psychiatry                                          Page 1 of 4

# doximity

SIGN IN



# Robert Lee Hernandez, MD

## Psychiatry   Denver, CO

Child & Adolescent Psychiatry

Instructor, Psychiatry, University of Colorado School of Medicine

**Claim your profile**

Are you Dr. Hernandez?

Join over one million U.S. Physicians, Nurse Practitioners and PAs, already on Doximity.

⊖ Connect with colleagues in the same hospital or clinic
  👤 You already have 20 invites waiting!

⊖ Search all U.S. specialist profiles and refer a patient

⊖ Read the latest clinical news and earn CME/CEU credits

| Claim this pr... |   No, this isn't... |

**Office Address**        3520 W Oxford Ave
                          Denver, CO 80236

**Phone**
📞 (303) 866-7537

**Fax**
📠 (303) 866-7197

Dr. Robert Hernandez, MD – Denver, CO | Psychiatry                                    Page 2 of 4

Is this information wrong?

| | |
|---|---|
| Summary | Dr. Robert Hernandez, MD is a psychiatrist in Denver, Colorado. He is currently licensed to practice medicine in Colorado. He is an Instructor at University of Colorado School of Medicine. |

Education & Training      University of Colorado
Fellowship

   University of Colorado
Residency

   University of Colorado Denver School of Medicine
MedicalSchool

Certifications &
Licensure      CO State Medical License
1998 - 2021

---

Awards, Honors, &        Patient-Centered Medical Home Recognition Program
Recognition              National Committee for Quality Assurance, 2010-2013

                         Physician Practice Connections Recognition Program
                         National Committee for Quality Assurance, 2010-2013

Publications &           PubMed
Presentations
                         University of Miami Leonard M. Miller School of Medicine.

O'Connell, M. T., Mechaber, A. J., Hernandez, R. L.> ;Acad
Med. 2010 Sep

Similar Physicians &         Psychiatry, Colorado
HCPs
                             Cheryl Dasler, MD · David Fohrman, MD ·
                             Wallace Arthur, MD · James Mauldin, MD ·
                             Charles Crown, MD · Lindsey Rutledge, MD ·
                             Sherry Dubester, MD · Amber Johnson, MD ·
                             Asa Yancey Jr., MD · Andrew White, MD

Doximity / States / Colorado / Denver / Robert Hernàndez, MD

Dr. Robert Hernandez, Dr. Robert Hernandez, MD, Dr. R Hernandez, Dr. Robert Lee
Hernandez



About               Clinicians           Partners

COMPANY             PRODUCT              OVERVIEW

PRESS               DOWNLOADS            ACADEMICS

BLOG                HELP                 DEVELOPER API

WORK@                    TERMS OF SERVICE              HIRING SOLUTIONS

CONTACT                  PRIVACY                      HOSPITALS

                         DIRECTORY


© 2020 Doximity, Inc.



iPhone and iPad are trademarks of Apple Inc.,
registered in the U.S. and other countries.

February 21, 2020

**TO: Denver City and County Attorney Offices**
Fax # 720-913-3183
201 W. Colfax Denver CO

FROM: Dr. Heidi Wodiuk
PO BOX 977
Pueblo, CO 81002
719-485-4235

RE: Denver Probate (fort logan) vs. DR. Heidi Wodiuk 2018MH446 and 2018MH638

Dear Denver City and County Attorney, et al.,

After I received information from your offices the City and County of Denver's attorney's that they NEVER filed any mental holds on me in Denver probate court what so ever, I then went to the Denver probate court and got the filings for 2018MH446 and 2018MH638. Which do show that the City and County of Denver appear to have filed 2018M446 and 2018MH638 by the paperwork. However, it appears that a Mr. Stafford is signing legal documents as Patrick McKinstry which is prohibited as Mr. Stafford does NOT have a legal power of attorney to sign for anyone on a legal document except for himself.

Also, Please see the attached DORA on line pages I printed off that state that Robert L. Hernandez has NEVER passed state medical boards and cannot practice medicine. CU medical college has stated on recorded lines that Robert Hernandez is NOT a employee and NEVER has taught medicine at CU medical school. Yet, Robert Hernandez is on line stating and claiming that he has taught medicine at CU medical school and has practice medicine for over twenty (20) years when DORA the regulatory agencies stated Robert Hernandez has NEVER ever passed medical boards. Also, CU medical school stated to me on recorded calls that Robert Hernandez is not in their database system as ever completing a MD with a psychology or psychiatry infuses or any residencies in psychology or psychiatry. CU then stated on a recorded call that just having completed a four year degree does not give a MD any power to practice medicine what so ever and Robert Hernandez does not have proper licensure nor insurance to practice medicine in Colorado or anywhere in the USA.

So who signed and filed the Denver Probate cases 2018MH446 and 2018MH638on me in malicious harm to hurt my entire life? I demand in all my rights and in all do professionalism and respect my right to know who did this and what is going on. I have suffered extreme hardships, liberty violations, losses, damages, slander, defamation for this malpractice that has occurred and I demand this be report to the FBI immediately and that this office contact me with Robert Hernandez's proof of education, proof of medical boards passed and do so within forty eight

hour business days from the date of this letter, as I am entitled to this information and it is nowhere to be found.

Please also note that it is very clear that I was targeted by Colorado state actors in kidnapping me to be held in 2018MH446 and 2018MH638 and Pueblo state court 15CR1287 for purposes to try and get Caitlin Graziano off of her lawsuit in federal court 14CV02931 see attached filings filed into probate court that show merited cause of organized crime occurring by use of the courts to harm my life, liberty and welfare. As 2018MH446 and 2018MH638 both have attacked that the mental holds are linked to 14cv02931 case which is a prohibited act and must be reported to Homeland Security today as well as the FBI for the organized kidnapping and first degree attempted murder on my life by use of psychotropic medications forced upon me.

Thank You,

Dr. Heidi Wodiuk

c.c. FBI, Homeland Security, President Donald Trump, United Nations, Media, et al. (all faxed 2-21-2020)



Pueblo, Co 81008

US POSTAGE PAID
FCM LG ENV
COLORADO SPRINGS, CO
8000 2
FEB 24 20
AMOUNT

US federal Court Co.
201 19th St.
Denver Co.
80294

forever USA
winterberry
FEB 2   2020
CO SPGS, CO 80900
forever USA
juniper berry
20