IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-2931-WJM-SKC

HEIDI WODIUK,

      Plaintiff,

v.

CAITLIN GRAZIANO, individually and in her official capacity with the Pueblo County
Sheriff's Department,

      Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Rule 41(b) Motion to Dismiss [ECF 475] entered by Judge William J. Martínez on April 6, 2020, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant's Third Motion to Dismiss for Failure to Prosecute [ECF 418] is granted and this case is dismissed with prejudice. It is further

ORDERED that final judgment is hereby entered in favor of Defendant, Caitlin Graziano, and against Plaintiff, Heidi Wodiuk. It is further

ORDERED that Defendant shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

DATED at Denver, Colorado this 6th day of April, 2020.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/A. Frank
        A. Frank, Deputy Clerk