

May 6, 2021

Filed
14CV02931

**TO: Pueblo Sheriff Department, Pueblo Police department, Social Services, Pueblo Animal Control humane society, PAWS et al.**

**Second of notice: FBI, IRS, CDC, UN, Media, Homeland Security, US Naval Investigators, US Treasurers IRS fraud department, Farmers Life Insurance, et al.**

FROM: Dr. Heidi Wodiuk

**Dear: Pueblo Sheriff Department, Pueblo Police department, Social Services, Pueblo Animal Control humane society, PAWS, FBI, IRS, UN, Media, Homeland Security, US Naval Investigators, US Treasurers IRS fraud department, Farmers Life Insurance, et al.**

I want to inform you that due to my situation of being harmed by government terrorists habitually targeting me in their attempts to take my liberties, my child, my estate and my life- with the major crisis of abductions and kidnappings I have chipped all my animals and here is one of the chip information to one of my guard dogs that is under training and medically ordered to be my protector etc as too my other dogs. My dogs are trained and still in training to alert me to my medical condition as too also finding me in the home etc and to alerting me of dangers.

Should my pets attack as they are being trained to do this is the predators crime not my dogs as they are by law and victim rights to being protected by law and anyone who comes against me and my pets are to be charged and I demand the law do so and protect my pets rights as well as mine.

My other dogs records are with the pueblo small animal clinic their chips and with my doctors office the orders.

My dogs are all protected by disability laws and if any harm is done to my pets they are federally protected and I demand federal lawyers to intervene and press charges for harm done to them.

Thank you for your help.

*[signature]*

Dr. Heidi Wodiuk

c.c. FBI, US Treasurers office, UN, Media, OCR, US Attorney General, et al.

1

*File to 14CV02931*

May 6, 2021

**TO: FBI, IRS, CDC, UN, Media, Homeland Security, US Naval Investigators, US Treasurers IRS fraud department, Farmers Life Insurance, et al.**

FROM: Dr. Heidi Wodiuk

**Dear: FBI, IRS, UN, Media, Homeland Security, US Naval Investigators, US Treasurers IRS fraud department, Farmers Life Insurance, et al.**

I want to inform you that still to this day I have NOT received my latest stimulus check of $1,400.00 so reported in the media that was sent. I did receive the last two other stimulus checks but not the latest one most recently sent out.

This monies may have been sent to PO BOX 977 pueblo, co 81002 however, please note that I did do the formal notices and reports with the US postal system in forwarding and changing my mailing address to 8448 Hwy78W Beulah CO 81023 and still to this day all my other mail has been forwarded to me properly but NOT the stimulus check. Can you follow the check and see if it is just delayed or if the check was cashed by this cartel who is stealing my mail and many others things of mine.

Thank you for your help.

Dr. Heidi Wodiuk

c.c. FBI, US Treasurers office, UN, Media, OCR, US Attorney General, et al.

1

May 6, 2021

TO: FBI, IRS, CDC, UN, Media, Homeland Security, US Naval Investigators, US Treasurers IRS fraud department, Farmers Life Insurance, et al.

FROM: Dr. Heidi Wodiuk

Dear: FBI, IRS, UN, Media, Homeland Security, US Naval Investigators, US Treasurers IRS fraud department, Farmers Life Insurance, et al.

I want to inform you that Colorado state patrol has changed all their fax numbers so no reports can be sent to them.

Can you see why the state patrol is evading to being of notice of the levy for war crimes occurring and child trafficking.

This makes Colorado a enemy of the nation and of the world by this sort of crime.

Thank you for your help.

Dr. Heidi Wodiuk

c.c. FBI, US Treasurers office, UN, Media, OCR, US Attorney General, et al.

