**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 13 2021

JEFFREY P. COLWELL
CLERK

file to
14cv02931

Home Mortgage
Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
WFC

8142   01 AB 0.428 **AUTO T1 0 0091 81023-972248   -C36-P38180-I

:IDI WODIUK
48 STATE HIGHWAY 78 W
ULAH, CO 81023-9722

This illegal
Never
Post marked
by post office

**Pueblo Water**
Board of Water Works of Pueblo, Colorado
P.O. Box 755, Pueblo, CO 81002-0755
www.pueblowater.org

BOARD OF WATER WORKS OF PUEBLO, CO

| | |
|---|---|
| Customer - Account Number | 183501 - 069430 |
| Bill Date | 04/01/2021 |
| Due Date | 04/21/2021 |
| **Due Immediately** | **$13.88** |

Fed 14CV02931

| Customer Name | MONTE MONTENEGRO |
|---|---|
| Service Location | 838 E EVANS AVE |
| Account Type | Residential |

## FINAL BILL

| Service | Meter # | Meter Size | Previous Read Date | Previous Read | Current Read Date | Current Read | Days Billed | Usage (1000 Gallons) |
|---|---|---|---|---|---|---|---|---|
| Water | 12396627 | 3/4" | 03/04/2021 | 212 | 03/31/2021 | 212 | 27 | 0 |

| | |
|---|---|
| Previous Bill | $43.61 |
| **Balance Forward - DUE IMMEDIATELY** | **$43.61** |
| **Current Charges** | |
| **PUEBLO WATER CHARGES** | |
| APPLY DEPOSIT REFUND | $-75.00 |
| DEPOSIT INTEREST | $-0.19 |
| MINIMUM 0-2000 GALS | $12.98 |
| SERVICE LINE | $1.00 |
| **TOTAL PUEBLO WATER CHARGES** | **$-61.21** |
| **CITY OF PUEBLO CHARGES** | |
| SEWER BASE FEE | $20.86 |
| SEWER CONSUMPTION  1000 gallons of water @5.40 per 1000 gallons | $4.86 |
| STORM WATER | $2.76 |
| STREET UTILITY | $3.00 |
| **TOTAL CITY OF PUEBLO CHARGES** | **$31.48** |
| **TOTAL CURRENT CHARGES:** | **$-29.73** |
| **TOTAL AMOUNT DUE:** | **$13.88** |


Your Consumption History (2020 / 2021)

Your account was finalized as requested. If applicable, your service deposit with interest was applied to final charges. Please remit the balance due upon receipt. Questions? Call Customer Service at 719-584-0250.

---

PLEASE DETACH THIS PORTION AND RETURN WITH PAYMENT    06/040    1

**Pueblo Water**
Board of Water Works of Pueblo, Colorado

| | |
|---|---|
| Customer - Account Number: | 183501 - 069430 |
| Service Location: | 838 E EVANS AVE |
| **Due Date** | **04/21/2021** |
| **Due Immediately** | **$13.88** |
| Amount Paid: $_____.___ | |

**FINAL BILL**

RETURN SERVICE REQUESTED

MONTE MONTENEGRO
838 E EVANS AVE
PUEBLO CO 81004-2536

Online Payment at www.pueblowater.org

☐ Please check here and fill out back of form to provide new contact information

0001835010000694300000001388


**IRS** Department of the Treasury
Internal Revenue Service

```
FRESNO     CA  93888-0025              In reply refer to: 1042000000
                                       Apr. 13, 2021  LTR 2644C  K0
                                                      201312  30
                                       Input Op: 0309926841 00027933
                                                      BODC: WI
```

file to
14cv02931

HEIDI M WODIUK
8448 STATE HIGHWAY 78 W
BEULAH  CO  81023-9722

48981

Taxpayer Identification number:
Tax periods: Dec. 31, 2013

Form: 1040

Dear Taxpayer:

We previously sent you a letter about your inquiry received
Sep. 29, 2020. Although we try to respond quickly, we often need
additional time for research. We can't provide a complete response at
this time because:

We need more time to provide you with a complete response to your
inquiry.

While waiting to hear from us, if you have a balance, you can still
make payments to reduce your tax liability and interest charges. To
help us apply payments properly, make your check or money order
payable to the United States Treasury and provide on each payment:
 - Name
 - Address
 - Social security or employer identification number
 - Daytime telephone number
 - Tax year
 - Tax form

Please allow an additional 60 days for us to obtain the information
we need and let you know what action we're taking. You don't need to
do anything else right now.

If you have questions, you can call us toll free at
1-800-829-0922.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

When you write, please include a copy of this letter and provide your
telephone number and the hours we can reach you in the spaces below.
Keep a copy of this letter for your records.

Your Telephone Number (____)_____  Hours _____

Thank you for your cooperation.

file to 14cv0931

```
                                          1042000000
                        Apr. 13, 2021  LTR 2644C  K0
                        ~~~~~~~~~~~~~~ 201312 30
                        Input Op:  0309926841 00027934
```

HEIDI M WODIUK
8448 STATE HIGHWAY 78 W
BEULAH  CO  81023-9722


Sincerely yours,

*Ursula S. Dean*

URSULA DEAN
OPERATIONS MANAGER, OPERATIONS 2

IRS —

file to 14cv02931

BANKS — Wells Fargo + Mr Cooper mortgage are Laundering + frauding me still now, principle amount — now $121 more each month + no reasoning none — that's $1,452 a year looks like another illegal insurance coverage on my home again — this terrorism

Help —

Dr Heidi Wodrich

5-1-2021

acct 0598215499





*file to 14cv02931*

**Family Support Registry**
Denver, Colorado
Phone: 303.299.9123
Fax: 303.299.9122

HEIDI WODIUK
8448 HWY 78TH
BEULAH, CO 81023

May 4, 2021

Comments:

You are receiving this letter today, because you are providing an incorrect case identifier or insufficient posting information when submitting a child support payment for **WODIUK, HEID**.
All payments must have a **Colorado Case Identifier (FSR)** and **a second Identifier**, such as the *Obligors Name, Initials* or the *SSN*.
The 8-digit FSR (Family Support Registry) Account number can begin with 1 or 0 and only contains **numbers**.
You are providing **NO FSR ACCOUNT NUMBER**
To ensure accurate posting of the payment, please make the following correction to all future child support payments.

| Obligor Name | Information provided | Correct Information |
|---|---|---|
| WODIUK, HEID | 2007DR1166 | 14386411 |

Thank you for your assistance in this matter.

valentyne.tucker@smimail.net

Employer Outreach

5/4/2021

2416

☒

The information contained in this letter is confidential. If you are not the intended recipient of this letter, you are hereby notified that any dissemination of this communication is prohibited. Please notify us and return the original message to us at the above address. Thank you.

