**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-2931-WJM-SKC

HEIDI WODIUK,

    Plaintiff,

v.

CAITLIN GRAZIANO, individually and in her official capacity with the Pueblo County Sheriff's Department,

    Defendant.

**ORDER IMPOSING FILING RESTRICTIONS ON PLAINTIFF AND
MAKING ABSOLUTE ORDER TO SHOW CAUSE**

On February 3, 2021, the Court issued an Order granting Graziano's Motion for Sanctions. (ECF No. 587.) Under its inherent authority to sanction conduct which abuses the judicial process, the Court determined that sanctions in the form of attorneys' fees were warranted against Wodiuk due to her failure to cooperate with a previously scheduled Bill of Costs hearing and her constant filing of non-sensical documents in this case (which is closed), which have interfered with the efficient operation of the Court and caused Graziano to incur unnecessary attorneys' fees and costs. (*Id.* at 4.) In addition, the Court found that Wodiuk's conduct, explained in detail in the Order, warranted the imposition of additional restrictions under the Court's inherent authority under 28 U.S.C. § 1651(a) to regulate the activities of abusive litigants. (*Id.*) Thus, the Court issued an Order to Show Cause directing Wodiuk to show cause why she should not be enjoined from filing any further *pro se* documents in

this case without first seeking leave of Court.  (*Id.* at 5–6.)

In response to the Order to Show Cause, Wodiuk filed yet another non-sensical, abusive document, describing the Court's Order as "disturbing," "idiotic," and "feckless," and accusing the Court of being a "cartel militia," committing treason, and intending to "cause harm to Dr. Wodiuk financially and even kill Dr. Wodiuk." (*Id.* at 1–2.)  Wodiuk threatens the Court by saying "You will go down like Adolph Hitlers [*sic*] administration did and the whole world will watch it.  You will be famous-I'll be sure of that." (*Id.* at 3.)  She argues that the "writer must be put in a criminal mental intuition [sic] such as a Guantanamo bay [*sic*] type facility [*sic*] it is that bad and their citizenship be revoked for this treason to legalized robbery, legalized child kidnapping and trading and child sex black market business."  (*Id.* at 4.)  The Court could, but will not, go on.

The foregoing language in Wodiuk's response—not to mention the litany of other non-sensical filings—demonstrates the need for the Court to exercise its authority under 28 U.S.C. § 1651(a) to limit Wodiuk's filing privileges.  While this Court has an obligation to give *pro se* litigants wide latitude, the Court cannot continue to accept repetitious, meritless, non-sensical filings.  Wodiuk has been warned, through the Order to Show Cause (ECF No. 587), about future filing restrictions and has been given an opportunity to oppose the restrictions.  She has failed to do so in any meaningful sense.  The Court, therefore, will enjoin Wodiuk from filing any future *pro se* filings in this case without first obtaining leave of Court.  Any of Wodiuk's *pro se* filings entered on the docket by the Clerk that have not been previously permitted by the Court will be summarily stricken.

In addition, the Court will relieve Graziano from the obligation of reviewing—and thus having to pay attorneys' fees—any future filings submitted by Wodiuk in this

2

matter, unless the Court directly states that Graziano must do so.

For the reasons set forth above, the Court ORDERS as follows:

1. The Court's Order to Show Cause (ECF No. 587) is MADE ABSOLUTE;

2. **Wodiuk is prohibited from filing any additional *pro se* documents in this matter without first obtaining leave of Court;** and

3. Graziano is relieved from the obligation of reviewing or responding to any future filings submitted by Wodiuk in this matter, unless and until the Court directs her to do so.

Dated this 29th day of June, 2021.

BY THE COURT:

William J. Martinez
United States District Judge