December 5, 2024

TO: Foremost

    PO BOX 268994

    Oklahoma City, OK 73126-8994

RE: 1125 W. 11 Street Pueblo, CO 81003 & 8448 Hwy78W Beulah, CO 81023

    Dr. Heidi Wodiuk

FROM: Dr. Heidi Wodiuk

    8448 Hwy 78W

    Beulah, CO 81023        719-778-0764

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -9 2024

JEFFREY P. COLWELL
CLERK

To whom it may concern,

My name is Dr. Heidi Wodiuk DOB 8-11-1980, I have emailed your insurance company for months and to no avail have you responded. I have asked for a copy of all the insurances escrow applied to my mortgages for years and you still refuse to produce this information to me as I am being illegally insured and racketeering in illegal profiting against my home and me in extortion and organized crime insurance fraud being done to me. I have asked for the mortgages your are covering with you to be produced to me the federal insurance registration and you still refuse to produce the insurance and mortgage registration to me as I am entitled to have as many other banks have told me that these mortgages for my properties' are illegally and not registered and you continue to extort me to pay illegal mortgages narco mortgages-please stop and release my titles an deeds to me now and stop this mortgage fraud and stop this extortion please.

I also in early 2024 your bank filed foreclosure against my homes' without personal service made to me and I was held hostage at boulder county jail denied my mail denied my rights and denied to appear at the foreclosure court cases in Pueblo Combined courts in obstructing justice and obstructing my rights and this is a bank crime the judges, the bank and the court actors did against me refusing my right to litigate and be heard so to save my estate. Please turn this into bank commissions, insurance commissions and FBI and homeland security for white collar crimes and illegal estate taking with use of the courts via rights deprived and obstructed so to take estate illegally as court case 23m1330 and 23M1282 and 22CR1296 NEVER had proper warrants and no crime committed the courts used malicious prosecutions to derive a hostage situation so I could NOT save my estate or fight for my estate and I was tortured, deprived medical intervention, denied liberties and drugged to near death and name called and my property damaged, my property illegally searched with no warrants and trespassed and my belongings and money stolen as too my identity and my health. I am asking you to press charges for this organized crime please and protect me and your bank and my homes' please.

Sincerely,

Dr. Heidi Wodiuk

*Heidi Wodiuk*
8448 Hwy 78W
Beulah, CO 81023

December 5, 2024

TO: Mr. Cooper Mortgage

PO BOX 818060

5801 Postal Road

Cleveland, OH 44181

RE: 1125 W. 11 Street Pueblo, CO 81003 & 8448 Hwy78W Beulah, CO 81023

Dr. Heidi Wodiuk

FROM: Dr. Heidi Wodiuk

8448 Hwy 78W

Beulah, CO 81023           719-778-0764

To whom it may concern,

My name is Dr. Heidi Wodiuk DOB 8-11-1980, I have emailed your mortgage company for months and to no avail have you responded. I have asked for a copy of all the insurances escrow applied to my mortgages for years and you still refuse to produce this information to me as I am being illegally insured and racketeering in illegal profiting against my home and me in extortion and organized crime insurance fraud being done to me. I have asked for the mortgages I have with you to be produced to me the federal mortgage registration and you still refuse to produce the mortgage insurance and registration to me as I am entitled to have as many other banks have told me that these mortgages for my properties' are illegally and not registered and you continue to extort me to pay illegal mortgages narco mortgages- please stop and release my titles an deeds to me now and stop this mortgage fraud and stop this extortion please.

I also in early 2024 your bank filed foreclosure against my homes' without personal service made to me and I was held hostage at boulder county jail denied my mail denied my rights and denied to appear at the foreclosure court cases in Pueblo Combined courts in obstructing justice and obstructing my rights and this is a bank crime the judges, the bank and the court actors did against me refusing my right to litigate and be heard so to save my estate. Please turn this into bank commissions, insurance commissions and FBI and homeland security for white collar crimes and illegal estate taking with use of the courts via rights deprived and obstructed so to take estate illegally as court case 23m1330 and 23M1282 and 22CR1296 NEVER had proper warrants and no crime committed the courts used malicious prosecutions to derive a hostage situation so I could NOT save my estate or fight for my estate and I was tortured, deprived medical intervention, denied liberties and drugged to near death and name called and my property damaged, my property illegally searched with no warrants and trespassed and my belongings and money stolen as too my identity and my health. I am asking you to press charges for this organized crime please and protect me and your bank and my homes' please.

Sincerely,

Dr. Heidi Wodiuk

*Heidi Wodick*
8448 Hwy 78W
Beulah, CO 81023

DENVER CO 802

6 DEC 2024    PM 2    L

HAPPY
Happy Holidays



FREEDOM

Co Federal Courts
901 19th St.
Denver, CO 80294

80294-250099