1

May 6, 2021

**TO: FBI, IRS, CDC, UN, Media, Homeland Security, US Naval Investigators, US Treasurers IRS fraud department, Farmers Life Insurance, et al.**

FROM: Dr. Heidi Wodiuk

**Dear: FBI, IRS, UN, Media, Homeland Security, US Naval Investigators, US Treasurers IRS fraud department, Farmers Life Insurance, et al.**

I want to inform everyone that on May 4, 2021 I eye witnessed a white female child blonde around the age of four years of age (4) who was and appeared to being kidnapped and trafficked in a imposter peace officer dodge charger in a civilian plated vehicle Colorado plate Fallen hero plate ZEQ417 this license plate was NOT a government plated vehicle and the state law for state and sheriff and police even if under cover they all have to by law have government plates on the vehicles by law. I repeat this dodge charger silver 4 door had NO proper CB equipment in ZEQ417 plated vehicle. This male was driving like a bat out of hell and was speeding in the city limits and possibly on the interstate before I made visual contact with this vehicle at about 1 feet away. I pulled up behind this terrorist at the of ramp from south bound I-25 on 5-4-2021. Colorado time was 2:45pm was the time on my cell phone that this event occurred.

This child appeared to be detained and aggregately held hostage in the back seat with metal bars and locked doors and the child was flailing around in the back seat trying to get out so much so that at first glance I thought it was a dog pacing in the back seat of the dodge charger. I did video record the events and called 911 and made my reports to the pueblo police department who appeared and sounded as though they were in on the child sex and child kidnapping events occurring. I sent all my videos taken to the pueblo police and pueblo sheriff department and reports sent to IRS, US Supreme Court, and many other federal agencies. I was informed that the pueblo law enforcement NEVER intervened and NEVER stopped this imposter peace officer and NEVER retrieved the child that was abducted and traded on fake papers. Social services were NOT involved in this child transfer "drop" as legally required by law. My videos prove this as a fact which shows this child female white 4 year old appearing minor was kidnapped and traded for sex or illegal adoption.

Santa fe and 2nd street I first saw this silver ZEQ417 north bound on Santa fe 4 door dark tinted windows. This male fake police is white male appearing to be in 60 years of age gray short hair by profile appears to have been a ex police officer and now retired doing child trafficking for the judges black market child sex rings so it appeared. This male with seeing eye glasses on had deadly weapons and handcuffs on his side no marked uniform indicating him to be with any county law enforcement agencies what so ever and this male was NOT a social service worker either and no female officer was with this male imposter as legally required when moving children.

I then saw this terrorist child trafficker pull into the alley behind 412 6th street and this store was impostering themselves as a lighting company at the front of the building but appearing as fake police but claiming to being a lighting company and in the back there were fake ambulance vehicles claiming to be a SWATAAAB59, other vehicle impostering as a police vehicle plates BRG792 Colorado plate SUV white 4 door. My police report ID number made was told to me as being 2100062054. The pueblo police who called me back from my 911 call appeared via over the phone as a fake police officer who stated he (male) was in the pueblo police for four years and was on a name "Sappleton" the real Sappleton is NOT in police but retired. The fake male sappleton stated his badge was 1713 and then stated it to be 1724 and listen to the recording the fake police officer who took my report sounded as though he had to look down at his shirt and read his fake badge number on his shirt-it was very obviously heard this-please obtain my call and you will hear this too. Sappleton.fake police of pueblo stated his email was

1

nsappleton@pueblo.us to being his government email and this is where I sent the videos to. I then sent all the same videos to the pueblo sheriff to Detective Solano who is NOT a badge officer either and NEVER went to police academy and I emailed the evidence to Solano@pueblocounty.com. Mind you, that neither of these two email address are real government emails by email laws.

The sheriff department and police NEVER forwarded my vides nor call and crime to FBI as legally required by law and NEVER forwarded my call and evidence to social services or child abduction agencies of the US as legally required by law so I was told. Sheriff department of pueblo NEVER called me for a statement on this serious crime and NEVER asked me to give a identity statement either-the pueblo sheriff and police department NEVER dispatched me to US child abduction agencies to made a report on this which they are required to do by law. I was NEVER sent to state patrol either nor CBI and 911 dispatch failed their legal duties as toot he pueblo police and pueblo sheriff departments. Thus, the reason I am placing this into 14CV02931 case so it does get heard-this report letter has also been faxed to many agencies.

I did drop a copy of this letter/report off to Pueblo Colorado social services on 10th street.

Thank you for your help.

Dr. Heidi Wodiuk

c.c. FBI, US Treasurers office, UN, Media, OCR, US Attorney General, et al.

2



Matthew 780
Beulah CO 81023

US CO. Federal Court
901 19th St.
Denver CO 80294

DENVER CO 802
6 MAY 2021 PM 3 L

FOREVER / USA
EarthDay 2021